**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Andrew Breton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE BASSUK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>PLANTRONICS, INC., JOSEPH BURTON, CHARLES BOYNTON, and PAMELA STRAYER,<br><br>Defendants. | No. 4:19-cv-07481-JST<br><br>Hon. Jon S. Tigar<br><br>**DECLARATION OF ADAM C. MCCALL IN SUPPORT OF ANDREW BRETON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date: February 26, 2020<br>Time: 2:00 p.m.<br>Courtroom: 6-2nd Floor |

I, Adam C. McCall, hereby declare as follows:

1. I am an associate at the law firm of Levi & Korsinsky, LLP, counsel for Andrew Breton ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff, and Approval of Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the PSLRA Certification signed by Movant attesting to his purchases of Plantronics, Inc. ("Plantronics") securities;

3. Attached hereto as Exhibit B is a true and correct copy of the loss chart.

4. Attached hereto as Exhibit C is a true and correct copy of the press release originally

published on November 13, 2019, on *Business Wire* announcing the pendency of the first-filed securities lawsuit.

5.    Attached hereto as Exhibit D is a true and correct copy of the firm resume of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of January, 2020.

/s/ *Adam C. McCall*
Adam C. McCall
