# Exhibit B

| Client Name | Andrew Breton |
|---|---|
| Company Name | Plantronics, Inc. |
| Ticker Symbol | PLT |
| Security Type | |
| Class Period Start | 7/2/2018 |
| Class Period End | 11/5/2019 |
| 90-DAY Lookback Period Start | 11/6/2019 |
| 90-DAY Lookback Period End | 1/13/2020 |
| 90-DAY Lookback Average | $ 26.06 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 28,240.0000 |
| DURA LIFO* Total | $ 28,240.00 |
| DURA LIFO** Total | $ 28,240.00 |
| Gross Shares Purchased | 2,000.00 |
| Net Shares Retained | 2,000.00 |
| Net Funds Expended | $ 81,560.00 |

**Andrew Breton**

| Purchases | | | Sales | | | | | | Retained | | | | Losses | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* | DURA LIFO** |
| 11-01-2019 | 1000 | 40.25 | $ 40,250.00 | 11-06-2019 | | 1000 | $ 26.66 | | $ 26,660.00 | 1000 | - | $ 26.06 | | $ 13,590.00 | $ 13,590.00 | $ 13,590.00 |
| 11-05-2019 | 1000 | 41.31 | $ 41,310.00 | 11-06-2019 | | 1000 | $ 26.66 | | $ 26,660.00 | 1000 | - | $ 26.06 | | $ 14,650.00 | $ 14,650.00 | $ 14,650.00 |
| Total: | 2,000.00 | | $ 81,560.00 | | $ 2000 | | | $ 53320 | | 2,000.00 | | | | $ 28,240.00 | $ 28,240.00 | $ 28,240.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.

** Disregarding gains and losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.