**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE BASSUK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC., JOSEPH BURTON, CHARLES BOYNTON, and PAMELA STRAYER,<br><br>Defendants. | Case No. 4:19-cv-07481-JST<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT FRED STRELZOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>CLASS ACTION<br><br>Judge: Jon S. Tigar<br>Hearing: February 26, 2020<br>Time: 2:00 PM<br>Ctrm: 6 – 2nd Floor (Oakland) |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., attorneys for Movant Fred Strelzoff ("Movant"). I make this declaration in support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 27 of the Securities Act of 1933. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:      PSLRA Early Notice;

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT FRED STRELZOFF FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 4:19-cv-07481-JST

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 13th of January 2020.

THE ROSEN LAW FIRM, P.A.

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN #219683)

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT FRED STRELZOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 4:19-cv-07481-JST

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On January 13, 2020, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT FRED STRELZOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 13, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT FRED STRELZOFF FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – 4:19-cv-07481-JST