Case 4:19-cv-07481-JST   Document 22-3   Filed 01/13/20   Page 1 of 3

# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Gary Menzel, on behalf of the Roofers' Pension Fund, hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Trustee and Chairman of Roofers' Pension Fund. I have reviewed a complaint filed in this matter. Roofers' Pension Fund has authorized the filing of this motion for appointment as lead plaintiff.

2. Roofers' Pension Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Roofers' Pension Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Roofers' Pension Fund fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Roofers' Pension Fund's transactions in the Plantronics, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Roofers' Pension Fund has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Roofers' Pension Fund will not accept any payment for serving as a representative party on behalf of the Class beyond Roofers' Pension Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January, 2020.

_____
Gary Menzel
Trustee and Chairman
*Roofers' Pension Fund*

**Roofers' Pension Fund**
**Transactions in Plantronics, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 12/18/2018 | 2,180 | 35.8601 |
| Purchase | 12/19/2018 | 1,553 | 35.3137 |
| Purchase | 12/20/2018 | 1,046 | 34.3566 |
| Purchase | 12/21/2018 | 849 | 33.1587 |
| Purchase | 2/15/2019 | 99 | 48.6682 |
| Purchase | 2/19/2019 | 369 | 48.7558 |
| Purchase | 3/27/2019 | 646 | 44.7782 |
| Purchase | 4/5/2019 | 24 | 49.5313 |
| Purchase | 5/8/2019 | 1,187 | 48.4754 |
| Purchase | 5/10/2019 | 882 | 43.5487 |
| Purchase | 5/31/2019 | 739 | 41.3119 |
| Purchase | 6/19/2019 | 747 | 38.8921 |
| Purchase | 6/21/2019 | 766 | 38.0730 |
| Purchase | 6/26/2019 | 1,227 | 35.6194 |
| Purchase | 6/27/2019 | 57 | 35.8304 |
| Purchase | 7/11/2019 | 475 | 35.5432 |
| Purchase | 8/13/2019 | 593 | 28.8563 |
| Purchase | 8/13/2019 | 977 | 28.9346 |
| Purchase | 8/14/2019 | 2,978 | 27.8240 |
| Purchase | 10/14/2019 | 1,554 | 35.2016 |