Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Ilya Trubnikov*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE BASSUK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC., JOSEPH BURTON, CHARLES BOYNTON, and PAMELA STRAYER,<br><br>Defendants. | No.  4:19-cv-07481-JST<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF ILYA TRUBNIKOV'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**<br><br>Date:   Feb. 26, 2020<br>Time:   2:00 p.m.<br>Courtroom:  6, 2nd Floor<br>Judge:  Hon. Jon S. Tigar<br><br>ORAL ARGUMENT REQUESTED |

010874-11/1223679 V1

I, Lucas E. Gilmore, declare as follows:

1. I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Ilya Trubnikov ("Movant").  I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's sworn Certification;

Exhibit B:     Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on November 13, 2019;

Exhibit C:     Chart of Movant's estimated losses; and

Exhibit D:     Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of January 2020, at Berkeley, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

GILMORE DECL. ISO MOT. TO APPOINT LEAD PL.
AND APPROVE SELECTION OF COUNSEL                                                          - 1
Case No.: 4:19-cv-07481-JST
010874-11/1223679 V1