# Exhibit A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Ilya Trubnikov, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.     I am 62-years old. I presently reside in Villefranche, Sur Mur, France. Previously, I headed an international gas and oil technology company, until it was sold in 2007. Since this time, I have focused my efforts on investing, including in U.S. stock exchange investments.

2.     I have reviewed a complaint alleging securities fraud against Plantronics, Inc. (PLT) and various of its officers and directors, and adopt its allegations.

3.     I did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

4.     I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I am willing and able to carry out these duties, including providing testimony at deposition and trial, if necessary.

5.     My transactions during the Class Period in the securities that are the subject of this action are set forth in the Chart attached hereto.

6.     Within the last 3 years, I have not sought to serve nor have I served as a class representative in any case brought under the federal securities laws.

7.     I understand that I am not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____

(Signature of Representative Plaintiff and Authorization to File a Complaint)

Date Signed:    January 10, 2020

Name (print):    Ilya Trubnikov

**Ilya Trubnikov - Plantronics, Inc. (PLT)**
**Class Period 07/02/18 - 11/05/19**

| | PURCHASES | | | SALES | |
| Date | Shares | Share Price | Date | Shares | Share Price |
|---|---|---|---|---|---|
| 10/24/18 | 3,000 | $59.3000 | | | |
| 10/24/18 | 4,500 | $59.3000 | | | |

**7,500**