# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FELICE BASSUK

                Plaintiff(s),

    v.

PLANTRONICS, INC. et al

                Defendant(s).

Case No: 4:19-cv-07481 (JST)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew Madden, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer in the above-entitled action. My local co-counsel in this case is Susan S. Muck, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP 2000 K St. NW, 4th Floor Washington DC 20006 | Fenwick & West LLP, 12th Floor 555 California St San Francisco CA 94104 |
| MY TELEPHONE # OF RECORD: (202) 775-4529 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 875-2325 |
| MY EMAIL ADDRESS OF RECORD: mmadden@robbinsrussell.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: smuck@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 991139.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/21/2020

                /s/ Matthew Madden
                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew Madden is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 22, 2020

                UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                 *October 2012*