SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
FIONA TANG (CSB No. 298101)
ftang@fenwick.com
JORDAN BRADFORD-SHIVERS (CSB No. 327461)
jbradford-shivers@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for PLANTRONICS, INC.,
JOSEPH BURTON, CHARLES BOYNTON,
and PAMELA STRAYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE BASSUK, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC., JOSEPH BURTON, CHARLES BOYNTON, and PAMELA STRAYER,<br><br>Defendants. | Case No.: 4:19-cv-07481-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Date Action Filed:  November 13, 2019 |

STIP. AND [PROPOSED] ORDER EXTENDING TIME
FOR ALL DEFENDANTS TO RESPOND TO COMPL.

Case No.: 4:19-cv-07481-JST

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

WHEREAS, on November 13, 2019, Plaintiff Felice Bassuk ("Plaintiff") filed a class action complaint (the "Initial Complaint," Dkt. No. 1) alleging violations of the federal securities laws against Plantronics, Inc. ("Plantronics" or the "Company"), and certain current and former officers of the Company (collectively, "Defendants" and together with Plaintiff, the "Parties");

WHEREAS, on November 15, 2019, this Court issued an Initial Case Management Scheduling Order (Dkt. No. 6) setting the following deadlines:

1. January 21, 2020 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure, the Civil Local Rules, and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning; and

2. February 4, 2020 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Joint Case Management Statement; and

3. February 11, 2020 at 2:00 p.m. for an Initial Case Management Conference;

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment shall not be made until after a decision on a motion to consolidate (if any) is rendered (15 U.S.C. 78u-4 (a)(3)(B)(ii));

WHEREAS, notice of this action was published by Plaintiff on November 13, 2019 (Dkt. No. 8, Ex. A);

WHEREAS, on January 13, 2020, six motions for appointment of lead plaintiff and lead counsel were filed and are set for a hearing before the Court on February 26, 2020 at 2:00 pm (*see* Dkt. Nos. 12, 16, 17, 22, 24, 31);

WHEREAS, thereafter, the Parties expect the Court to set a schedule for the filing of an amended or consolidated complaint by Lead Plaintiff;

STIP. AND [PROPOSED] ORDER EXTENDING TIME
FOR ALL DEFENDANTS TO RESPOND TO COMPL.          1          Case No.: 4:19-cv-07481-JST

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead Plaintiff's complaint;

WHEREAS, counsel for Defendants has agreed to accept service of the Initial Complaint on behalf of their clients;

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions (if any such similar actions are filed), (ii) appointment of Lead Plaintiff, and (iii) the filing of a complaint by the Lead Plaintiff, requiring Defendants to respond at this time to the existing complaint in the above-referenced action would result in the needless expenditure of private and judicial resources;

WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, counsel for the Parties in the above-captioned action respectfully submit that because the pleadings are not yet set, and because discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing February 11, 2020 Initial Case Management Conference and associated deadlines until such time as the Court has the opportunity to rule on the appointment of Lead Plaintiff and its counsel and any motion(s) to dismiss;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, that:

    i.    Pursuant to Civil L.R. 6-1(a), Defendants are not required to respond to the Initial Complaint;

    ii.    No more than twenty-one (21) days after the Lead Plaintiff has been appointed and Lead Counsel has been approved by the Court in accordance with the Reform Act, counsel for Defendants and Lead Counsel shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

    iii.    Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for February 11, 2020 be vacated, along with any associated deadlines under the Federal

FENWICK & WEST LLP
ATTORNEYS AT LAW

Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

iv.     All associated ADR Program deadlines likewise be deferred.

Dated:  January 22, 2020                FENWICK & WEST LLP

By: /s/ *Susan S. Muck*
        Susan S. Muck, Esq.

555 California Street, 12th Floor
San Francisco, California 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plantronics Inc, Joseph Burton,
Charles Boynton, and Pamela Strayer

Dated:  January 22, 2020                GLANCY PRONGAY & MURRAY LLP

By: /s/  *Pavithra Rajesh*
        Pavithra Rajesh, Esq.

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 432-1495

Attorneys for Plaintiff Felice Bassuk

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:  January 22, 2020                By: /s/ *Susan S. Muck*
                                                Susan S. Muck, Esq.

* * *

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   January 23, 2020                _____
                                                Hon. Jon S. Tigar
                                                United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW