SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
FIONA TANG (CSB No. 298101)
ftang@fenwick.com
JORDAN C. BRADFORD-SHIVERS (CSB No. 327461)
jbradford-shivers@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

GARY ORSECK (*pro hac vice*)
gorseck@robbinsrussell.com
ALISON BARNES (*pro hac vice*)
abarnes@robbinsrussell.com
MATTHEW MADDEN (*pro hac vice*)
mmadden@robbinsrussell.com
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K St., NW, 4th Floor
Washington, DC  20006
Telephone:    202.775.4500
Facsimile:    202.775.4510

Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton and Pamela Strayer

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FELICE BASSUK, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANTRONICS, INC., JOSEPH BURTON, CHARLES BOYNTON, and PAMELA STRAYER,<br><br>Defendants. | Case No.: 4:19-cv-07481-JST<br><br>**DEFENDANTS' RESPONSE TO MOTIONS TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>Judge:  Hon. Jon S. Tigar<br>Date:  February 26, 2020<br>Time: 2:00 p.m.<br>Courtroom:  6 – 2nd Floor<br><br>Date Action Filed:  November 13, 2019 |

DEFENDANTS' RESPONSE TO MOTIONS
TO APPOINT LEAD PLAINTIFF AND
LEAD COUNSEL

Case No. 4:19-cv-07481-JST

Pursuant to Civil Local Rule 7-3(b), defendants Plantronics, Inc. ("Plantronics" or the "Company"), Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "defendants") hereby submit this Response to the competing motions to appoint Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B). *See* Dkt. Nos. 12, 16, 17, 22, 24, and 31 (each filed January 13, 2020).

Various Plantronics shareholders have filed competing motions for appointment of lead plaintiff and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act. In response to those motions, defendants take no position as to which shareholder(s) should be appointed as lead plaintiff(s), or which attorneys should be appointed as lead counsel in this putative class action.

Dated:  January 27, 2020  FENWICK & WEST LLP

By: */s/ Susan S. Muck*
    Susan S. Muck

Attorneys for Defendants
Plantronics, Inc., Joseph Burton, Charles
Boynton and Pamela Strayer

FENWICK & WEST LLP
ATTORNEYS AT LAW

DEFENDANTS' RESPONSE TO MOTIONS
TO APPOINT LEAD PLAINTIFF AND
LEAD COUNSEL

1

Case No. 4:19-cv-07481-JST