United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELICE BASSUK,

          Plaintiff,

      v.

PLANTRONICS, INC., et al.,

          Defendants.

Case No. 19-cv-07481-JST

**ORDER TERMINATING MOTIONS AND REQUIRING ADDITIONAL BRIEFING RE: STIPULATION FOR JOINT APPOINTMENT AS LEAD PLAINTIFF**

Re: ECF Nos. 12, 16, 17, 22, 24, 31, 58

Six movants originally sought appointment as lead plaintiff in this case. ECF Nos. 12, 16, 17, 22, 24, 31. One movant, Fred Strelzoff, withdrew his motion after reviewing the competing motions and determining that he "does not appear to have the largest financial interest." ECF No. 38 at 1. Three other movants filed notices of non-opposition to the competing motions for the same reason. ECF No. 40 (Plantation Police Officers' Retirement Fund); ECF No. 44 (Andrew Breton); ECF No. 57 (Felice Bassuk). Accordingly, the Clerk shall terminate these three movants' motions to be appointed as lead plaintiff. ECF Nos. 12, 16, 24.

The remaining two movants – Roofers' Pension Fund and Ilya Trubnikov – filed a stipulation requesting appointment to serve jointly as lead plaintiff, with their respective choices of counsel both appointed as lead counsel. ECF No. 58. The stipulation cites no authority for appointing two separate movants as joint lead plaintiffs, or for appointing multiple law firms representing separate movants as lead counsel, and the Court is generally disinclined to appoint multiple lead counsel. Roofers' Pension Fund and Trubnikov shall file supplemental briefing in support of their request for joint appointments on or before February 11, 2020. Absent a showing of good cause, the Court will evaluate the individual motions on their merits and is likely to appoint the single movant with the largest financial interest as lead plaintiff, and his or its selected

counsel as lead counsel.

**IT IS SO ORDERED.**

Dated:  January 31, 2020



_____
JON S. TIGAR
United States District Judge