# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FELICE BASSUK,                                        )
                                                      ) Case No: 4:19-cv-07481
                              Plaintiff(s),           )
                                                      ) **APPLICATION FOR**
        v.                                            ) **ADMISSION OF ATTORNEY**
PLANTRONICS, INC., et al.,                            ) **PRO HAC VICE**
                                                      ) (CIVIL LOCAL RULE 11-3)
                                                      )
                              Defendant(s).           )
                                                      )

I, Karl P. Barth, an active member in good standing of the bar of USDC Western District of WA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Ilya Trubnikov in the above-entitled action. My local co-counsel in this case is Reed R. Kathrein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1301 2nd Ave, Suite 2000 Seattle, WA 98101 | 715 Hearst Ave, Suite 202 Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 623-7292 | (510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| karlb@hbsslaw.com | reed@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 22780.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/24/20

                                        Karl P. Barth
                                        _____
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Karl P. Barth is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 24, 2020

                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                *October 2012*