**HAGENS BERMAN SOBOL SHAPIRO LLP**
REED R. KATHREIN (Bar No. 139304)
(reed@hbsslaw.com)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001

*Counsel for Lead Plaintiff Ilya Trubnikov and*
*Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>CLASS ACTION<br><br>**STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiff Roofers' Pension Fund and Ilya Trubnikov and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on November 13, 2019, Plaintiff Felice Bassuk ("Plaintiff  Bassuk") filed a class action complaint (the "Initial Complaint," ECF No. 1) alleging violations of the federal securities laws against Plantronics, Inc. ("Plantronics" or the "Company"), and certain current and former officers of the Company (collectively, "Defendants" and together with Plaintiff, the "Parties");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on January 22, 2020, counsel for Plaintiff Bassuk and Defendants entered into a stipulation (the "January 22, 2020 Stipulation," ECF No. 45), and the Court issued an Order on January 23, 2020 approving of the January 22, 2020 Stipulation (the "January 23, 2020 Order," ECF No. 56) setting forth that:

i.    Pursuant to Civil L.R. 6-1(a), Defendants are not required to respond to the Initial Complaint;

ii.    No more than twenty-one (21) days after the Lead Plaintiff has been appointed and Lead Counsel has been approved by the Court in accordance with the Reform Act, counsel for Defendants and Lead Counsel shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

iii.    Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for February 11, 2020 be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after

the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

iv.    All associated ADR Program deadlines likewise be deferred;

WHEREAS, on February 13, 2020, the Court issued an Order, which among other things, appointed Roofers' Pension Fund and Ilya Trubnikov as Lead Plaintiff and Bernstein Litowitz Berger & Grossmann LLP and Hagens Berman Sobol Shapiro LLP as Lead Counsel in the above-captioned action (the "February 13, 2020 Order," ECF No. 62);

WHEREAS, pursuant to the January 23, 2020 Order and the February 13, 2020 Order, the Parties have met and conferred and, based on the Parties' schedules and the complexity of this securities class action, the Parties have agreed to the schedule set forth below for the filing of Lead Plaintiff's consolidated amended complaint and briefing of Defendants' responses thereto.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

1.    Lead Plaintiff shall file a consolidated amended complaint no later than April 29, 2020;

2.    Defendants' motion to dismiss the amended complaint shall be filed on or before July 1, 2020;

3.    Lead Plaintiff's opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before August 28, 2020; and

4.    Defendants' reply in support of its motion to dismiss the amended complaint shall be filed on or before October ~~12~~ 13, 2020.

IT IS SO STIPULATED.

DATED:  March 4, 2020                         **HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Reed R. Kathrein*
REED R. KATHREIN (Bar No. 139304)
(reed@hbsslaw.com)
LUCAS E. GILMORE (Bar No. 250893)
(lucasg@hbsslaw.com)
DANIELLE SMITH (Bar No. 291237)
(danielles@hbsslaw.com)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

Tel:    (510) 725-3000
Fax:    (510) 725-3001

-and-

STEVE W. BERMAN
(steve@hbsslaw.com)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel:    (206) 623-7292
Fax:    (206) 623-0594

*Counsel for Lead Plaintiff Ilya Trubnikov
and Lead* Counsel *for the Class*

DATED:  March 4, 2020

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

-and-

AVI JOSEFSON
(avi@blbglaw.com)
MICHAEL D. BLATCHLEY
(michaelb@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Roofers' Pension
Fund and Lead Counsel for the Class*

DATED:  March 4, 2020

**FENWICK & WEST LLP**

*/s/ Susan S. Muck*
SUSAN S. MUCK (Bar No. 126930)
smuck@fenwick.com
FIONA TANG (Bar No. 298101)
ftang@fenwick.com
JORDAN C. BRADFORD-SHIVERS (Bar No. 327461)
jbradford-shivers@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 4:19-cv-07481-JST                                                    3

Fax: (415) 281-1350

-and-

GARY ORSECK (Admitted *Pro Hac Vice*)
gorseck@robbinsrussell.com
ALISON BARNES (Admitted *Pro Hac Vice)*
abarnes@robbinsrussell.com
MATTHEW MADDEN (Admitted *Pro Hac Vice)*
mmadden@robbinsrussell.com
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K St., NW, 4th Floor
Washington, DC 20006
Tel: (202) 775-4500
Fax: (202) 775-4510

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton and Pamela
Strayer*

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  March _6_, 2020

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 4:19-cv-07481-JST                                              4

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: March 4, 2020

*/s/ Reed R. Kathrein*
REED R. KATHREIN

---

SIGNATURE ATTESTATION
CASE NO. 4:19-cv-07481-JST                                                                                      1