# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FELICE BASSUK

Plaintiff(s),

v.

PLANTRONICS, INC. et al.

Defendant(s).

Case No: 4:19-cv-07481 JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John Bolin Goerlich, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plantronics, Inc., Joseph Boynton, Charles Boynton and Pamela Strayer in the above-entitled action. My local co-counsel in this case is Susan S. Muck, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP 2000 K Street NW, 4th Floor Washington, DC 20006 | Fenwick & West LLP 555 California Street, Fl. 12 San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: (202) 775-4507 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 875-2325 |
| MY EMAIL ADDRESS OF RECORD: jgoerlich@robbinsrussell.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: smuck@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1656553.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: July 15, 2020

/s/ John B. Goerlich

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John B. Goerlich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 15, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                   *October 2012*