GARY A. ORSECK (admitted *pro hac vice*)
gorseck@robbinsrussell.com
ALISON C. BARNES (admitted *pro hac vice*)
abarnes@robbinsrussell.com
MATTHEW M. MADDEN (admitted *pro hac vice*)
mmadden@robbinsrussell.com
JOHN B. GOERLICH (admitted *pro hac vice*)
jgoerlich@robbinsrussell.com
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone:    (202) 775-4500
Facsimile:    (202) 775-4510

SUSAN SAMUELS MUCK (CSB No. 126930)
smuck@fenwick.com
FIONA Y. TANG (CSB No. 298101)
ftang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and Pamela Strayer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**DECLARATION OF MATTHEW M. MADDEN IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:    January 13, 2021<br>Time:    2:00 PM<br>Courtroom:    6, 2nd Floor<br>Judge:    Hon. Jon S. Tigar<br>Date Filed:    November 13, 2019 |

I, Matthew M. Madden, hereby declare:

1.      I am an attorney admitted *pro hac vice* before the Court in this case and am a partner at the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP, which represents defendants Plantronics, Inc. ("Plantronics"), Joseph Burton, Charles Boynton, and Pamela Strayer in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently to the matters set forth herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the transcript of Plantronics's June 18, 2019, investor webinar.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the transcript of Plantronics's August 6, 2019, earnings call.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the transcript of Plantronics's November 5, 2019, earnings call.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the transcript of Plantronics's May 7, 2019, earnings call.

6.      Attached hereto as **Exhibit E** are true and correct excerpts of Plantronics's Form 10-Q for the quarterly period ended June 30, 2018, filed with the SEC on or about August 7, 2018.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Joseph Burton's Form 4, filed with the SEC on August 6, 2018.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Joseph Burton's Form 4, dated September 10, 2019, and filed with the SEC on September 11, 2019.

9.      Attached hereto as **Exhibit H** is a true and correct copy of press release titled "Plantronics Announces Expansion of Stock Repurchase Program," which was filed with the SEC as an attachment to Plantronics's Form 8-K on November 29, 2018.

10.      Attached hereto as **Exhibit I** is a true and correct copy of the transcript of Plantronics's May 27, 2020, earnings call.

10.      Attached hereto as **Exhibit J** are true and correct excerpts of Plantronics's Form DEF 14A, filed with the SEC on May 17, 2019.

MADDEN DECL. IN SUPPORT OF
DEFS' MOTION TO DISMISS AC                    - 1 -                    CASE NO. 4:19-cv-07481-JST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed at Washington, DC, on August 7, 2020.


DATED:  August 7, 2020                    ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

By: /s/ *Matthew M. Madden*_____
        Matthew M. Madden, Esq. (admitted *pro hac vice*)

*Attorney for Defendants Plantronics Inc., Joseph Burton, Charles Boynton, and Pamela Strayer*