# EXHIBIT A

Plantronics, Inc. - Special Call (AuditedCopy)

TEXT version of Transcript

## Corporate Participants

* Charles D. Boynton

  Plantronics, Inc. - Executive VP & CFO

* Michael R. Iburg

  Plantronics, Inc. - Vice President of Investor Relations

## Conference Call Participants

* Michael James Latimore

  Northland Capital Markets, Research Division - MD & Senior Research Analyst

## Presentation

### Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [1]

Everybody, Mike Latimore here with Northland Capital. Thanks for joining our call today with Poly CFO and Head of IR. We'll -- this will mostly be a Q&A session like normal, but Mike Iburg, Head of IR, if you want to just kick it off and then we'll move it over to Chuck.

### Michael R. Iburg, Plantronics, Inc. - Vice President of Investor Relations [2]

Okay. Thanks, Mike. So this is Mike Iburg, Head of IR of Poly. And I just wanted to start with a brief safe harbor. So the information presented and discussed today includes forward-looking statements, which are made in the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The risks and uncertainties related to such statements are detailed on most recent 10-Q, 10-K filed with the SEC. We do not intend to confirm or update our guidance today. However, we will take the opportunity to provide some color around what we're seeing this quarter.

So with that, I will turn it over to Chuck.

### Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [3]

Great. Thank you, Mike, and Mike and it's great to have a chance to talk to all of you. This is Chuck Boynton. I've been with Poly now for about 3 months. And I'll give you some insights to what I've seen over my first quarter at the company. One of the things that I get asked frequently is why Poly? Why did I join the company? And what excites me about the company? Well, I started my kind of journey of learning about Poly maybe 3 or 6 months before I joined. And in talking with Joe Burton, our CEO, he outlined a vision and a strategy for the company that was really, really compelling. The foundation of that is bringing together 2 long-term Silicon Valley companies, Polycom and Plantronics who each have decades and decades of IP and thoughtful products that are kind of market winners in each of the markets they compete in. And the idea of pulling both of these companies together under one umbrella and having a suite of products that we can sell across the market, across the world that provides end-to-end coverage of all communication endpoints was really compelling. There was no other company like us out there that has the full end-to-end product suite addressing the entire endpoint market.

In addition, as Joe outlined, what's happening in the shift to UC from legacy headsets. They just made tons of sense that there's a huge upside as it relates to the communication world and I'll talk about that later. And then also outlined this kind of this move to the cloud and what that means to video and what we're doing in the video product side, it also -- it was very rational that there's an opportunity for significant growth.

Now if you look at both of these companies historically, there has not been a lot of top line growth. And we're not at a point yet where we'll start seeing top line growth, but we see that on the horizon and the reason that we're bullish about that is products refresh and the industry trends that I'm sure we'll talk about more as we get into the discussion, but this is a great company with high margins, the ability to generate significant positive cash flow and we see a bright future out there. Clearly, there's a lot of wood to chop between now and then, but I'll turn it over to Mike to sort of start the Q&A process. But I'd say, we sit here feeling strong about the long-term business prospects.

**Question And Answer**

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [1]**

 Great. Good. Yes, so I'll just touch on a few areas. Let me start with a few of the product questions here. And a couple of months ago, you launched Studio, which is the first video huddle room product. And I guess, are you sort of happy with that product? Do you see additional sort of refinements you'd like to make to that product? Any view on kind of the first huddle room product?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [2]**

 Yes. Studio is a really, really important product of the company. Studio is a product that we released last quarter. We saw low single-digit millions in revenue last quarter. We expect that to double this quarter and we expect it to be material in our financials by the end of our year, which should be ending March 31 of next year. So we think that sort of will be a linear growth and that we think is, we'll start to be material on our financials in a few quarters.

 One of our competitors launched a product and has really done a nice job and has made a significant business out of the huddle room product. One of the really first product releases that we had was Studio and that's effectively USB attached, high-quality 4K camera, speakers and microphones all-in-1. It has a very attractive entry-level price point with decent margins. And that product is the first of a series of product releases that will span the huddle room to the boardroom as we do the full video refresh this year.

