# EXHIBIT E

10-Q 1 q11910-q.htm 10-Q

# UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

x      **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

or

o      **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____to _____**

**Commission File Number: 001-12696**

# Plantronics, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0207692** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**345 Encinal Street**
**Santa Cruz, California 95060**
(Address of principal executive offices)
(Zip Code)

**(831) 426-5858**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes x No o

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes x No o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company.  See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer x | Accelerated filer o | Non-accelerated filer o | Smaller reporting company o | Emerging growth company o |
| | | (Do not check if a smaller reporting company) | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes o No x

As of August 3, 2018, 39,722,750 shares of the registrant's common stock were outstanding.

1

Table of Contents

## 14. COMPUTATION OF EARNINGS PER COMMON SHARE

Basic and diluted earnings per share are computed using the two-class method. The two-class method is an earnings allocation formula that determines net income per share for each class of common stock and participating security according to dividends declared and participation rights in undistributed earnings. Per share amounts are computed by dividing net income attributable to common shareholders by the weighted average shares outstanding during each period.

The Company has a share-based compensation plan under which employees, non-employee directors, and consultants may be granted share-based awards, including shares of restricted stock on which non-forfeitable dividends are paid on unvested shares. As such, shares of restricted stock are considered participating securities under the two-class method of calculating earnings per share. Prior to the second quarter of Fiscal Year 2018, the impact of the two-class method was not considered material and therefore, earnings per share was reported as calculated under the treasury stock method. Had the Company reported earnings per share under the two-class method, basic and diluted earnings per share would have been $0.56 and $0.55, respectively, for the three months ended June 30, 2017 instead of the reported amounts of $0.58 and $0.57, respectively.

The following table sets forth the computation of basic and diluted earnings per common share for the three months ended June 30, 2017 and 2018:

| (in thousands, except per share data) | | Three Months Ended June 30, | | |
|---|---|---|---|---|
| | | 2017 | | 2018 |
| **Basic earnings per common share:** | | | | |
| Numerator: | | | | |
| Net income | $ | 18,828 | $ | 14,471 |
| Income allocated to participating securities, basic | | n/a | | (325) |
| Net income attributable to common shareholders, basic | $ | 18,828 | $ | 14,146 |
| | | | | |
| Denominator: | | | | |
| Weighted average common shares, basic | | 32,506 | | 32,594 |
| | | | | |
| Basic earnings per common share | $ | 0.58 | $ | 0.43 |
| | | | | |
| **Diluted earnings per common share:** | | | | |
| Numerator: | | | | |
| Net income attributable to common shareholders, basic | $ | 18,828 | $ | 14,146 |
| Net effect of reallocating undistributed earnings of unvested shareholders | | n/a | | 6 |
| Net income attributable to common shareholders, diluted | $ | 18,828 | $ | 14,152 |
| | | | | |
| Denominator: | | | | |
| Weighted average common shares-basic | | 32,506 | | 32,594 |
| Dilutive effect of employee equity incentive plans | | 705 | | 940 |
| Weighted average common shares, diluted | | 33,211 | | 33,534 |
| | | | | |
| Diluted earnings per common share | $ | 0.57 | $ | 0.42 |
| | | | | |
| Potentially dilutive securities excluded from diluted earnings per common share because their effect is anti-dilutive | | 457 | | 202 |

## 15. REVENUE AND MAJOR CUSTOMERS

The Company designs, manufactures, markets, and sells headsets for business and consumer applications.  With respect to headsets, it makes products for use in offices and contact centers, with mobile devices, cordless phones, and with computers and gaming consoles.  Major product categories include Enterprise, which includes corded and cordless communication headsets, audio

32

Table of Contents

processors, and telephone systems; and Consumer, which includes Bluetooth and corded products for mobile device applications, personal computer ("PC") and gaming headsets.

The Company operates as a single operating segment and the following table disaggregates revenues by major product category for the three months ended June 30, 2017 and 2018:

| (in thousands) | Three Months Ended June 30, | | | |
| | 2017 | | 2018 | |
| --- | --- | --- | --- | --- |
| Net revenues from unaffiliated customers: | | | | |
| Enterprise | $ | 154,605 | $ | 167,642 |
| Consumer | | 49,321 | | 53,667 |
| Total net revenues | $ | 203,926 | $ | 221,309 |

For reporting purposes, revenue is attributed to each geographic region based on the location of the customer. Other than the U.S., no country accounted for 10% or more of the Company's net revenues for the three months ended June 30, 2017 and 2018. The following table presents net revenues by geography:

| (in thousands) | Three Months Ended June 30, | | | |
| | 2017 | | 2018 | |
| --- | --- | --- | --- | --- |
| Net revenues from unaffiliated customers: | | | | |
| U.S. | $ | 108,810 | $ | 113,986 |
| Europe and Africa | | 54,816 | | 63,590 |
| Asia Pacific | | 23,884 | | 26,871 |
| Americas, excluding U.S. | | 16,416 | | 16,862 |
| Total international net revenues | | 95,116 | | 107,323 |
| Total net revenues | $ | 203,926 | $ | 221,309 |

One customer, Ingram Micro Group, accounted for 11.9% of net revenues for the three months ended June 30, 2017. One customer, D&H Distributors, accounted for 9.5% of net revenues for the three months ended June 30, 2018.

Two customers, D&H Distributors and Ingram Micro Group, accounted for 13.0% and 12.4%, respectively, of total net accounts receivable at March 31, 2018. One customer, D&H Distributors, accounted for 12.2% of total net accounts receivable at June 30, 2018.

