# EXHIBIT J

DEF 14A 1 proxyreportingfy19.htm DEF 14A

---

### UNITED STATES
### SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant þ

Filed by a Party other than the Registrant o

Check the appropriate box:

o Preliminary Proxy Statement

o **Confidential, for Use of the Commission only
(as permitted by Rule 14a-6(e)(2))**

þ Definitive Proxy Statement

o Definitive Additional Materials

o Soliciting Material Pursuant to § 240.14a-12

# PLANTRONICS, INC.

**(Name of Registrant as Specified In Its Charter)**

Payment of Filing Fee (Check the appropriate box)

þ        No fee required.

o        Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    1.    Title of each class of securities to which transaction applies:

    2.    Aggregate number of securities to which transaction applies:

    3.    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    4.    Proposed maximum aggregate value of transaction:

    5.    Total fee paid:

o        Fee paid previously with preliminary materials.

       Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number,

o        or the Form or Schedule and the date of its filing.

    1.    Amount Previously Paid:

    2.    Form, Schedule or Registration Statement No.:

    3.    Filing Party:

    4.    Date Filed:

Executive performance is evaluated annually against performance criteria after the close of the fiscal year and bonuses are typically paid in the first quarter of the following fiscal year.

**Target Bonus Percentages**

In the first quarter of each fiscal year, the Committee approves a target bonus for each eligible Executive. For each Executive, their target bonus is expressed as a percentage of their annual base salary. When establishing target bonus percentages, the Committee examined the median of the range of target bonus percentages of executives in similar positions with similar responsibilities at Peer Group companies; however, the Committee also used its own judgment to determine the appropriate target bonus percentages for each Executive. Under the terms of the ICP, in the case of individuals who are promoted or otherwise given increased pay or responsibility during the performance period, target bonuses are calculated using their annual base pay and target percentage at the end of the applicable fiscal year.

The NEO target bonus percentages for fiscal year 2019 were as follows:

| Name [1] | Fiscal Year 2019 Target Bonus (% of Annual Base Salary) |
|---|---|
| Joe Burton | 125% |
| Mary Huser | 65% |
| Jeff Loebbaka | 75% |
| Shantanu Sarkar | 55% |
| Pam Strayer | 80% |

[1] Mr. Boynton commenced his employment with the Company in March 2019 and did not participate in the fiscal year 2019 ICP.

**Fiscal Year 2019 Executive Bonuses**

The tables that follow illustrate the fiscal year 2019 targeted and actual bonuses for the NEOs under the ICP. If an objective is not publicly disclosed information, the target goal itself is not included in the tables, but the percent achieved is shown. Accordingly, "Target" and "Actual" achievement results have been intentionally omitted as they constitute competitively sensitive commercial and financial information.

Additionally, within the limits of the aggregate Corporate Pool Funding, the Committee retained discretion to adjust individual awards consistent with the terms of the ICP. Based on the Committee's evaluation of each individual's performance, it may award individual bonuses from the lower of zero percent up to a maximum of 200% of their individual target bonus.

For each of the NEOs, their Weighted Scores in the tables below were based on the funding metrics established at the beginning of fiscal year 2019. The total bonus payout for each NEO was based on the terms of the fiscal year 2019 ICP, namely their individual target bonuses times the corporate pool funding achievement percent.

*Joseph Burton*

Mr. Burton's fiscal year 2019 ICP and actual performance were as follows:

| Performance Metric | Basis of Performance Metric | Target | Actual | % Funded | Weight | Weighted Score |
|---|---|---|---|---|---|---|
| Net Revenue | Consolidated | $890M | $910.1M | 125.1% | 40.0% | 50.0% |
| Non-GAAP Operating Margin | Consolidated | 22.5% | 19.3% | 54.2% | 40.0% | 21.7% |
| Shared Executive Goals | | — | — | 91.0% | 20.0% | 18.2% |
| **Total Target Bonus (in whole $)** | | $ 875,000 | | | 100.0% | 89.9% |
| Corporate Pool Funding Achievement Percent | | | 89.9% | | | |
| Actual Bonus Payout as Percent of Individual Target | | | 89.9% | | | |
| Total Bonus Payout | | $ 786,835 | | | | |

Mr. Burton's annual bonus for fiscal year 2019 was calculated using an annual base salary of $700,000 and target bonus under his ICP of 125% of his annual base salary. The Committee did not exercise discretion against the calculated bonus payout.

