United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 19-cv-07481-JST

IN RE PLANTRONICS, INC.
SECURITIES LITIGATION

**ORDER VACATING HEARING**

Re: ECF No. 75

Before the Court is Defendants' motion to dismiss.  ECF No. 75.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for January 13, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  December 22, 2020



_____
JON S. TIGAR
United States District Judge