Reed R. Kathrein (139304)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 362-8441
Facsimile: (510) 725-3001
reed@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov and*
*Lead Counsel for the Class*

Jonathan D. Uslaner (256898)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMAN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

*Counsel for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST |
| | <u>CLASS ACTION</u> |
| | **UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR THE FILING OF THE SECOND AMENDED COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE** |

Pursuant to Local Civil Rule 7.1, Lead Plaintiffs Ilya Trubnikov and Roofers' Pension Fund ("Lead Plaintiffs") respectfully request that the Court enlarge the time for Lead Plaintiff to file a second amended complaint or a notice of their election not to attempt to cure the deficiencies identified in the March 29, 2021 Order (ECF No. 84) from the current deadline of April 19, 2021 (i.e. 21 days from the Court's March 29, 2021 Order) to June 15, 2021. Defendants have stipulated to the request, and in the event Lead Plaintiffs file a second amended complaint, the parties have further agreed to a proposed schedule for the filing of Defendants' responsive pleadings and briefing on any motion to dismiss.

As explained below and as set forth in the accompanying Declaration of Reed R. Kathrein ("Kathrein Decl."), Lead Plaintiffs submit that the agreed upon modifications are "reasonable, justified, and would not result in prejudice to any party." *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260 (9th Cir. 2010) (granting extension where "requested relief was reasonable, justified, and would not result in prejudice to any party."); *see also* Kathrein Decl., ¶ 4.

Lead Plaintiffs seek the 57-day extension to allow time to complete their investigation to determine whether they can cure the deficiencies identified in the Court's March 29, 2021 Order. In particular, the March 29, 2021 Order demands that Lead Plaintiffs plead intensely specific factual details should Lead Plaintiff wish to proceed on a theory of liability premised on Defendants' alleged improper channel-stuffing scheme. Since filing the consolidated amended complaint, Lead Counsel has continued to conduct a thorough investigation to further support the claims. Nevertheless, to meet the standard expressed in the March 29, 2021 Order, substantial additional fact-gathering and evidentiary analysis will be required, potentially including follow-up interviews from previously cited confidential sources and obtaining new accounts from additional former employees of Plantronics and other relevant witnesses. *See also* Kathrein Decl., ¶ 3. The investigation is complicated by the fact that Plantronics' channel sales operations are global in nature, and therefore some the potential evidentiary sources reside overseas. In addition, in light of the ongoing COVID-19 pandemic and presence of employee non-disclosure agreement, Lead Counsel has encountered significant obstacles in the scheduling and completion of interviews of witnesses wishing to provide

Lead Plaintiffs with supportive information.  Finally, Lead Counsel is analyzing the facts and law to determine whether alternative theories of liability may be alleged.  In sum, a factual and legal investigation of this magnitude, although warranted, is extremely time-consuming.

Against this backdrop, Plaintiffs respectfully request that the Court extend the date to file a second amended complaint or a notice of their election not to attempt to cure the deficiencies identified in the March 29, 2021 Order to June 15, 2021.  Defendants have stipulated to this request. *See* Kathrein Decl., ¶ 5.

Should Lead Plaintiffs elected to file a second amended complaint, the parties further propose a schedule for the filing of Defendants' responsive pleadings and briefing on any motion to dismiss as set forth below:

1.     Defendants' motion to dismiss the second amended complaint shall be filed on or before August 16, 2021;

2.     Lead Plaintiff's opposition to Defendants' motion to dismiss the second amended complaint shall be filed on or before September 30, 2021; and

3.     Defendants' reply in support of its motion to dismiss the second amended complaint shall be filed on or before November 1, 2021.

DATED:  April 9, 2021                                Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

 */s/ Reed R. Kathrein*
        REED R. KATHREIN

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Danielle Smith (291237)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov
and Lead Counsel for the Class*

DATED:  April 9, 2021

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER
  & GROSSMAN LLP**

 */s/ Jonathan D. Uslaner*
       JONATHAN USLANER

Jonathan D. Uslaner (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

Avi Josefson
Michael D. Blatchley
BERNSTEIN LITOWITZ BERGER
  & GROSSMAN LLP
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Lead Plaintiff Roofers' Pension
Fund and Lead Counsel for the Class*

## **SIGNATURE ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Reed R. Kathrein, am the ECF User whose identification and password are being used to file this UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR THE FILING OF THE SECOND AMENDED COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED:  April 9, 2021                          By:     */s/ Reed R. Kathrein*
                                                                  REED R. KATHREIN

SIGNATURE ATTESTATION - 1
Case No.: 4:19-cv-07481-JST