Reed R. Kathrein (139304)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 362-8441
Facsimile:  (510) 725-3001
reed@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov and*
*Lead Counsel for the Class*

Jonathan D. Uslaner (256898)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMAN LLP**
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

*Counsel for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF REED R. KATHREIN IN SUPPORT OF UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME FOR THE FILING OF THE SECOND AMENDED COMPLAINT AND TO MODIFY BRIEFING SCHEDULE** |

I, Reed R. Kathrein, hereby declare as follows:

1.     I am an attorney admitted to practice law in the State of California and a partner at Hagens Berman Sobol Shapiro LLP, counsel of record for Lead Plaintiff Ilya Trubnikov and Lead Counsel for the Class in the above-captioned action.  I submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Administrative Relief to Extend Time for the Filing of the Second Amended Complaint and to Modify Briefing Schedule (the "Motion").  I make this declaration based on my personal knowledge.

2.     I will be one of the attorneys responsible for drafting and filing Lead Plaintiffs' second amended complaint or notice of their election not to attempt to cure the deficiencies identified in the March 29, 2021 Order (ECF No. 84).

3.     Since filing of the consolidated amended complaint, attorneys at my firm (myself included) and at Bernstein Litowitz Berger & Grossmann LLP have continued to conduct a thorough investigation to further support Lead Plaintiffs' and the putative Class's claims.  To meet the standard expressed in the March 29, 2021 Order, however, I believe additional fact-gathering and evidentiary analysis will be required, potentially including follow-up interviews from previously cited confidential sources and obtaining new accounts from additional former employees of Plantronics and other relevant witnesses.

4.     Based on my experience generally and involvement specifically in this case, there are several factors present that impact the timing of completing the investigation.  It is my understanding that Defendant Plantronics' channel sales operations are global in nature, and therefore some the potential evidentiary sources we intend to connect with reside overseas.  Often times, witnesses need multiple follow-up conversations and attorney verification.  In addition, in light of the ongoing COVID-19 pandemic and presence of employee non-disclosure agreements, Lead Counsel has encountered significant obstacles and delays in the scheduling and completion of interviews of witnesses wishing to provide us with supportive information.  Finally, at the conclusion of the investigation, Lead Counsel intends to analyze both the facts and law to determine whether alternative theories of liability may be alleged in a second amended complaint.  Based on the above, plus

concurrent deadlines in other cases, I believe the requested extension would provide plaintiffs reasonable and sufficient time to amend the complaint in response to the March 29, 2021, Order.

5. Defendants have stipulated to Lead Plaintiffs' request to extend their deadline for filing a second amended complaint or a notice of their election not to attempt to cure the deficiencies identified in the March 29, 2021 Order (ECF No. 84) from the current deadline of April 19, 2021 (i.e. 21 days from the Court's March 29, 2021 Order) to June 15, 2021. Should Lead Plaintiffs elect to file a second amended complaint, the parties have further agreed to a proposed schedule for the filing of Defendants' responsive pleadings and briefing on any motion to dismiss the second amended complaint.

6. No other deadlines in this action will be affected by this extension other than those specified in the accompanying Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of April, 2021, in Berkeley, California

_/s/ Reed R. Kathrein_
REED R. KATHREIN

KATHREIN DECL. ISO UNOPPOSED MOT. FOR ADMIN. RELIEF TO EXTEND TIME TO FILE SECOND AM. COMPL. AND TO MODIFY BRIEFING SCHED. - 2
Case No.: 4:19-cv-07481-JST