GARY A. ORSECK (admitted *pro hac vice*)
gorseck@robbinsrussell.com
ALISON C. BARNES (admitted *pro hac vice*)
abarnes@robbinsrussell.com
MATTHEW M. MADDEN (admitted *pro hac vice*)
mmadden@robbinsrussell.com
JOHN B. GOERLICH (admitted *pro hac vice*)
jgoerlich@robbinsrussell.com
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone:    (202) 775-4500
Facsimile:    (202) 775-4510

*Attorneys for Defendants Plantronics, Inc., Joseph
Burton, Charles Boynton, and Pamela Strayer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | [PROPOSED] ORDER GRANTING MOTION OF GARY A. ORSECK, ALISON C. BARNES, MATTHEW M. MADDEN, JOHN B. GOERLICH, AND ROBBINS RUSSELL ENGLERT ORSECK UNTEREINER & SAUBER LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS |
|---|---|
| | Date:         June 10, 2021<br>Time:         2:00 PM<br>Courtroom:   6, 2nd Floor<br>Judge:        Hon. Jon S. Tigar<br>Date Filed:   November 13, 2019 |

[PROPOSED] ORDER GRANTING MOT. TO
WITHDRAW AS COUNSEL

CASE NO. 4:19-cv-07481-JST

Gary A. Orseck, Alison C. Barnes, Matthew M. Madden, John B. Goerlich, and Robbins Russell Englert Orseck Untereiner & Sauber, LLP seek to withdraw as counsel to Defendants in the above-captioned litigation pursuant to Local Rule 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1).  As this Court finds that Movants have submitted satisfactory reasons for withdrawing, and that the granting of their Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Movants' Motion to Withdraw as Counsel for Defendants is GRANTED, and Gary A. Orseck, Alison C. Barnes, Matthew M. Madden, John B. Goerlich, and Robbins Russell Englert Orseck Untereiner & Sauber, LLP are hereby terminated as counsel *pro hac vice* in this proceeding.

**IT IS SO ORDERED.**

Dated:  ___May 11, 2021___

_____
The Honorable Jon S. Tigar
United States District Court Judge

[PROPOSED] ORDER GRANTING MOT. TO        - 1 -        CASE NO. 4:19-cv-07481-JST
WITHDRAW AS COUNSEL