SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

NOAH S. GUINEY (SBN 324079)
noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Plantronics, Inc.,*
*Joseph Burton, Charles Boynton and*
*Pamela Strayer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on on March 29, 2021, the Court issued the Order Granting Defendants' Motion to Dismiss, granting Defendants' motion to dismiss Lead Plaintiffs' amended complaint with leave to amend (ECF No. 84);

WHEREAS, by stipulations of the Parties and orders of the Court (ECF Nos. 87, 92), the time for Lead Plaintiffs to file their second amended complaint was extended to June 22, 2021;

WHEREAS, Lead Plaintiffs filed their second amended complaint on June 22, 2021 (ECF No. 93), and Defendants' motion to dismiss the second amended complaint is currently due on or before August 23, 2021;

WHEREAS, in light of scheduling issues on the part of Defendants' counsel, Defendants have requested, and Lead Plaintiffs have agreed, to a 15-day extension to Defendants' deadline to file a motion to dismiss the second amended complaint, until up to and including September 7, 2021, together with a corresponding 15-day extension to the briefing schedule on the motion to dismiss.

IT IS ACCORDINGLY STIPULATED by the Parties, pursuant to Civil Local Rule 7-12, that:

1.      Defendants' motion to dismiss the second amended complaint shall be filed on or before September 7, 2021;

2.      Lead Plaintiffs' opposition to the motion to dismiss shall be filed on or before October 22, 2021; and

3.      Defendants' reply papers in support of their motion to dismiss shall be filed on or before November 23, 2021.

IT IS SO STIPULATED.

STIPULATION AND ~~PROPOSED~~ ORDER                    1                    CASE NO. 4:19-cv-07481-JST

Dated:   July 28, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP


By:     /s/ Lucas E. Gilmore
              Lucas E. Gilmore

*Attorneys for Lead Plaintiff Ilya Trubnikov and Lead Counsel for the Class*


Dated:   July 28, 2021                    BERNSTEIN LITOWITZ BERGER &
                                              GROSSMANN LLP


By:     /s/ Lauren A. Ormsbee
              Lauren A. Ormsbee

*Attorneys for Lead Plaintiff Counsel for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Class*


Dated:   July 28, 2021                    WILMER CUTLER PICKERING HALE AND
                                              DORR LLP


By:     /s/ Kevin P. Muck
              Kevin P. Muck

*Attorneys for Defendants Plantronics, Inc., Joseph Burton, Charles Boynton and Pamela Strayer*


ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

   I, Kevin P. Muck, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.


Dated:   July 28, 2021                         /s/ Kevin P. Muck
                                                    Kevin P. Muck


STIPULATION AND ~~PROPOSED~~ ORDER              2              CASE NO. 4:19-cv-07481-JST

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:      July 29, 2021

_____
The Honorable Jon S. Tigar
United States District Judge