SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

NOAH S. GUINEY (SBN 324079)
noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton and
Pamela Strayer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**DECLARATION OF KEVIN P. MUCK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:    December 16, 2021<br>Time:   2:00 p.m.<br>Place:   Courtroom 6, 2nd Floor<br>Judge:  The Honorable Jon S. Tigar |

DECL. IN SUPPORT OF MOT. TO DISMISS                                    NO. 4:19-cv-07481-JST

I, Kevin P. Muck, declare:

1.      I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Plantronics, Inc. ("Plantronics"), Joseph Burton, Charles Boynton and Pamela Strayer in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently to such matters.

2.      Attached as **Exhibit A** is a true and correct copy of a transcript of statements at a Northland Capital Markets webinar on June 18, 2019.

3.      Attached as **Exhibit B** is a true and correct copy of a transcript of Plantronics' August 6, 2019 quarterly earnings conference call.

4.      Attached as **Exhibit C** is a true and correct copy of a transcript of Plantronics' November 5, 2019 quarterly earnings conference call.

5.      Attached as **Exhibit D** is a true and correct copy of a transcript of Plantronics' May 7, 2019 quarterly earnings conference call.

6.      Attached as **Exhibit E** are true and correct excerpts of Plantronics' filing on Form 10-Q for the quarterly period ending June 30, 2018, filed with the United States Securities and Exchange Commission (SEC) on August 7, 2018.

7.      Attached as **Exhibit F** is a true and correct copy of Plantronics' May 7, 2019 press release regarding fourth quarter and fiscal year 2019 financial results.

8.      Attached as **Exhibit G** is a true and correct copy of Plantronics' August 6, 2019 press release regarding first quarter fiscal 2020 financial results.

9.      Attached as **Exhibit H** are true and correct excerpts of Plantronics' filing on Form 10-K for the fiscal year ending March 31, 2019, filed with the SEC on May 17, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 7, 2021 at Tiburon, California.

_/s/ Kevin P. Muck_
Kevin P. Muck