# EXHIBIT E

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

# FORM 10-Q

**(Mark One)**

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2018**

or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number: 001-12696**

# Plantronics, Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **77-0207692** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**345 Encinal Street**
**Santa Cruz, California 95060**
(Address of principal executive offices)
(Zip Code)

**(831) 426-5858**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company.  See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐ | Smaller reporting company ☐ | Emerging growth company ☐ |
| | | (Do not check if a smaller reporting company) | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

As of August 3, 2018 , 39,722,750 shares of the registrant's common stock were outstanding.

1

Ex. E Page 1

**plantronics.**

**Plantronics, Inc.**
**FORM 10-Q**
**TABLE OF CONTENTS**

**PART I. FINANCIAL INFORMATION**                                                Page No.

Management's Discussion and Analysis of Financial Condition and Results of Operations        3

    Overview        3

    Results of Operations        5

    Financial Condition        8

    Off Balance Sheet Arrangements and Contractual Obligations        11

    Critical Accounting Estimates        12

Financial Statements (Unaudited):        13

    Condensed Consolidated Balance Sheets as of March 31, 2018 and June 30, 2018        13

    Condensed Consolidated Statements of Operations for the Three Months Ended June 30, 2017 and 2018        14

    Condensed Consolidated Statements of Comprehensive Income for the Three Months Ended June 30, 2017 and 2018        15

    Condensed Consolidated Statements of Cash Flows for the Three Months Ended June 30, 2017 and 2018        16

    Notes to Condensed Consolidated Financial Statements        17

Quantitative and Qualitative Disclosures About Market Risk        36

Controls and Procedures        38

**PART II. OTHER INFORMATION**

Legal Proceedings        38

Risk Factors        38

Unregistered Sales of Equity Securities and Use of Proceeds        42

Exhibits        43

Cross Reference Table        43

Signatures        44

*Plantronics® and Simply Smarter Communications® are trademarks or registered trademarks of Plantronics, Inc.*

*DECT™ is a trademark of ETSI registered for the benefit of its members in France and other jurisdictions.*

*The Bluetooth name and the Bluetooth® trademarks are owned by Bluetooth SIG, Inc. and are used by Plantronics, Inc. under license. All other trademarks are the property of their respective owners.*

Ex. E Page 2

enterprise environments, and we believe most of the growth in our Enterprise product category over the next three years will come from headsets designed for UC&C. As such, UC&C remains the central focus of our sales, marketing, and support functions, and we will continue investing in key strategic alliances and integrations with major UC&C vendors. We continue to invest in new ideas and technology to create additional growth opportunities, such as Plantronics Manager Pro, our software-as-a-service ("SaaS") data insights offering and Habitat Soundscaping, our intelligent acoustic management service. While we anticipate these investments will prove beneficial in the long term, we do not expect their contributions to be material in the near term.

Revenues from Plantronics Consumer headset products channel are seasonal and typically strongest in our third fiscal quarter, which includes the majority of the holiday shopping season. Additionally, other factors directly impact our Consumer product category performance, such as product life cycles (including the introduction and pace of adoption of new technology), the market acceptance of new product introductions, consumer preferences and the competitive retail environment, changes in consumer confidence and other macroeconomic factors. While sales in the mobile headset market continues to decline, we believe future growth opportunities exist in gaming headsets primarily due to growth trends in the console gaming market. In addition, the timing or non-recurrence of retailer placements can cause volatility in quarter-to-quarter results.

We remain cautious about the macroeconomic environment, based on uncertainty around trade and fiscal policy in the U.S. and broader economic uncertainty in many parts of Europe and Asia Pacific, which makes it difficult for us to gauge the economic impacts on our future business. We will continue to monitor our expenditures and prioritize expenditures that further our strategic long-term growth opportunities.

### *RESULTS OF OPERATIONS*

The following graphs display net revenues by product category for the three months ended June 30, 2017 and 2018 :



Net revenues increased in the three months ended June 30, 2018 compared to the prior year periods driven by higher revenues within both our Enterprise and Consumer product categories. The growth in our Enterprise category was driven by UC&C product revenues while the growth in our Consumer category was driven by Gaming product revenues.

Ex. E Page 3