SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

NOAH S. GUINEY (SBN 324079)
noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton and
Pamela Strayer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on September 7, 2021, Defendants filed a motion to dismiss Lead Plaintiffs' Second Amended Complaint for Violations of Federal Securities Laws ("Second Amended Complaint") (ECF No. 97);

WHEREAS, on August 17, 2022, the Court granted in part and denied in part Defendants' motion to dismiss (ECF No. 109);

WHEREAS, the Court's August 17, 2022 Order gave Lead Plaintiffs leave to amend, if they choose, by September 16, 2022;

WHEREAS, Lead Plaintiffs have not yet decided if they will amend;

WHEREAS, under Fed. R. Civ. P. 12(a)(4)(A), when a motion to dismiss is denied, an answer is due within fourteen (14) days absent an order by the Court establishing a different deadline; and

WHEREAS, the parties believe it would be inefficient for any of the Defendants to answer the Second Amended Complaint in the event that Lead Plaintiffs decide to amend, because the Second Amended Complaint would no longer be the operative pleading.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, by and through their respective counsel, that:

1.  If Lead Plaintiffs do not file a further amended complaint on or by September 16, 2022, then the Defendants remaining in the case shall file an answer to the Amended Complaint on or by October 21, 2022.

2.  If Lead Plaintiffs file a further amended complaint on or by September 16, 2022, then the Parties will meet and confer on a schedule for the remaining Defendants' response to such further

amended complaint, and those Defendants shall have no obligation to respond until a deadline is approved by the Court.

Dated:   August 25, 2022                    HAGENS BERMAN SOBOL SHAPIRO LLP


By:   _/s/ Lucas E. Gilmore_____
           Lucas E. Gilmore

*Attorneys for Lead Plaintiff Ilya Trubnikov and Lead Counsel for the Class*

Dated:   August 25, 2022                    BERNSTEIN LITOWITZ BERGER &
                                            GROSSMANN LLP


By:   _/s/ Lauren A. Ormsbee_____
           Lauren A. Ormsbee

*Attorneys for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Class*

Dated:   August 25, 2022                    WILMER CUTLER PICKERING HALE AND
                                            DORR LLP


By:   _/s/ Kevin P. Muck_____
           Kevin P. Muck

*Attorneys for Defendants Plantronics, Inc., Joseph Burton, Charles Boynton and Pamela Strayer*


ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Kevin P. Muck, am the ECF User whose identification and password are being used to file this document.  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.


Dated:   August 25, 2022                    _/s/ Kevin P. Muck_____
                                                 Kevin P. Muck

STIPULATION AND [PROPOSED] ORDER RE                      2                      CASE NO. 4:19-cv-07481-JST
TIME TO RESPOND TO COMPLAINT

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    August 26, 2022

_____
The Honorable Jon S. Tigar
United States District Judge