UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF MOTION TO DISMISS ORDER**<br><br>Hearing:  Not set per L.R. 7-9(d)<br>Judge:   The Honorable Jon S. Tigar |

Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants") have moved, pursuant to Civil L.R. 7-9, for leave to file a motion for reconsideration of the Court's August 17, 2022 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (ECF No. 109).

Having considered the motion, the Court hereby ORDERS that Defendants' Motion for Leave to File Motion for Reconsideration of Motion to Dismiss Order is GRANTED.  Defendants shall file their Motion for Reconsideration as a separate document by _____. Plaintiffs' opposition to the Motion for Reconsideration is due by _____. Defendants' reply is due by _____.  The hearing shall be set for _____ at _____.

**IT IS SO ORDERED.**

Dated:    _____

_____
The Honorable Jon S. Tigar
United States District Judge

[PROPOSED] ORDER GRANTING MOT.
FOR LEAVE TO FILE MOT. FOR RECON.
- 1 -
NO. 4:19-cv-07481-JST