SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6493
Facsimile: (617) 526-6000

NOAH S. GUINEY (SBN 324079)
noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendants Plantronics, Inc.,*
*Joseph Burton, Charles Boynton and*
*Pamela Strayer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, the current deadline for Defendants to respond to the Second Amended Complaint is October 21, 2022 [ECF No. 111];

WHEREAS, in light of scheduling issues, Defendants have requested, and Lead Plaintiffs have agreed to, a ten-day extension of that deadline;

WHEREAS, the requested extension will not affect any other deadlines or the schedule for any other proceedings in this action;

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their respective counsel, that:

1.     Defendants' deadline to file an answer to the Second Amended Complaint shall be extended by ten days, to October 31, 2022.

2.     No other deadlines or scheduled proceedings in the case shall be affected by extending Defendants' deadline to file an answer to the Second Amended Complaint.

Dated:   October 7, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP

By:     _/s/ Lucas E. Gilmore_
            Lucas E. Gilmore

*Attorneys for Lead Plaintiff Ilya Trubnikov and Lead Counsel for the Class*

Dated:   October 7, 2022

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By:     _/s/ Lauren A. Ormsbee_
            Lauren A. Ormsbee

*Attorneys for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Class*

Dated:   October 7, 2022                    WILMER CUTLER PICKERING HALE AND
                                            DORR LLP


                                            By:   /s/ Kevin P. Muck
                                                  Kevin P. Muck

                                            *Attorneys for Defendants Plantronics, Inc.,
                                            Joseph Burton, Charles Boynton and
                                            Pamela Strayer*


            ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

        I, Kevin P. Muck, am the ECF User whose identification and password are being used to

file this document.  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of

the document has been obtained from each of the other signatories.


Dated:   October 7, 2022                          /s/ Kevin P. Muck
                                                  Kevin P. Muck


                    **[PROPOSED] ORDER GRANTING STIPULATION**

        PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:     October 12, 2022


                                            The Honorable Jon S. Tigar
                                            United States District Judge


STIPULATION AND [PROPOSED] ORDER RE                 2                      CASE NO. 4:19-cv-07481-JST
TIME TO RESPOND TO COMPLAINT