**HAGENS BERMAN SOBOL SHAPIRO LLP**
STEVE W. BERMAN (admitted *pro hac vice*)
SEAN R. MATT (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CLASS CERTIFICATION BRIEFING** |

STIPULATION AND [PROPOSED] ORDER RE:     1      CASE NO. 4:19-cv-07481-JST
CLASS CERTIFICATION BRIEFING

Pursuant to the Court's September 18, 2023, Minute Entry for the Case Management Conference held on September 15, 2023, Lead Plaintiff Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation regarding Lead Plaintiffs' forthcoming motion to amend the complaint and the class certification briefing schedule:

1. Lead Plaintiffs shall provide their proposed amended complaint to Defendants no later than September 29, 2023;

2. Lead Plaintiffs' deadline to file their motion to amend with proposed amended complaint is October 2, 2023;

3. Lead Plaintiffs' deadline to file their motion for class certification is October 26, 2023;

4. Defendants' deadline to file their opposition briefing to class certification is December 11, 2023;

5. Lead Plaintiffs' deadline to file reply briefing in further support of class certification is January 16, 2024; and

6. The hearing on Lead Plaintiffs' motion for class certification currently scheduled for January 25, 2024, is adjourned to February 15, 2024, or the next date most convenient to the Court's calendar.

The deadlines currently stated for class certification briefing in the Court's February 21, 2023, Scheduling Order are vacated and replaced by the dates set forth above.

The Parties further stipulate and agree that in the event Defendants intend to oppose Plaintiffs' forthcoming motion to amend, the Parties will: (1) confer and submit to the Court a proposed schedule for briefing and the hearing on the motion to amend; and (2) confer as to whether a revised schedule for briefing and the hearing on the motion for class certification is necessary and, if so, submit to the Court a proposed revised schedule for briefing and the hearing on the

STIPULATION AND [PROPOSED] ORDER RE:
CLASS CERTIFICATION BRIEFING

2

CASE NO. 4:19-cv-07481-JST

motion for class certification. In the event Defendants choose not to oppose Plaintiffs' forthcoming motion to amend, the Parties will confer and submit a proposed schedule to the Court for Defendants' response to the amended complaint.

IT IS SO STIPULATED.

Dated:   September 22, 2023.                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:     */s/ Sean R. Matt*

Steve W. Berman (admitted *pro hac vice*)
Sean R. Matt (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
karlb@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

Dated:   September 22, 2023.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:   */s/ Jonathan D. Uslaner*

Jonathan D. Uslaner (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

Lauren A. Ormsbee (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
William Freeland (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com
alex.payne@blbglaw.com
billy.freeland@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Class*

STIPULATION AND [PROPOSED] ORDER RE:
CLASS CERTIFICATION BRIEFING

4

CASE NO. 4:19-cv-07481-JST

Dated:    September 22, 2023.

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:    _/s/ Susan S. Muck_

Susan S. Muck (126930)
Kevin P. Muck (120918)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com

Noah S. Guiney (324079)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
noah.guiney@wilmerhale.com

*Attorneys for Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer*

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 25 , 2023.

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE