**HAGENS BERMAN SOBOL SHAPIRO LLP**
LUCAS E. GILMORE (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
LucasG@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**DECLARATION OF SEAN R. MATT IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT TO CONFORM TO EVIDENCE PRODUCED IN DISCOVERY** |

[FILED UNDER SEAL]

DECL. OF SEAN R. MATT ISO MTN. TO MODIFY SCHEDULING ORDER
AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT
Case No. 4:19-cv-07481-JST