**HAGENS BERMAN SOBOL SHAPIRO LLP**
STEVE W. BERMAN (admitted *pro hac vice*)
SEAN R. MATT (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov
and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
     & GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension
Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 7-12 and the Court's September 25, 2023 Order Re: Class Certification Briefing (ECF No. 157), Lead Plaintiff Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, on September 29, 2023, Lead Plaintiffs provided a copy of their proposed Third Amended Complaint to Defendants;

WHEREAS, on October 2, 2023, Defendants wrote to Lead Plaintiffs stating that they intended to oppose Plaintiffs' forthcoming motion to amend;

WHEREAS, on October 2, 2023, Lead Plaintiffs filed their Motion to Modify the Scheduling Order and For Leave to File [Proposed] Third Amended Complaint ("Motion to Amend").

WHEREAS, after meeting and conferring, the Parties have agreed to a briefing schedule and hearing date for oral argument on the Motion to Amend, subject to the Court's approval.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

1. Defendants' deadline to file their opposition to Lead Plaintiffs' Motion to Amend is November 2, 2023;

2. Lead Plaintiffs' deadline to file their reply in support of their Motion to Amend is November 30, 2023; and

3. The hearing on Lead Plaintiffs' Motion to Amend shall proceed on December 14, 2023 at 2:00 p.m., or the next date most convenient to the Court's calendar.

STIP. & [PROPOSED] ORDER RE BRIEFING MTN. TO MODIFY SCHED. ORDER &  LEAVE TO FILE [PROPOSED] TAC - 1
010874-11/2356136 V1

Case No. 4:19-cv-07481-JST

IT IS SO STIPULATED.

Dated:   October 6, 2023.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   */s/ Sean R. Matt*

Steve W. Berman (admitted *pro hac vice*)
Sean R. Matt (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
karlb@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov and Lead Counsel for the Class*

Dated:   October 6, 2023.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:   */s/ Lauren A. Ormsbee*

Lauren A. Ormsbee (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
William Freeland (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
lauren@blbglaw.com
alex.payne@blbglaw.com
billy.freeland@blbglaw.com

Jonathan D. Uslaner (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Class*

STIP. & [PROPOSED] ORDER RE BRIEFING MTN. TO MODIFY
SCHED. ORDER &  LEAVE TO FILE [PROPOSED] TAC - 2
010874-11/2356136 V1

Case No. 4:19-cv-07481-JST

Dated:   October 6, 2023.

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:   */s/ Susan S. Muck*

Susan S. Muck (126930)
Kevin P. Muck (120918)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile:  (628) 235-1001
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com

Noah S. Guiney (324079)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100
noah.guiney@wilmerhale.com

*Attorneys for Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer*

STIP. & [PROPOSED] ORDER RE BRIEFING MTN. TO MODIFY
SCHED. ORDER &  LEAVE TO FILE [PROPOSED] TAC - 3
010874-11/2356136 V1

Case No. 4:19-cv-07481-JST

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Unless otherwise ordered, the hearing shall be held on January 25, 2024.

DATED:  October 10, 2023.

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER RE BRIEFING MTN. TO MODIFY
SCHED. ORDER &  LEAVE TO FILE [PROPOSED] TAC - 4
010874-11/2356136 V1

Case No. 4:19-cv-07481-JST