**HAGENS BERMAN SOBOL SHAPIRO LLP**
STEVE W. BERMAN (admitted *pro hac vice*)
SEAN R. MATT (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION TO AMEND AND CLASS CERTIFICATION BRIEFING AND TO MODIFY DISCOVERY DEADLINES IN THE SCHEDULING ORDER** |

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO AMEND AND CLASS
CERTIFICATION BRIEFING

CASE NO. 4:19-cv-07481-JST

Pursuant to Civil Local Rule 7-12 and the Court's September 25, 2023, Order Re: Class Certification Briefing (ECF No. 157), Lead Plaintiff Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation regarding Lead Plaintiffs' motion to amend the complaint, Lead Plaintiffs' forthcoming motion for class certification, and certain discovery deadlines  briefing schedule:

WHEREAS, the Court's September 25, 2023, Order Re: Class Certification Briefing (ECF No. 157) modified the class certification deadlines contained in the Court's Scheduling Order (ECF No. 135) in order to accommodate Lead Plaintiffs' forthcoming motion to amend the complaint and further provided that "in the event Defendants intend to oppose Plaintiffs' forthcoming motion to amend, the Parties will: (1) confer and submit to the Court a proposed schedule for briefing and the hearing on the motion to amend; and (2) confer as to whether a revised schedule for briefing and the hearing on the motion for class certification is necessary and, of so, submit to the Court a proposed revised schedule for briefing and the hearing on the motion for class certification[;]"

WHEREAS, on September 29, 2023, Lead Plaintiffs provided a copy of their proposed Third Amended Complaint to Defendants, on October 2, 2023, Defendants informed Lead Plaintiffs that they intended to oppose the motion to amend, and on October 2, 2023, Lead Plaintiffs Filed their Motion to Modify the Scheduling Order for Leave to File [Proposed] Third Amended Complaint (the "Motion to Amend");

WHEREAS, on October 10, 2023, the Court granted the Parties Stipulation and [Proposed] Order re: Briefing Motion to Modify Scheduling Order and for Leave to File [Proposed] Third Amended Complaint (ECF No. 162) and established a briefing and hearing schedule for the Motion to Amend in which Defendants' opposition to the Motion to Amend is due on November 2, 2023, Lead Plaintiffs' deadline to file a reply in support of the Motion to Amend is due on November 30, 2023, and the hearing on the Motion to amend is scheduled for January 25, 2024;

STIPULATION AND [PROPOSED] ORDER RE:   1   CASE NO. 4:19-cv-07481-JST
MOTION TO AMEND AND CLASS
CERTIFICATION BRIEFING

WHEREAS, as required by the Court's September 25, 2023, Order Re: Class Certification Briefing, the Parties have been conferring as to whether a revised schedule for briefing and the hearing on the motion for class certification is necessary and have decided that it is indeed needed for the orderly progress of the litigation;

WHEREAS, Lead Plaintiffs intend to file a corrected Motion to Amend;

WHEREAS, considering the foregoing, the Parties have agreed to (i) a revised, proposed briefing schedule for the Motion to Amend that preserves January 25, 2024, hearing on the Motion to Amend; (ii) a revised, proposed briefing and hearing schedule for Lead Plaintiffs' forthcoming motion for class certification; and (iii) adjustments to the Scheduling Order to accommodate the foregoing, which (a) includes modest adjustments to certain discovery deadlines (moving them by approximately seven weeks) to alleviate concerns about fact discovery closing commensurate with the class motion, expert reports being filed while class issues are being litigated, and dispositive motions being filed just before the revised, proposed expert discovery cutoff, and (b) preserves the dispositive motion hearing and pretrial deadlines contained in the Scheduling Order;

