*** **FILED UNDER SEAL** ***

**HAGENS BERMAN SOBOL SHAPIRO LLP**
LUCAS E. GILMORE (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
LucasG@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST |
| | **PLAINTIFFS' CORRECTED NOTICE OF MOTION AND MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT TO CONFORM TO EVIDENCE PRODUCED IN DISCOVERY** |
| | Date: January 25, 2024<br>Time: 2:00 p.m.<br>Place: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |