UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE PLANTRONICS, INC. SECURITIES
LITIGATION

No.  4:19-cv-07481-JST

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' CORRECTED
MOTION TO MODIFY THE
SCHEDULING ORDER AND FOR
LEAVE TO FILE [PROPOSED]
THIRD AMENDED COMPLAINT TO
CONFORM TO EVIDENCE
PRODUCED IN DISCOVERY**

[PROPOSED] ORDER GRANTING PLAINTIFFS' CORR. MOT. TO
MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE
[PROPOSED] THIRD AMENDED COMPLAINT
010874-11/2362544 V1

Case No. 4:19-cv-07481-JST

Having considered the corrected motion of Lead Plaintiff Ilya Trubnikov for entry of an Order granting Plaintiffs' Corrected Motion to Modify the Scheduling Order and for Leave to File [Proposed] Third Amended Complaint to Conform to Evidence Produced in Discovery ("Plaintiffs' Motion"), and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is hereby GRANTED IN FULL.

2. The scheduling Order entered by the Court on February 21, 2023 (Dkt. #135) is hereby modified to permit Plaintiffs to move for leave to file their proposed Third Amended Complaint.

3. Plaintiffs shall file their Third Amended Complaint in the form of the [Proposed] Third Amended Complaint attached as Exhibit A to the Declaration of Sean R. Matt filed in support of Plaintiffs' Motion.

IT IS SO ORDERED.

DATED: _____, 2023

_____
THE HONORABLE JON S. TIGAR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS' CORR. MOT. TO
MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE
[PROPOSED] THIRD AMENDED COMPLAINT - 1
010874-11/2362544 V1

Case No. 4:19-cv-07481-JST