**HAGENS BERMAN SOBOL SHAPIRO LLP**
LUCAS E. GILMORE (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
LucasG@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**CORRECTED DECLARATION OF SEAN R. MATT IN SUPPORT OF PLAINTIFFS' CORRECTED MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT TO CONFORM TO EVIDENCE PRODUCED IN DISCOVERY** |

I, Sean R. Matt, declare as follows:

1.    I am an attorney admitted *pro hac vice* in this matter, and I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP and part of the counsel team representing Lead Plaintiffs and the putative class. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    This corrected declaration is made in support of Plaintiffs' Corrected Motion to Modify the Scheduling Order and for Leave to file [Proposed] Third Amended Complaint to Conform to Evidence Produced in Discovery (the "Motion"). The parties have met and conferred, and Defendants have not agreed to the amendments.

3.    The Motion is supported by evidence recently produced in discovery in this litigation.

4.    Defendants have been producing documents on a rolling basis beginning in March 2023. To date, Defendants have produced 444,183 pages of documents. Most of those pages—428,025 pages to be precise—have been produced since August 11, 2023 (thus, in the past nine weeks). Third parties have also been producing documents during this period. Lead Plaintiffs encountered technical deficiencies with Defendants' production that impeded their review and coding of the bulk of the produced documents, and this deficiency was only cured on September 20, 2023, when Defendants re-produced those documents to correct the deficiencies Lead Plaintiffs encountered.

5.    Lead Plaintiffs' counsel's review of the documents is a team effort, with six reviewers presently dedicated "full time" to the review process, with several other attorneys participating in supervisory roles. The documents are being coded, and those coded as most relevant to the claims in the litigation are promptly elevated for more senior counsel review. The review effort is a process that we are intensively engaging in with an eye on the April 9, 2024, discovery cutoff. Given the volume of the production, Lead Plaintiffs have, to date, reviewed only a small portion of the documents produced.

6.    The newly produced documents cited in the proposed Third Amended Complaint that support the Motion were produced by Defendants on the following dates:

PLANT_00007714-24        May 2, 2023

CORR. DECL. OF SEAN R. MATT ISO CORR. MTN. TO MODIFY SCHEDULING ORDER
AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT – 1
Case No. 4:19-cv-07481-JST

PLANT_00018562          August 11, 2023

PLANT_00024743-44      August 11, 2023

PLANT_00061567          August 18, 2023

7.      On May 2, 2023, Defendants produced ███████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████ (PLANT_00007714-24). Lead Plaintiffs began searching for documents confirming the allegations made in ███████ ██████████ before seeking to amend the Second Amended Complaint.  As the timeline in the immediately preceding paragraph confirms, we received that confirmation in documents produced in August.  And although those documents were produced in August, they were not identified until September and October (once documents are produced, they are uploaded to an electronic review platform utilized by Lead Plaintiffs' counsel and added to the review queue).

8.      On August 9, 2023, we informed defense counsel that Lead Plaintiffs were considering amending the Second Amended Complaint to reinstate the originally pled class period. After reviewing documents that were produced by Defendants during August, on September 5, 2023, Lead Plaintiffs asked defense counsel whether Defendants would oppose Lead Plaintiffs' request to amend the Second Amended Complaint to reinstate the originally pled class period based on recently obtained evidence.  On September 6, 2023, Defendants advised that they were unaware of any basis supporting Lead Plaintiffs' request, but that Defendants would be willing to review a draft of the amendments and respond thereafter.  Lead Plaintiffs provided Defendants with a redlined copy of the proposed Third Amended Complaint on September 29, 2023.

9.      Given the foregoing record, I believe that Lead Plaintiffs have been diligent in timely seeking to amend the Second Amended Complaint to conform to evidence produced in discovery.

10.     Attached as Exhibit A is Lead Plaintiffs' [Proposed] Third Amended Complaint for Violations of the Federal Securities Laws.

11.     Attached as Exhibit B is a redlined version of Lead Plaintiffs' [Proposed] Third Amended Complaint for Violations of the Federal Securities Law that shows the amendments made to the Second Amended Complaint.

CORR. DECL. OF SEAN R. MATT ISO CORR. MTN. TO MODIFY SCHEDULING ORDER
AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT – 2
Case No. 4:19-cv-07481-JST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20th day of October 2023.

_/s/ Sean R. Matt_
Sean R. Matt

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing Corrected Declaration of Sean R. Matt in Support of Plaintiffs' Corrected Motion to Modify the Scheduling Order and For Leave to File [Proposed] Third Amended Complaint to Conform to Evidence Produced in Discovery.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

By: _____*/s/ Lucas E. Gilmore*_____
Lucas E. Gilmore

CORR. DECL. OF SEAN R. MATT ISO CORR. MTN. TO MODIFY SCHEDULING ORDER
AND FOR LEAVE TO FILE [PROPOSED] THIRD AMENDED COMPLAINT – 4
Case No. 4:19-cv-07481-JST