# EXHIBIT E

## *Plantronics Inc Business Update - Final*

FD (Fair Disclosure) Wire

September 11, 2018 Tuesday

Copyright 2018  ASC Services II Media, LLC
All Rights Reserved

Copyright 2018 CCBN, Inc.

**Length:** 3197 words

## Body

Corporate Participants

* Joseph B. Burton

Plantronics, Inc. - President, CEO & Director

* Michael R. Iburg

Plantronics, Inc. - VP of IR

* Pamela J. Strayer

Plantronics, Inc. - Executive VP & CFO

Conference Call Participants

* David Luke Eller

Wells Fargo Securities, LLC, Research Division - Associate Analyst

* Gregory John Burns

Sidoti & Company, LLC - Senior Equity Research Analyst

Presentation

OPERATOR: Good morning. My name is Shane, and I will be your conference operator. At this time, I would like to welcome everyone to the Plantronics Conference Call. (Operator Instructions)

And I will now turn the call over to Mr. Mike Iburg, you may begin the conference.

MICHAEL R. IBURG, VP OF IR, PLANTRONICS, INC.: Thank you, Shane. Good morning. My name is Mike Iburg, Head of Investor Relations at Plantronics. Welcome to today's conference call. With me today are Joe Burton, Chief Executive Officer; and Pam Strayer, Chief Financial Officer.

The information presented and discussed on today's call may include forward-looking statements, which are made under the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. The risks and uncertainties related to such statements are detailed in our most recent 10-Q, 10-K and in today's press release.

Plantronics Inc Business Update - Final

We are providing near-term non-GAAP guidance and long-term targets for the combined company in a manner that is comparable to past period results. Actual results in the near term will be different from our guidance due to accounting adjustments made at the time of the acquisition of Polycom under U.S. GAAP accounting. For example, these acquisition-related accounting adjustments are expected to temporarily reduce revenue recognized from acquired deferred revenue balances, increase the value of acquired inventory as well as add intangible assets to our balance sheet, which will be amortized over the future expected life of the assets. The specific impact of these adjustments will be recorded in our September quarter results when they are publicly released.

In the longer term, we expect our financial results to approximate our targets. However, although, purchase accounting adjustments are likely to decline in future periods, other currently unforeseen adjustments may impact actual results.

A recording of today's call will be available on the Investor Relations section of our corporate website at investor.plantronics.com.

With that, I'll turn the call over to Pam.

PAMELA J. STRAYER, EXECUTIVE VP & CFO, PLANTRONICS, INC.: Good morning, everyone, and thank you for joining our call today. The purpose of this call is to discuss our progress on the Polycom integration and related cost synergies, provide an update on our long-term operating model targets and outline our capital allocation priorities.

Beginning with Polycom, we are very pleased with our progress at this stage of the integration. As Joe has discussed in the past, the need for effective communication and collaboration solutions is now a mission-critical business priority. Today's customers desire a comprehensive suite of communication endpoints with analytics and insight capabilities that can help maximize the impact of their UC&C investments.

We saw the acquisition of Polycom as a strategically compelling opportunity that would accelerate and expand our vision to be the preferred vendor with the broadest portfolio of communications and collaboration endpoints in the $39.9 billion UC&C industry. We are beginning to realize these strategic benefits.

This combination has resulted in a differentiated market position as a comprehensive platform agnostic solution provider. As Joe and I talk to customers and partners around the world about the acquisition, the feedback has been universally positive. Partners see the logic of bringing the 2 portfolios together, and customers recognize the benefits of having a single vendor for their intelligent communications endpoints.

The Polycom acquisition also significantly expands our total addressable market, which is driving and supporting our long-term financial outlook. As a combined company, we are a market leader in several large and growing markets, such as video and voice conferencing, SIP phones and professional headsets. These core endpoint markets represent a total addressable market of $5.3 billion in calendar year 2018 growing to $7 billion in 2022, an approximate 7% compound annual growth rate.

Several of our investors have asked for additional detail related to the cost synergies we're expecting in connection with the acquisition. Today, we are pleased to provide additional detail regarding our view of those synergies.

Further, as we have spent more time getting to know the Polycom business and working through the initial stages of integration, we've been able to identify additional cost synergies beyond the previously announced $75 million target.

We see savings opportunities in both cost of goods sold and operating expenses. Cost of goods sold savings are expected to be primarily driven by lower component costs through consolidated volume contracts and through leveraging in-house manufacturing for high-volume product sets.

Operating expense savings are expected to be driven by optimizing existing overlaps in investments, channel partners, customers and programs as well as additional efficiencies across the combined business.

Plantronics Inc Business Update - Final

Synergies are expected to be higher than originally forecasted for both year 1 and steady state, which we expect to achieve exiting year 2. As stated in our original acquisition press release, we forecasted that we would achieve $75 million of annualized run rate cost synergies within 1 year of transaction close. We are now expecting to achieve $85 million in annualized run rate cost synergies within 1 year of transaction close. Additionally, we expect to achieve steady-state annualized cost synergies of $105 million within 2 years of the transaction close.

Of the $85 million in the first year, approximately $38 million is expected to come from the cost of goods sold and $47 million from operating expenses. As we reach steady state at the end of year 2, we anticipate the total impact of cost synergies within the cost of goods sold to be between $45 million and $60 million and between $50 million and $55 million to come from operating expenses.

I also want to note that we have already begun work on realizing these synergies and we'll continue to do so in the coming months, with the expectation the majority of the year 1 cost savings will be realized in the latter half of the first year following transaction close.

In addition, we're pleased to announce improved long-term operating model targets. We expect to accelerate revenue growth through fiscal 2020 and are targeting 5% to 8% annual revenue growth in fiscal 2021. These growth expectations are largely in line with market growth rates, but will ramp over the next several quarters as we integrate the 2 portfolios, focus our investments and launch new products targeting specific growth segments in our core markets.

We expect long-term non-GAAP gross margins to be in the range of 52% to 54%, as we realize manufacturing and supply chain synergies. However, our projected gross margin range of 50% to 54% includes approximately 100 to 200 basis points of adverse impact from global MLCC supply constraints and tariffs. Should these factors be minimized or resolved altogether in the future, the company would be positioned to realizing a greater gross margin upside.

We're targeting long-term non-GAAP operating margins of 21% to 24%, as we continue to focus on optimizing operating expenses and achieving the higher cost synergies outlined here today. As we achieve these steady-state synergies, we expect our operating margins, working capital and cash flow will allow for meaningful reduction of our leverage ratios.

Furthermore, our capital allocation priorities remain in place. We continue to strive to be excellent stewards of capital and intend to maintain our strong balance sheet. Our top priority is to bring leverage down to below 3x on a gross basis, with the goal of achieving this in the next 2 years.

In addition, we plan to maintain our quarterly dividend of $0.15 per share or $0.60 per share annually. We also will continue to evaluate our strategy of employing excess free cash flow to opportunistically repurchase shares to maximize shareholder return.

To the extent that we have additional capital deployed for strategic technology tuck-ins, we will explore M&A opportunities where prudent and appropriate.

We also reiterate our fiscal Q2 2019 guidance provided on August 7, 2018, which can be found in our recent filings and the accompanying presentation for this call.

To sum it up, the Polycom acquisition is both strategically and financially beneficial to our business and will enhance shareholder value in both the short and long term.

Plantronics is a highly differentiated market leader that is well positioned with the broad and comprehensive portfolio of communications and collaboration solutions. Our end markets are large and growing, which, along with our improved synergies expectations, is driving our enhanced financial outlook. This is an exciting time for Plantronics. We remain focused on completing the Polygram integration while continuing to drive shareholder value.

Thank you, again, for taking the time to be with us this morning. With that, let's open the call for questions.

MICHAEL R. IBURG: Shane, let's open the call for questions.

Questions and Answers

OPERATOR: (Operator Instructions) The first question comes from the line of Greg Burns.

GREGORY JOHN BURNS, SENIOR EQUITY RESEARCH ANALYST, SIDOTI & COMPANY, LLC: Thanks for the update on the synergies and the added detail on the savings. From a cost or cash cost perspective, have you gotten a better idea of what achieving these savings will cost over the next 1 to 2 years?

PAMELA J. STRAYER: Yes. I think as we said in the past, benchmarks generally call for about $1 per $1 cost or $1.25 per $1 of cost synergies. We'll be able to provide a little bit more detail on that in October, but that's still kind of the benchmark we're using.

GREGORY JOHN BURNS: Okay. And the $105 million over 2 years, is that a net or a gross number? Do you plan to invest some of these savings back into the business?

PAMELA J. STRAYER: We do have some dissynergies going the other direction while we consolidate these 2 companies. So that is a net number based on everything we know today. We're very confident about hitting that $105 million in run rate synergies.

GREGORY JOHN BURNS: Okay. And the 100 to 200 basis point headwind from tariffs, do you have plans to offset that? Or is that just the worst-case scenario, if you don't do anything to mitigate the impact of tariffs?

PAMELA J. STRAYER: Yes, Greg, it kind of represents our best estimate at this point in time. It is what we believe to be worst-case scenario in the shorter term, maybe the first year or so. But we do have opportunities to change our supply chain, change how we do things to avoid much of this tariff, and so we're expecting that to go down over time as we execute against those plans. And that's all built into the current expectation, yes.

OPERATOR: The next question comes from the line of David Eller.

DAVID LUKE ELLER, ASSOCIATE ANALYST, WELLS FARGO SECURITIES, LLC, RESEARCH DIVISION: I wondered about the timing of the announcement. Was there anything that's changed in the recent months or that's given you more confidence to raise the target? But just any more clarity on the timing of today's announcement and whether anything's changed in -- kind of in the background?

PAMELA J. STRAYER: Yes, David, we've been getting a lot of questions about when we could release our long-term model. We wanted to get it out there as soon as it was available. By putting this out there today, it allows us to have some more constructive conversations at the Deutsche Bank teleconference that we're going to be attending tomorrow in Las Vegas.

DAVID LUKE ELLER: Okay. And then could you remind us when you do plan to file the pro forma combined financials for the 2 companies, the historical?

PAMELA J. STRAYER: Those were already filed somewhere around September 11 or earlier.

MICHAEL R. IBURG: Yes, it was about a week ago.

JOSEPH B. BURTON, PRESIDENT, CEO & DIRECTOR, PLANTRONICS, INC.: Yes, it was about a week ago, more like the 4th, yes.

DAVID LUKE ELLER: Okay. And then could you give any more granular clarity on kind of the 2 segments, the Plantronics and Polycom, kind of what your expectations are embedded for those long-term revenue targets and gross margin targets?

PAMELA J. STRAYER: Yes. So a couple of things. On the revenue line, we took a look at all of the major categories that we take part in and really started with what the market rates were. There's a couple of areas in our

Plantronics Inc Business Update - Final

portfolio that we believe we can exceed market growth rates. We think we've got opportunities in UC headsets, open SIP as well as huddle room voice and video opportunities. Also, some of the segments that slowed our growth in the past, core headsets for Plantronics, platform video for Polycom have all become less of a negative influence over time. On the gross margin line then, we are excited about the amount of synergies that we're finding in COGS. Unfortunately, that is being offset by some of the cost constraints in MLCC, supply chain and in the tariffs, but we think that if there's a better outcome in that and any of those costs go down, that's upside for us.

DAVID LUKE ELLER: Okay. And then one last question for me. The updated synergies target, does that include anything from revenue synergies or additional real estate consolidation or supply chain actions? Or is that just the same segments you targeted initially but you've just found more?

PAMELA J. STRAYER: Yes. So it does include some minimal facilities synergies. But I think as we spend more time together as a combined company and work on those plans, I think there's maybe some more upside opportunity in the facilities area -- I'm sorry, what was the other area you mentioned?

DAVID LUKE ELLER: Whether revenue synergies was contemplated in the updated number?

PAMELA J. STRAYER: No, we're not contemplating any revenue synergies at this time. Of course, we think with some bundle opportunities, there will be some sort of revenue synergies there, but it's not baked in at this point.

JOSEPH B. BURTON: Yes. This is Joe jumping in for a minute. On the revenue synergies side, exactly what Pam said, we see a ton of opportunity over time as the products interoperate better together, they're all hooked to the same management and analytics cloud that we're building and so forth. Frankly, it's a little ways out; that's not something that's going to materialize in the next few quarters in a meaningful way. So we're continuing to be our conservative selves. So revenue comes later.

OPERATOR: And we have Mike Latimore.

UNIDENTIFIED ANALYST: This is [Vijay] here for Mike Latimore. The first one would be for your outlook, how important is UC and UCaaS growth?

JOSEPH B. BURTON: [Vijay], this is Joe jumping in. One of the great pieces of having the combined portfolio that we have, the breadth that we have as we come together as a company is while Unified Communications and in particular, UCaaS is definitely the primary market that's out there for us, as you know, that industry is very early days. The seats that are already out there are not completely penetrated. There's work for us to do. Additional growth in that market helps us even more. But as long as that industry is steady and growing, we're not counting on outrageous growth over there. We're just counting on doing well in it. We think we'll take a very -- we think we'll participate well and take share with UCaaS and open SIP around UC headsets, open SIP phones, broadly voice and video and then frankly, the huddle room opportunities, smaller conference rooms where voice and video need to go into. And frankly, neither Plantronics or Polycom were serving it well, but together, we can do a great job, it just provides a real opportunity for us. So we're looking forward to that.

UNIDENTIFIED ANALYST: Great, great. And with regards to the video endpoints, what are the expectations in terms of the growth opportunities there?

JOSEPH B. BURTON: Well, there's a couple of pieces there. And it really is a tale of 2 video endpoint markets. So if we talk about the traditional video endpoint market, which is still a large market growing, depending upon the analysts, at a couple to 4% CAGR over the next few years. The video endpoint market, we expect to grow at market rate and do well. The huddle room subsegment of that, which is growing very fast, is all upside us, given that we roughly haven't participated in it in the past. So we think we'll do well at the high end of the market and see a real opportunity at the mid- and lower part of the market.

OPERATOR: (Operator Instructions) There are no questions at this time. Presenters, please continue.

MICHAEL R. IBURG: Okay. Thank you, operator. I would just like to thank everyone for joining us this morning on this shortly announced conference call, and we look forward to catching up with you when we release earnings after

Plantronics Inc Business Update - Final

our September quarter. If you have any questions, please feel free to give me a call, the name, again, is Mike Iburg. Thank you very much.

OPERATOR: This concludes today's conference call. You may now disconnect. Have a good day.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** September 18, 2018

---

**End of Document**