 As you think about video for us, it's roughly $100 million a quarter business and this is one that we expect longer term will have significant growth opportunity. We see industry trends with millennials wanting to do FaceTime as they go to work, a lot of us older employees are not as familiar with video. The younger generation certainly is demanding it and that's how business will be transacted in the future.

 As, Mike, the floor plans of offices are being redesigned, they're tearing out offices and making open floor plans with huddle room, so people can have private conversations. Today those rooms are dominated by the Polycom legacy Trio phone. In the future, you'll have a phone and a video conferencing solution or one of the other and that market is huge. It's a 30-plus million huddle room TAM that's unpenetrated and that TAM is growing every day as offices are redesigned.

 So the initial sell-through has been strong. The initial proof points that we're seeing this quarter look very promising. And this is an important one for us and our investors to watch as we see the new products in the horizon, we think, will help to drive top line growth and bottom line growth.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [3]**

 Right, right. So sometimes when new products get released, they sort of get revised every time, but it sounds like this one has kind of been strong from the starter.

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [4]**

 It has been. We did -- we had a sort of a mini Investor Day in New York a couple of months ago and did a side-by-side against competition and it was very clear, everyone that saw the side-by-side that our product was a better product. But even then the market is so big there's room for many players in the space. So I'd say, we're bullish on the market for us and for everyone. It's a big untapped market.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [5]**

 You talked about expanding the huddle room product offering, I guess. What else would you think about in this category? It sounds like Studio fits a kind of an immediate needer.

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [6]**

 Yes. I don't want to preempt our product teams and their product launches, but we expect to have a couple of more product -- new product launches this year that are effectively spanning huddle room to boardroom. And so think of that as -- is new products and replacement products that will refresh the video line, so I don't want to kind of -- I don't want to jump to gun on their announcements later this year, but we're -- I'd say, stay tuned and we're excited about what these future products will look like. And also the price points, one of the key things in video that's been tricky is the prices have been very high. If you went back 10 years ago and wanted to get a high-end video for the boardroom, you could easily spend $100,000 or more. We now see a much bigger market opportunity for easier-to-use and lower price points, but still strong margin products. So just to be characterized as higher unit volumes, lower ASPs but in overall, a much bigger market.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [7]**

 Right, right. And so far most of your video revenue has been with sort of the traditional video products. Can you talk a little bit about what you would like to upgrade there and how easily kind of those legacy products either today integrate with your huddle room products or will integrate with your huddle room products?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [8]**

 Yes. Well, I think the one thing that we're most focused on is the ease-of-use with our partners in the ecosystem. And if you think about the players in the cloud, whether it's Zoom or Ring or GoToMeeting, these are all platforms that customers love to use. And we want to make our products really easy-to-use and interoperate with our partners in the ecosystem. And so that means that yes, we will have a management layer that helps the IT and the user base to update configurations and manage the devices, but the key is making them really have a great user experience and easy-to-use for our channel partners.

 Today with Studio, as an example, you can take your computer, plug the USB cable in and that product will interoperate with teams, with Microsoft or Zoom and it's a really seamless easy user experience. As we do the products refresh for the additional products, we want to have that same ease-of-use to make it, so it's a really great customer experience.

 And then, of course, we have the -- our application layer, our cloud layer that allows IT to update configurations and manage devices so they don't have to go to the video conference room or the huddle room to do an update, they can do that remotely. And that works across all of our products, headsets, phones, video devices, et cetera. So that's a really unique advantage of Poly and making it easier for our customers to manage their fleet of end points.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [9]**

 Right, right. Good, and that's the first time I've heard the endpoints referred to a fleet, that's good, I like that. The -- so I guess, last quarter, there was some impact on your high-end phone sales from the release of new lower-price phones that you guys offered. I guess, should that dynamic update some going forward or is that more reflective of a shift from kind of shift to lower-price phones in the industry broadly?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [10]**

 Yes. I think it's clear that the lower end phone market is growing faster. But if you take a step back and sort of think about phones, I think broadly most people would assume that the phone market is shrinking. And I would say, at a high level, that is true. But I think that we have a benefit there. And so if you characterize -- I

think there's 400-plus million sort of legacy PBX phones out there. And those PBX phones have been disrupted by the cloud.

And so as our customers shift to the cloud, they are basically throwing away their fleet of Nortel or Avaya or Cisco phones and they're moving to the cloud. And what that means is that they're going to save a lot of money because they don't have all the heavy-duty maintenance of a PBX system. And they're going to go to a new environment. And in the legacy PBX world, we had about a 4% attach rate. So if a customer had 100 phones in a PBX environment, they would buy 4 headsets to use and plug in to that legacy environment. As they get rid of that PBX environment and move to the cloud, they will have a soft phone many times. And if they have a soft phone, they will want a headset to have a good user experience. And so you go to a 100% attach rate for a soft phone or they will have a desk phone, in which case they would buy ours or there's a couple other players in the market as well and we have a very high market share.

So we are bullish long-term about desktop phones, but I would say, the broader move is desktop phones and headsets because as our customers migrate from the closed environment to the cloud, we then are selling headsets and/or desk phones and that is, I think, a real strong tailwind as you think about the UC move and what that means to the long-term transition. Now this transition has been happening for a few years already, as you know. And we see that this is a 10-plus year migration away from heavy-duty clunky PBX environments to the cloud. And this is why our partners in the ecosystem are doing so well. Zoom's IPO is an example because of this broader move, not just video, but UC in general.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [11]**

Right, right. I think most of -- is the majority of Poly's phone sales were into the cloud system, I believe.

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [12]**

That's right. Yes, so we're a market leader in SIP phones, basically cloud-enabled desk phones. Now we have a whole fleet of these phones, we have -- we think great technology. There is a few other players out there as well. I think we have either 1 or 2 in market share. So it's a strong franchise for us, but I think as we think about desk phones, it's desk phones, conference phones, speakerphones and headsets to address this growing UC market.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [13]**

Right. Within that kind of cloud ecosystem where Poly has been strong in selling phones, is there a shift there towards kind of these lower price phones like that you launched last year or I think in December quarter or has that mix been relatively consistent?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [14]**

I think that is a mixed shift that's happening right now. It's hard to say if it's a permanent shift. Clearly, if you are in a doctor's office or a professional administrative assistant, you're going to want the higher-end phone what -- that would have a video screen and you may want a high-end team's enabled phone or one that has the ability to do videoconferencing. We have a new product called Elara that's really exciting, that effectively is -- does wireless charging for your Android or iPhone. It's sort of a mobile-first product and it has a headset, speakerphone and keypad attached. It's a beautiful device for the mobile-first worker. And these are innovative solutions that we're taking to market and that we're just releasing. And so I think the desk phone market is absolutely shifting and changing. I think the service provider market I still think is going to be strong, but there is definitely a move to, I think, the value pricing and the shift as well to the headset and the softphone. And I think both of those transitions are in that positive to us over time.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [15]**

Got it. Excellent. Okay. And then just on a couple, I guess, just general financial topics. It looks like we're not going to get a Mexico tariff, but, I guess, the China tariff is still there. Can you just remind us like what is

the impact of that? And also what adjustments you can make to that sort of tariff?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [16]**

 Yes. We spent a lot of time doing scenario planning on tariffs. And I'll quickly cover Mexico just because the information is out there. But in Mexico, we think the issue is solved for now. But if there -- if that issue did reemerge, we have a plan and we have, we think, built-in flexibility. And so that's manageable and we think it's under control. But we think that we have a plan, so we could shift volumes around to help mitigate.

 As it relates to China, there's been a lot of discussion on 25% tariff and we so far have, for the most part, been paying very immaterial amounts in tariffs. Most of our products have fallen into the Bluetooth exemption and the Bluetooth exemption is what allows Apple and others to effectively not have to pay tariffs. That so far has been somewhat sacrosanct. However, if there were -- the Bluetooth exemption were to be poled and we were paying tariffs on there, it would be about a $17 million impact to the company.

 And now that excludes consumer because we're in the middle of, obviously, a strategic review or possibly selling our consumer business. However, that $17 million we've already begun moving certain enterprise headsets and Bluetooth devices out of China. This was actually started quite a while ago. And that move should be completed later this calendar year. That would bring exposure down to about $7 million annually. So we feel that even if things went poorly in China, that we are -- it would not be a big blow to our financials. So as we sit here today, $17 million by the end of calendar Q4 down to around $7 million annually, and again, that excludes consumer.

**Michael R. Iburg, Plantronics, Inc. - Vice President of Investor Relations [17]**

 And that's a pretax exposure.

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [18]**

 Yes, pretax. Thank you, Mike.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [19]**

 Okay, got it. Makes sense. Great. Since you mentioned consumer, I guess, just on that topic, you talked about trying to sell the consumer business. Maybe can you talk a little bit on why you want to do that? What are some of the comparable valuations out there? And then -- yes, I guess, that will be the first question.

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [20]**

 Yes. So we've looked at this business and I think as we did our review of our business and our operations, consumer back when it was just part of Plantronics, it was a material part of the revenue, call it, 20% of the revenue. As we sit here today, consumer is about 8% of our revenue and has a materially different margin profile and has a distinct and separate sales force. So as we think about that business, it truly is a unique operating business that's independent from the rest of Poly. And as we think about our focus as a company and wanting to be the market leader and endpoints in the UC category in providing the full suite of products for our customers, we felt that while our consumer products are in many cases best-in-class and they're great products, that it would make sense to look and see if there is a better owner for that business.

 The overall -- I think I'm optimistic that there is a buyer out there because these are great brands and great products. It's hard to say when that would close. If I had to kind of range it, I would say 6 to 12 months and are sort of the general range of how M&A deals typically happen. But again, it's very early in the process. There so far has been interest, but it's hard to say if and when a deal will get done.

 Market comps, if you look at Turtle Beach, they're trading at, I don't know, 5 or 7x earnings, and I think around between 50 and -- 0.5 and 0.75 revenue. Turtle Beach is not the best comp because we have other products as well besides gaming. But these are great products.

For example, the BackBeat FIT is a running headset, a true wireless running headset. It's a great product. Our stereo headsets are also really strong products. So I think that we're optimistic that there will be a transaction there and we'll have to see kind of where valuation ends up. But I think even without kind of doing this to generate cash, this would make sense regardless because of allowing Poly to be very focused on being an enterprise-driven company.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [21]**

I see many -- here most of the cash generator would go down to -- go to pay down debt?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [22]**

Yes, that would be our strategy. I mean as far as delevering, I'll maybe touch on that briefly right now. That's not in our financial plan, but I think that would be the ideal use of proceeds. Last quarter and this quarter, we expect cash from operations. Last quarter, it was slightly negative. This quarter, we expect it to be around breakeven. Because we've got significant payments for restructuring and integration costs. After this quarter -- after our June quarter, those costs are mostly behind us. There'll be a long tail, of course, but the material spend should be mostly behind us. And that means that our free cash flow will be significantly positive and allow us to pay down debt and delever. So we expect our September, December and March quarters will be very strong cash quarters and will allow us to pay down debt and to delever. Today we sit here at about 3.5 or 3.6 turns of EBITDA and we expect that to get to about 3 by the end of our year -- our fiscal year March 31. That would imply paying down $150 million of debt over the year. And so, we're comfortable with that approach to the extent that we sell consumer and generate some additional cash that would just sort of pull in the date of when we get down to below 3 turns.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [23]**

Yes. Great. That makes sense. Good. And then, I guess, there is a tariff, Mexico, China. Does that generally create some, I don't know, uncertainty among your customers globally or does that narrowly come into their sort of thinking?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [24]**

It does. I mean I think this quarter, we're seeing a couple things happen. One, certainly in China, China has been a historically strong business for Polycom. We have a great team over there. We have great products. And it's been an important market to Polycom historically. It's important to Poly. It's a little smaller because Plantronics was not very big in China. We see there is a long-term opportunity quite frankly, and one of the rationales for the transaction was cross-selling and up-selling. But to date the traction of Plantronics in China has been minimal. And for Polycom though, it's been a pretty strong business. And we're seeing that -- we're seeing a pretty big impact on all of this tariff discussion and trade discussion with our customers in China. So we are seeing delays in purchasing and that is -- I think we're not immune to this or unique to this. I think you're seeing many of the Silicon Valley companies have challenges in China this quarter. We think that could be -- is probably below $10 million, but we see that being an impact to our quarterly results as it relates to sales in China. We are -- the U.S., we see actually as having a decent quarter and we're seeing strong demand in Europe, but I think that Europe has a different set of challenges as it relates to integration and how we put these 2 companies together.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [25]**

Can you explain how much of Polycom directly was in China prior to the acquisition?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [26]**

I don't have the exact number. I don't think we've disclosed that entirely. But Asia is about $100 million a quarter in total for Poly. And China is a material amount of Asia for us. Obviously, we have a strong business in consumer in Australia, and Japan is a good market for us. But China, I think, is our biggest market in Asia.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [27]**

 Okay, got it. Excellent. Okay, great. And then historically, you've talked about getting through all the cost savings by the end of June. But then you talked a little bit about, well, while the actions are done, not all the realization of the cost savings are done. So can you just explain that a little bit now that sort of flow through the model?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [28]**

 Certainly. So on the OpEx side, we've outlined a strategy for about $45 million of OpEx cost savings. And we completed the final activity. On May 7, we had our final reduction in force. We let go about 350 people or so on May 7. And so the OpEx synergies have now been all realized and the run rate after May 7, we've generated the $45 million in savings.

 Now from a full year standpoint because our year start at April 1, we won't quite have the full year of $45 million of savings. But on a run rate, we're there.

 From a COGS standpoint, we already had some of the savings, the labor part has been achieved as of May 7. So if you think about we had 2 overlapping procurement organizations as an example, we now have 1 and that those final savings were generated starting -- ending May 7.

 As it relates to contract manufacturer, ODM, consolidation and pulling products into our own manufacturing site in Mexico, that is work that's underway. We expect that by the end of June, the actions will have been taken whether it's a contract termination or notification. And then effectively, that transition process now happens where we have to take inventory or work in process or tools and transition those over. And so the way to think about that is, if our inventory turns are 4x a year, then all the work has to be done by the end of December such that the inventory can be turned over by the end of March to have all the savings in the P&L.

 We expect that we might not be fully converted by the end of December. So there could be some spillover in the P&L into our Q1 of next year. And so while the activities are identified and notifications and contracts and all that kind of stuff would be done at the end of June, it could take more than 6 months for all those activities to happen.

 So the net of it is, I think we'll get the bulk of the savings this year of $40 million in COGS savings this year. But we expect some of that will spill over into next year. We also outlined an additional $20 million of savings beyond the $85 million and the lion's share of that will -- we think will be in next year in fiscal '21 as we have more savings identified. And this is one I think it can be a little bit hard to quantify, but I think as we go and produce our results each quarter, we'll update everyone on how that timing should flow through the P&L.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [29]**

 Okay, great. And then historically, you guys have talked about getting to a $500 million EBITDA per year goal. And can you sort of -- in addition to those cost savings you outlined, what other things need to happen to get you there, in particular like how fast does the revenue need to grow to get you there?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [30]**

 Yes. I mean revenue growth is a small part of that. If you just sort of take the business and you look at where we've come from, it's a business that has a combined around $400 million of EBITDA. And then from that $400 million, we find $85 million of synergies. That takes you to not too far away from $500 million. So revenue growth is an important -- is a piece of that $500 million, but the bulk of that are synergies and cost savings that we've identified and outlined. And so, now I will say on revenue growth, we do have some legacy businesses that are high margin and declining. And we have some high-growth businesses that are replacing that with a little lower margin.

So part of that $500 million is revenue growth in a mix shift across the platform. But we feel pretty confident in the ability to get to our long-term financial model, which is effectively going from $400 million of EBITDA to $500 million. And that -- in that transition, the conversion of EBITDA to cash flow is roughly 2/3. So at $500 million, we should be generating north of $300 million of free cash flow that we can use to effectively delever. And so that I think as a really important part of our overall long-term financial model is getting our leverage down to a point that's below 3 and really showing the true cash generation power of our model.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [31]**

Is it $300 million of free cash flow or operating cash flow?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [32]**

Well, operating -- free cash flow after CapEx. Again, it depends on what your point in time is. The biggest reconciling item on the free cash flow is actually interest expense. So as you delever, interest expense goes down. Historically, CapEx has been in the $50 million range. So obviously, as we delever, we should see that the conversion of free cash flow accelerate.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [33]**

Yes. Okay. And your gross margin was strong in the March quarter. You touched on that just a little bit about legacy versus new products, but how should we think about gross margins over time here?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [34]**

Well, we've modeled gross margins in the low 50s. Last quarter, you're right, we had a 55% gross margin. It was a really strong quarter. We do see a little bit of volatility in gross margins quarter-over-quarter. And that is primarily driven by mix. Certain products like video and services have a higher gross margin. Other ones like desk phones and the newer UC headsets are a little lower than company average gross margin. None of those are real outliers. The only real outlier is the consumer gross margin. But we certainly -- as certain quarters have a different mix shift, we will see -- we do think that the long-term margins are low 50s, not necessarily mid-50s where we were last quarter.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [35]**

Does the $500 million EBITDA goal change if the consumer business is solved?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [36]**

We would update that, yes. We're not prepared to update that today. But yes, we would plan to update revenue gross margin and EBITDA.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [37]**

Got it. And then you talked about the huddle room business growing linearly and being material exiting your fiscal year March year. I mean I think your biggest competitor in this space has been something like $300 million a year. I mean what would be a successful kind of huddle room business for you guys given kind of all your channels and enterprise customers?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [38]**

Well, I would say, if in 2 years, we can be north of where our competitor is, that would be successful. And I will feel good about that. They have built a good business. We think that we have the ability to -- as there's such a big market out there, I think that we can grow materially. And so I think where they are today would be a good place for us in a couple of years, if there's great headwinds, maybe it's earlier. But hats off, they've

done a nice job. And I think there's such a big market out there, I would hope that we could build a franchise in sort of an 8-quarter ramp and get to that level maybe sooner or maybe longer, but that would be I think success.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [39]**

Do your huddle room products today sort of fit naturally into all your current channels or do you need to build out new channels?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [40]**

They fit naturally in all of our current channels. Certainly, the Polycom legacy channel partners are great distributors and buyers for us. Even some of the Plantronics strong ones are quite good. I mean this is a product that's so easy-to-use that it doesn't require services, it can be done by IT very easily. The installation is very quick. And so this is not a complicated product. And I think as we've launched the additional products and we have a portfolio, I think it will help both with the new products and with Studio. And so yes, I think the current channel partners are very capable. And there could be some new ones as well.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [41]**

Got it. And then you acquired Polycom little under a year ago and I think at the start of the March quarter, you did sort of the big sales force reorganization, which was part of the plan. I guess, is that sort of settled down? I mean you obviously had a good March quarter despite the sales force reordered at start of the quarter, but any other sort of notable change in the sales force organization? Do you feel like that's sort of stabilized now?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [42]**

Yes. I mean I think actually probably this quarter has been more challenging than we expected in terms of sales and our channel partners. I think the early integration -- it's always tough when you're integrating 2 equal-sized companies because you have a head of sales, you have a head of certain region or customer and you're picking one. And the team did an incredible job on synergy capture and getting the cost savings. And then once you do that, then you see what's the downstream impact after you make those decisions. And I would say, that and the systems have been challenging. We integrated the 2 companies and went live April 24 with our new ERP system and certainly our channel partners are feeling the pain as we have lit up those new systems.

We also had to pick between distributors and pick one over the other. And so I think we've seen challenges internally and with the sales force. I do feel really optimistic that we have the right team, we have the right distribution partners and buyers and resellers. But this quarter has been particularly challenging on the systems and how we have rolled these things out. And we appreciate our customers being patient with us because a lot of this is somewhat self-inflicted on how we go to market. And I'd say, the early returns were quite strong, but I think you always -- the quarter after is always when the challenges come up.

So I'd say, it's been more pronounced in Europe. Our European team has been working night and day to bring our new or sort of consolidated channel partners up and our end customers and so it's been quite the journey. I think that hopefully, the difficult part is now behind us. And I think from here, we see things working better. But it's certainly -- it's probably been more challenged than we had expected.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [43]**

Got it, got it. Okay. Got it. And then on the services business, which I think most of that came from the Polycom acquisition. How much of that is tied to the sort of traditional videoconferencing technologies? And then generally how should we think about your services business over time? Is it stable, slightly growing, slightly declining?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [44]**

 Yes, I think it's flat to slightly declining. Services is a great business for us. We really, really are grateful for those customers and that business. It's stable, predictable, high margin and we provide really valuable services for our customers. And so, I think that's a business that's flattish to slightly declining over time. As we upgrade our products, we intend to really have the white-glove treatment for our customers to maintain those relationships. But I would sort of think about that long term is, it's a business that's not going to really grow, now we're adding a lot more endpoints and we're adding a lot more customers. But I think you're also -- we're adding those at a lower ASP. So I think that what you'll see is, revenue for video will grow, I believe, long term materially. It will be -- there's material opportunities for growth. But then you'll have a lot of products like Studio that won't necessarily need a maintenance or support contract. Many will have those because we have customers who really like to have us do the managed services for them. But many of those won't. And so I think the dynamic is that maintenance and support will be flat to slightly declining over the long term even though the video category should experience strong growth.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [45]**

 Got it. That's great. And then just from a top line perspective, I mean, we've talked a lot about kind of huddle room. Is that the sort of the #1 revenue driver? Or what would you put as like maybe top 2 revenue drivers over the next 2 years?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [46]**

 Yes. So I think the top 2 are really the video refresh, including Studio, which I think can lead to material revenue growth for video. And the second one maybe it's even bigger is this shift to UC from PBX. And so as customers are moving away from PBX to UC headsets and phones, we see that primary business having material growth.

 Now if you went back a couple of years ago, you'd see legacy headsets were material -- were much larger than UC. And legacy has been declining. Today, our UC headsets are actually bigger than our legacy headsets. And so -- and those -- that business last quarter, as an example, grew I think 15% or 16%, whereas the legacy business had sort of low single-digit declines. And so now we're seeing that smaller base of legacy is being dwarfed by the growth prospects in the UC business. So I think the key to our long-term growth is the video refresh and this shift to the cloud and what that means for our UC business.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [47]**

 Got it, got it. Good. Let's see, just to make sure -- just in terms of the cloud ecosystem, can you talk a little bit about just how do you see your market share within that ecosystem? And you guys have multiple products to sell into it, you mentioned the Zoom, the Ring and so forth, but how do you see your kind of market share within that kind of cloud communication's ecosystem and what would be the biggest sort of driver of gains if you did have gains?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [48]**

 Yes. Well, I think, ultimately, if you think about the alternative for video as an example, at the high end, it's really us or Cisco. And what we'd like it to be is, if you don't work with Cisco and you go to the cloud, we'd like to be the default. So that would be characterized as extremely high market share for all of our cloud partners. And I think that, that historically has been the way it shook out and I think that would be our strategy and how we'd like to think about that going forward.

 As it relates to headsets, there is strong competition. GN-Jabra has done a nice job, hats off to them. We have very high market share as do they. And I think that as you go to the cloud, I would hope preferentially they'll work with us because we have the ability to have end-to-end interoperability across our product families and we think that we have unique differentiated technology.

For desk phones, I mentioned that earlier, there is a couple of competitors we tend to have pretty high market share. And for speakerphones, we are the market leader, we're the iconic brand in every conference room across the corporate world.

So I think in each category, you have a little bit of different competition. But we are unique value proposition as we are the sole company that provides these endpoints, end-to-end and they are cloud-enabled and future-proof. So regardless of who you want to work with from a cloud standpoint, we have the products that can work with that -- those offerings and provide a great user experience at competitive price and it's future proven. So our strategy, we think, is the right one. Clearly, this year, we're still in the middle of this integration and in sort of a transition year, but as we think about into next year, that long-term financial model is very achievable and we're very bullish on the future.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [49]**

Great. Good. Well, I really appreciate the time, Chuck and Mike. And I guess, any other comments before we wrap up here?

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [50]**

No. Thank you, and thanks to everyone for calling in to our call. We appreciate it. We look forward to talking to everyone on our earnings call at the end of July, beginning of August.

**Michael R. Iburg, Plantronics, Inc. - Vice President of Investor Relations [51]**

Yes. Thanks, Mike.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [52]**

Thanks a lot guys.

**Michael R. Iburg, Plantronics, Inc. - Vice President of Investor Relations [53]**

Thank you.

**Michael James Latimore, Northland Capital Markets, Research Division - MD & Senior Research Analyst [54]**

Have a great evening. Bye.

**Charles D. Boynton, Plantronics, Inc. - Executive VP & CFO [55]**

You too, bye.