Revenue is recognized when obligations under the terms of a contract with the Company's customer are satisfied; generally this occurs with the transfer of control of its products or services. Revenue is measured as the amount of consideration the Company expects to receive in exchange for transferring goods or providing services. The majority of its business relates to physical product shipments representing a single performance obligation, for which revenue is generally recognized once title and risk of loss of the product are transferred to the customer. The Company believes that transfer of title and risk of loss best represent the moment at which the customer's ability to direct the use of and obtain substantially all the benefits of an asset have been achieved. The Company has elected to recognize the cost for freight and shipping when control over products have transferred to the customer as an expense in Cost of Revenues.

The Company's cloud-based and hosted subscription services, which currently represent a smaller portion of its business, are recognized on a pro-rata basis over the respective subscription terms which are on average one year in length. The Company believes this recognition period faithfully depicts the pattern of transfer of control for these services as they are provided in even increments on a constant and daily basis.

On occasion, the Company will fulfill only part of a purchase order due to lack of current availability for one or more items requested on an order. Its practice is to ship what is on hand, with the remaining goods shipped once the product is in stock which is generally less than one year from the date of the order. Depending on the terms of the contract, undelivered or backordered items may be canceled by either party at their discretion.

33

Table of Contents

For contracts with performance obligations with an expected duration of one year or less, the Company has elected the practical expedient allowed under Topic 606 to exclude disclosure of the transaction price allocated to unfulfilled partial orders and undelivered cloud-based and hosted subscription services at the end of the period, including any estimates of return, rebates, discounts or similar incentives applicable to any undelivered items. The value of contracts with performance obligations with an expected duration exceeding one year are not considered significant.

Upon establishment of creditworthiness, the Company may extend credit terms to its customers which typically ranges between 30 and 90 days from the date of invoice depending on geographic region and type of customer. The Company bills upon product shipment or activation of service. None of its contracts are deemed to have significant financing components.

Sales, value add, and other taxes collected concurrent with revenue producing activities are excluded from revenue.

Commercial distributors and retailers represent the Company's largest sources of net revenues. Sales through its distribution and retail channels are made primarily under agreements allowing for rights of return and include various sales incentive programs, such as back end rebates, discounts, marketing development funds, price protection, and other sales incentives. The Company has an established sales history for these arrangements and we record the estimated reserves at the inception of the contract as a reflection of the reduced transaction price. Customer sales returns are estimated based on historical data, relevant current data, and the monitoring of inventory build-up in the distribution channel. Revenue reserves represent a reasonable estimation made by management, but may differ from actual returns or incentives provided, due to unforeseen customer return or claim patterns or changes in circumstances. For certain customer contracts which have historically demonstrated variability, we have considered the likelihood of being under-reserved and have increased its reserves accordingly. Provisions for Sales Returns are presented within Accrued Liabilities in the Company's Consolidated Balance Sheets. Provisions for promotions, rebates, and other sales incentives are presented as a reduction of Accounts Receivable unless there is no identifiable right offset, in which case they are presented within Accrued Liabilities on its Consolidated Balance Sheets. *Refer to Note 5, Details of Certain Balance Sheet Accounts for additional details*.

For certain arrangements, the Company pays commission and bonuses associated with obtaining the contracts. Given the short-term nature of these commissions and the amortization period, the Company has elected to use the practical expedient to record these incremental costs as an expense when incurred. Incremental costs of obtaining contracts with an amortization period of greater than one year are considered insignificant.

As of June 30, 2018, the Company had no material contract assets and contract liabilities recorded on the Consolidated Balance Sheet.

## 16. SUBSEQUENT EVENTS

### Polycom Acquisition

On July 2, 2018, the Company completed the acquisition of all of the issued and outstanding shares of capital stock of Polycom. The Acquisition was consummated in accordance with the terms and conditions of the previously announced Purchase Agreement, dated March 28, 2018, among the Company, Triangle and Polycom. Prior to closing, the Company paid cash of $33.6 million which is recognized as a prepaid asset within Other Current Assets on the condensed consolidated Balance Sheet at June 30, 2018, this amount was subsequently applied to the Acquisition on July 2, 2018. At the closing of the Acquisition, Plantronics acquired Polycom for $2.0 billion with the total consideration consisting of (1) approximately 6.4 million shares of the Company's common stock (the "Stock Consideration") and (2) approximately $1.6 billion in cash (the "Cash Consideration"), resulting in Triangle, which was Polycom's sole shareholder, owning approximately 16.0% of Plantronics following the acquisition. The consideration paid at closing is also subject to a working capital adjustment. The Company financed the Cash Consideration by using available cash-on-hand and funds drawn from the Company's new term loan facility which is described further below. Portions of the Stock Consideration and Cash Considerations were each deposited into separate escrow accounts to secure certain indemnification obligations of Triangle pursuant to the Purchase Agreement.

In connection with the Acquisition, the Company entered into a Credit Agreement with Wells Fargo Bank, National Association, as administrative agent, and the lenders party thereto (the "Credit Agreement"). The Credit Agreement replaced the Company's existing revolving credit facility in its entirety. The Credit Agreement provides for (i) a revolving credit facility with an initial maximum aggregate amount of availability of $100 million that matures in July 2023 and (ii) a 1.275 billion term loan facility priced at LIBOR plus 250bps due in quarterly principal installments commencing on December 28, 2018 for the aggregate principal amount funded on the Closing Date multiplied by 0.25% (subject to prepayments outlined in the Credit Agreement) and all remaining outstanding principal due at maturity in July 2025. On July 2, 2018, the Company borrowed the full amount available

34