45

During the five-year period from fiscal year 2015 to fiscal year 2019, he was paid bonuses under the ICP ranging from 33.0% to 109.0% of the target amounts for those years with an average over that period of 72.4%. In two of the five years, his bonus was greater than 100%.

*Mary Huser*

Ms. Huser's fiscal year 2019 ICP and actual performance were as follows:

| Performance Metric | Basis of Performance Metric | Target | Actual | % Funded | Weight | Weighted Score |
|---|---|---|---|---|---|---|
| Net Revenue | Consolidated | $890M | $910.1M | 125.1% | 40.0% | 50.0% |
| Non-GAAP Operating Margin | Consolidated | 22.5% | 19.3% | 54.2% | 40.0% | 21.7% |
| Shared Executive Goals | | — | — | 91.0% | 20.0% | 18.2% |
| **Total Target Bonus (in whole $)** | | $ 260,000 | | | 100.0% | 89.9% |
| Corporate Pool Funding Achievement Percent | | | 89.9% | | | |
| Actual Bonus Payout as Percent of Individual Target | | | 94.4% | | | |
| Total Bonus Payout | | $ | 245,493 | | | |

Ms. Huser manages global legal, compliance global pricing. Her annual bonus for fiscal year 2019 was calculated using an annual base salary of $400,000 and target bonus under her ICP of 65% of her annual base salary. The difference between the Total Target Bonus Weighted Score and the Actual Bonus Payout as a Percent of Individual Target reflects the Committee's exercise of discretion.

Ms. Huser joined the Company late in fiscal year 2017 and did not participate in the ICP until fiscal year 2018. During fiscal years 2018 and 2019, Ms. Huser was paid bonuses under the ICP of 46.8% and 94.4% of the target amounts for those years, respectively, with an average of 70.6%.

*Jeff Loebbaka*

Mr. Loebbaka's fiscal year 2019 ICP and actual performance were as follows:

| Performance Metric | Basis of Performance Metric | Target | Actual | % Funded | Weight | Weighted Score |
|---|---|---|---|---|---|---|
| Net Revenue | Consolidated | $890M | $910.1M | 125.1% | 40.0% | 50.0% |
| Non-GAAP Operating Margin | Consolidated | 22.5% | 19.3% | 54.2% | 40.0% | 21.7% |
| Shared Executive Goals | | — | — | 91.0% | 20.0% | 18.2% |
| **Total Target Bonus (in whole $)** | | $ 307,500 | | | 100.0% | 89.9% |
| Corporate Pool Funding Achievement Percent | | | 89.9% | | | |
| Actual Bonus Payout as Percent of Individual Target | | | 94.4% | | | |
| Total Bonus Payout | | $ | 276,516 | | | |

Mr. Loebbaka manages worldwide sales. His annual bonus for fiscal year 2019 was calculated using an annual base salary of $410,000 and target bonus under his ICP of 75% of his annual base salary. The difference between the Total Target Bonus Weighted Score and the Actual Bonus Payout as a Percent of Individual Target reflects the Committee's exercise of discretion.

Mr. Loebbaka joined the Company in the second half of fiscal year 2018. As such, his Total Target Bonus for fiscal year 2018 was prorated at 48% of what he would have otherwise achieved based on the term of his employment with respect to the entire fiscal year. During fiscal years 2018 and 2019, Mr. Loebbaka was paid bonuses under the ICP of 46.8% and 94.4% of the target amounts for those years, respectively, with an average of 70.6%.

46

*Shantanu Sarkar*

Mr. Sarkar's fiscal year 2019 ICP and actual performance were as follows:

| Performance Metric | Basis of Performance Metric | Target | Actual | % Funded | Weight | Weighted Score |
|---|---|---|---|---|---|---|
| Net Revenue | Consolidated | $890M | $910.1M | 125.1% | 40.0% | 50.0% |
| Non-GAAP Operating Margin | Consolidated | 22.5% | 19.3% | 54.2% | 40.0% | 21.7% |
| Shared Executive Goals | | — | — | 91.0% | 20.0% | 18.2% |
| **Total Target Bonus (in whole $)** | | $    192,500 | | | 100.0% | 89.9% |
| Corporate Pool Funding Achievement Percent | | | 89.9% | | | |
| Actual Bonus Payout as Percent of Individual Target | | | 71.9% | | | |
| Total Bonus Payout | | $    138,483 | | | | |

Mr. Sarkar managed the Personal Systems Business in fiscal year 2019 and was responsible for launching new business models, implementing strategic initiatives, improving processes and efficiency, and implementing new methodologies. His annual bonus for fiscal year 2019 was calculated using an annual base salary of $350,000 and target bonus under his ICP of 55% of his annual base salary. The difference between the Total Target Bonus Weighted Score and the Actual Bonus Payout as a Percent of Individual Target reflects the Committee's exercise of discretion.

Mr. Sarkar was promoted to an executive level position in October 2016 but did not begin participating in the ICP until fiscal year 2018. During fiscal years 2018 and 2019, Mr. Sarkar was paid bonuses of under the ICP 46.8% and 71.9% of the target amounts for those years, respectively, with an average of 59.4%.

*Pam Strayer*

Ms. Strayer managed Finance, Internal Audit, and Information Technology until March 8, 2019. In connection with her departure, the Company entered into a Severance Agreement and Release ("Severance Agreement") as well as a Consulting Agreement. Under the terms of the Severance Agreement, we agreed to pay Ms. Strayer 100% of her at target bonus under the fiscal year 2019 ICP of $356,000 in exchange for her relinquishing all rights under the ICP. For a further description of the material terms of the Severance Agreement and Consulting Agreement, please see the section entitled "*Ms. Strayer's Severance and Release*" elsewhere in this Proxy Statement.

**Clawback Policy**

The Committee has the right to require any ICP participant to repay any bonus amounts paid if there is a material financial restatement of corporate results for any prior year which resulted in overpayment under the ICP. We have not had a financial restatement since the adoption of this policy. In the future, if we are required to restate our financial results for any prior year, the Committee will evaluate the facts and circumstances and may require repayment from Executives who received undue amounts as a result of material or negligent misrepresentation of financial results.

Our right to recoupment expires, unless demand is made, within three years following payment of an applicable bonus and does not apply to equity awards. Our recoupment right is in addition to, and not in lieu of, any actions imposed by law enforcement agencies, regulators or other authorities. Our actual ability to collect repayment, if legal under state and federal laws, may vary.

**Equity Incentive Awards**

We offer equity awards to our Executives through our 2003 Stock Plan to encourage achievement of corporate objectives for the long-term benefit of the Company and our stockholders. In any given fiscal year, the Committee may approve grants of stock options, RSAs, RSUs or PSUs, or any combination of the four, to Executives after consideration of a variety of factors including:

- Equity granted to executives in similar jobs at comparable companies
- An Executive's scope of responsibilities and actual performance
- Input from our CEO (other than with respect to the CEO's equity awards)

47

**FISCAL YEAR 2019 SUMMARY COMPENSATION TABLE**

The following table sets forth the compensation paid by us for fiscal years 2019, 2018 and 2017 to the NEOs. For a narrative description of our compensation philosophy and compensation elements, see the section "*Compensation Discussion and Analysis*" above.

| Name and Principal Position | Fiscal Year | Salary [1] | | Bonus | | Stock Awards [2] | | Option Awards [2] | | Non-Equity Incentive Plan Compensation [3] | | All Other Compensation [4] | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Joe Burton | 2019 | $ | 676,923 | $ | — | $ | 6,956,950 | $ | — | $ | 786,835 | $ | 103,536 | $ | 8,524,244 |
| Director, President and CEO | 2018 | $ | 588,462 | $ | — | $ | 3,745,928 | $ | — | $ | 280,740 | $ | 110,481 | $ | 4,725,611 |
| | 2017 | $ | 502,500 | $ | — | $ | 1,532,514 | $ | 1,161,543 | $ | 458,974 | $ | 83,870 | $ | 3,739,401 |
| Charles Boynton [5] | 2019 | $ | 29,846 | $ | — | $ | — | $ | — | $ | — | $ | 635 | $ | 30,481 |
| Executive Vice President and CFO | 2018 | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A |
| | 2017 | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A |
| Mary Huser [6] | 2019 | $ | 390,769 | $ | — | $ | 1,378,138 | $ | — | $ | 245,493 | $ | 38,812 | $ | 2,053,212 |
| Executive Vice President, Chief Legal and Compliance Officer and Corporate Secretary | 2018 | $ | 360,000 | $ | 25,000 | $ | 571,745 | $ | 182,458 | $ | 84,222 | $ | 46,971 | $ | 1,270,396 |
| | 2017 | $ | 20,769 | $ | — | $ | — | $ | — | $ | — | $ | 6,551 | $ | 27,320 |
| Jeff Loebbaka [7] | 2019 | $ | 403,077 | $ | — | $ | 935,903 | $ | — | $ | 276,516 | $ | 67,908 | $ | 1,683,404 |
| Executive Vice President, Global Sales | 2018 | $ | 182,692 | $ | — | $ | 1,703,740 | $ | — | $ | 59,495 | $ | 28,396 | $ | 1,974,323 |
| | 2017 | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A | | N/A |
| Shantanu Sarkar | 2019 | $ | 346,539 | $ | — | $ | 1,221,337 | $ | — | $ | 138,483 | $ | 36,976 | $ | 1,743,335 |
| Executive Vice President, General Manager, Personal Systems Business | 2018 | $ | 332,692 | $ | — | $ | 528,076 | $ | — | $ | 78,373 | $ | 79,397 | $ | 1,018,538 |
| | 2017 | $ | 315,000 | $ | — | $ | 450,750 | $ | — | $ | 180,375 | $ | 53,067 | $ | 999,192 |
| Pam Strayer [8] | 2019 | $ | 410,096 | $ | — | $ | 1,960,416 | $ | — | $ | — | $ | 1,143,890 | $ | 3,514,412 |
| Former Executive Vice President and CFO | 2018 | $ | 588,462 | $ | 25,000 | $ | 3,745,928 | $ | — | $ | 280,740 | $ | 110,481 | $ | 4,725,611 |
| | 2017 | $ | 502,500 | $ | — | $ | 1,532,514 | $ | 1,161,543 | $ | 458,974 | $ | 83,870 | $ | 3,739,401 |

[1]   The amount in the *Salary* column reflects the actual amount paid to each NEO during the 26 bi-weekly pay periods starting with the first full pay period in the fiscal year indicated.

[2]   The RSA, RSU and PSU award amounts reported in the Stock Awards column are the aggregate grant date fair value of stock-related awards in fiscal year 2019 computed in accordance with FASB ASC Topic 718. The grant date fair value of the PSU awards reflected in the Stock Awards column and the table below is computed based on the probable outcome of the performance conditions as of the grant date. This amount is consistent with the estimate of aggregate compensation cost to be recognized by the Company over the three-year performance period of the award determined as of the grant date under FASB ASC Topic 718. Refer to Note 2 – Significant Accounting Policies, Stock-Based Compensation Expense and Note 12 – Stock Plans and Stock-Based Compensation to the Consolidated Financial Statements contained in our Annual Report on Form 10-K for the fiscal year ended March 30, 2019, for the assumptions used to value the RSA, RSU and PSU awards. The amounts shown in the Stock Awards Column and the tables below exclude the impact of estimated forfeitures.

| Name | Fiscal Year 2019 RSAs and RSUs | Fiscal Year 2019 PSUs |
|---|---|---|
| Joe Burton | $ 3,025,106 | $ 3,931,844 |
| Mary Huser | $ 599,962 | $ 778,176 |
| Jeff Loebbaka | $ 407,453 | $ 528,450 |
| Shantanu Sarkar | $ 702,557 | $ 518,780 |
| Pam Strayer | $ 853,462 | $ 1,106,954 |

Assuming that the highest level of performance conditions is achieved, the aggregate fair value of the PSU awards at the grant date is as follows:

| Name | Value of Fiscal Year 2019 PSUs Assuming Maximum Performance |
|---|---|
| Joe Burton | 5,897,766 |
| Mary Huser | 1,167,264 |
| Jeff Loebbaka | 792,675 |
| Shantanu Sarkar | 778,170 |
| Pam Strayer | 1,660,431 |

[3] All amounts reported for fiscal years 2017 and 2018 were annual amounts earned under the Executive Incentive Plan in effect during each of those years and the amounts reported for fiscal year 2019 were annual amounts earned under the Incentive Compensation Plan ("ICP") for fiscal year 2019. Amounts for fiscal years 2017, 2018 and 2019 were paid on June 15, 2017, June 14, 2018 and June 13, 2019, respectively.

[4] Amounts shown include our contributions or other allocations to defined contribution plans for benefits such as employer 401(k) contributions and 401(k) match payments (which for Messrs. Burton and Loebbaka and Mses. Huser and Strayer were $40,342, $45,201, $28,332, and $31,949, respectively). Amounts shown also include the incremental cost to us of dividends on unvested RSAs; air travel amenities, supplemental benefit programs available only to employees whose titles are executive vice president and above, including a comprehensive physical program; and auto allowances. For those Executives whose titles are executive vice president and above, we also reimburse certain legal and financial planning services, business club membership and personal liability insurance premiums, and the amounts shown include the incremental cost of these benefits. Also included in the amounts shown in fiscal year 2019 are incremental costs for attendance at our fiscal year 2019 worldwide sales event by the spouses of Messrs. Burton and Loebbaka. The amounts were calculated based on the actual incremental costs of travel to the event and estimates of the incremental costs or meals and participation in activities and hospitality connected with the event. In addition, in years prior to fiscal year 2019, the amounts shown also included comprehensive medical, dental and vision benefits generally available to all U.S. employees which we are not obligated to report under the rules and regulations of the SEC and which we will no longer report.

Dividends paid on unvested RSAs in fiscal year 2019 for Mr. Burton were $39,085, Ms. Strayer $8,223, Ms. Huser $2,200 and Mr. Sarkar $5,362.

[5] Mr. Boynton commenced employment on March 8, 2019. The amounts reported for fiscal year 2019 in the table above are the amounts actually earned by Mr. Boynton from his employment commencement date to the end of fiscal year 2019. Under the terms of Mr. Boynton's offer letter, he will receive an initial annual base salary of $485,000 and will be eligible under the our ICP to receive an annual cash bonus award targeted at 80% of his annual base salary commencing with our 2020 fiscal year on April 1, 2019, subject to the attainment of Company and individual performance goals. In addition, the Committee granted Mr. Boynton an RSU award, effective as of April 15, 2019 ("Grant Date") having a fair market value of $1,700,000. The RSU award will vest in three equal annual installments on the last calendar day of the month following each anniversary of the Grant Date subject to Mr. Boynton's continued employment through each vesting date. The Committee also awarded Mr. Boynton a PSU award having a fair market value of $1,700,000 vesting in three annual installments. The actual number of shares ultimately awarded under the PSU will be based on criteria established by the Committee.

[6] Ms. Huser commenced employment with us on March 13, 2017. The amounts reported for fiscal year 2017 in the table above are the amounts actually earned by Ms. Huser from her employment commencement date to the end of fiscal year 2017 on April 1, 2017.

[7] Mr. Loebbaka commenced employment with us on October 9, 2017. The amounts reported for fiscal year 2018 in the table above are the amounts actually earned by Mr. Loebbaka from his employment commencement date to the end of the fiscal year 2018 on March 31, 2018.

59

[8] Ms. Strayer's role as Executive Vice President and CFO ceased on March 8, 2019. In connection with her departure, Ms. Strayer was entitled to severance benefits consistent with the executive severance policy put into effect in June 2018 previously discussed, in an amount equal to the following: (i) base salary of 18 months ($667,500); (ii) 100% of target bonus in effect for fiscal year 2019 ($356,000); (iii) if she elects, reimbursement for the amount of COBRA premiums for herself and her eligible dependents for up to 18 months ($2,543 per month for a maximum potential amount of $45,766); and (iv) 18 months of outplacement assistance for a maximum potential amount of $22,500).

In addition, on March 10, 2019, the Company entered into a consulting agreement with Ms. Strayer. Under the terms of the consulting agreement, Ms. Strayer will assist us and Mr. Boynton to transition her responsibilities through May 31, 2019. She will be paid $18,550 per month and during such period and her outstanding unvested equity awards will continue to vest. In addition, following completion of her consulting period on May 31, 2019, she will be entitled to vest 16,280 shares of our common stock.

60