WHEREAS, under the Parties agreement, the various relevant deadlines would change as follows:

| Event | Current Due Date | Revised Due Date |
| --- | --- | --- |
| Motion to Amend | Filed | Corrected due October 20, 2023 |
| Motion to Amend Opp. | November 2, 2023 | November 21, 2023 |
| Motion to Amend Reply | November 30, 2023 | December 21, 2023 |
| Motion to Amend Hearing | January 25, 2024 | January 25, 2024 |
| Plaintiffs File Class Certification Motion | October 26, 2023 | February 8, 2024 |
| Written Discovery Cutoff | [no date in schedule] | February 22, 2024 |
| Fact Discovery Cutoff | February 9, 2024 | April 9, 2024 |
| Defendants' Class Opposition | December 11, 2023 | March 21, 2024 |
| Plaintiffs' Proposed Class Reply | January 16, 2024 | April 18, 2024 |

| Opening Expert Reports | March 22, 2024 | May 10, 2024 |
|---|---|---|
| Hearing for Class Certification Motion | January 25, 2024 | Mid-May |
| Opposing Expert Reports | May 8, 2024 | June 26, 2024 |
| Reply Expert Reports | June 28, 2024 | August 16, 2024 |
| Expert Discovery Cutoff* | July 10, 2024 | August 29, 2024 |
| Deadline to file dispositive motions | August 28, 2024 | September 10, 2024 |
| Deadline to file oppositions to dispositive motions | October 7, 2024 | October 21, 2024 |
| Deadline to file replies for dispositive motions | November 12, 2024 | November 22, 2024 |
| Hearing on dispositive motions* | December 19, 2024 | December 19, 2024 |

*Remaining dates in current schedule remain the same.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, that the Scheduling Order be amended to reflect the following deadlines for the following events:

| Event | Revised Due Date |
|---|---|
| Corrected Motion to Amend | October 20, 2023 |
| Motion to Amend Opp. | November 21, 2023 |
| Motion to Amend Reply | December 21, 2023 |
| Motion to Amend Hearing | January 25, 2024 |
| Plaintiffs File Class Certification Motion | February 8, 2024 |
| Written Discovery Cutoff | February 22, 2024 |
| Defendants' Class Opposition | March 21, 2024 |
| Fact Discovery Cutoff | April 9, 2024 |
| Plaintiffs' Proposed Class Reply | April 18, 2024 |
| Opening Expert Reports | May 10, 2024 |
| Hearing for Class Certification Motion | May 30, 2024 |
| Opposing Expert Reports | June 26, 2024 |
| Reply Expert Reports | August 16, 2024 |

STIPULATION AND [PROPOSED] ORDER RE: MOTION TO AMEND AND CLASS CERTIFICATION BRIEFING

3

CASE NO. 4:19-cv-07481-JST

| Expert Discovery Cutoff | August 29, 2024 |
|---|---|
| Deadline to file dispositive motions | September 10, 2024 |
| Deadline to file oppositions to dispositive motions | October 21, 2024 |
| Deadline to file replies for dispositive motions | November 22, 2024 |
| Hearing on dispositive motions | December 19, 2024 |

All other deadlines currently stated in the Scheduling Order are not changed.

IT IS SO STIPULATED.

Dated:   October 18, 2023.                                     **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:     *Sean R. Matt*

Steve W. Berman (admitted *pro hac vice*)
Sean R. Matt (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
karlb@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

STIPULATION AND [PROPOSED] ORDER RE:                    4                    CASE NO. 4:19-cv-07481-JST
MOTION TO AMEND AND CLASS
CERTIFICATION BRIEFING

Dated:   October 18, 2023.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:   *Jonathan D. Uslaner*

Jonathan D. Uslaner (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

Lauren A. Ormsbee (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
William Freeland (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com
alex.payne@blbglaw.com
billy.freeland@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Class*

STIPULATION AND [PROPOSED] ORDER RE:
MOTION TO AMEND AND CLASS
CERTIFICATION BRIEFING

5

CASE NO. 4:19-cv-07481-JST

Dated:   October 18, 2023.

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:     *Susan S. Muck*

Susan S. Muck (126930)
Kevin P. Muck (120918)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com

Noah S. Guiney (324079)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
noah.guiney@wilmerhale.com

*Attorneys for Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer*

**[PROPOSED]** **ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 19, 2023.

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE