SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT UNDER SEAL (ECF NO. 174)** |

Upon consideration of Defendants' Administrative Motion to File Defendants' Opposition to Plaintiffs' Motion to Modify Scheduling Order and for Leave to File a Third Amended Complaint Under Seal ("Defendants' Administrative Motion to Seal"), as well as the Declaration of Jessica L. Lewis in support of Defendants' Administrative Motion to Seal, and compelling reasons appearing, the Court **GRANTS** Defendants' Administrative Motion to Seal. The Clerk shall order portions of the unredacted versions of Defendants' Opposition to Plaintiffs' Motion to Modify Scheduling Order and for Leave to File a Third Amended Complaint ("Defendants' Opposition") (ECF No. 175) and accompanying materials sealed as follows:

| Document | Identification of Portions to Be Redacted | Basis for Redaction/Sealing | Granted / Denied |
|---|---|---|---|
| Defendants' Opposition | Only those portions designated for redaction in the proposed redacted version submitted herewith, appearing on:<br><br>i:IV.A.1<br>1:19-22<br>5:27-28<br>6:1-8, 12-26<br>9:8-21, n.3<br>10:1-2<br>11:1-25<br>12:5, 8-9, 12-17, nn.5, 6<br>13:1-18, 23-27<br>14:1-28<br>15:1-21, 26, n.7<br>16:1-22, nn.8, 9<br>17:1-13<br>23:20-23<br>24:n.16 | The identified portions contain direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business, strategies, and internal decision making, including product-specific inventory levels and related financial information, distributor-specific customer information and strategy discussions, and materials presented to committees of the Company's board of directors, including pre-merger strategic analysis, as well as the disclosure of the identities of third parties and attribution of statements to those third parties concerning this sensitive and confidential Plantronics information. | GRANTED |

| | | | |
|---|---|---|---|
| Kolovos Decl. | Only those portions designated for redaction in the proposed redacted version submitted herewith, appearing on:<br><br>1:9-14<br>2:2-3 | The identified portions contain direct references to and characterizations of documents concerning nonpublic information regarding Plantronics' business, strategies, and internal decision making, all of which has been designated as "Confidential." The identified portions also disclose the identity of a third party in a manner that would invade the third party's privacy and could harm the third party's business interests and/or reputations. | GRANTED |
| Ex. A to Kolovos Decl. | Document to sealed in full. | This document contains references to communications that contain sensitive, nonpublic information that would disclose the identity of a third party in a manner that would invade the third party's privacy and could harm the third party's business interests and/or reputations. | GRANTED |
| Ex. B to Kolovos Decl. | Document to be sealed in full. | The document contains sensitive, nonpublic information regarding Plantronics' business, strategies, and internal decision making, including distributor-specific inventory information, product-specific inventory information, discussions of the Company's sales strategy and the sales strategy of its distribution partners, and historical sales and revenue figures, all of which has been designated as "Confidential." The document also discloses the identities of third parties in a manner that would invade their privacy and could harm their business interests and/or reputations. | GRANTED |

[PROPOSED] ORDER GRANTING
DEFS' ADMIN. MOT. TO SEAL          - 2 -          Case No. 4:19-cv-07481-JST

| Ex. C to Kolovos Decl. | Document to be sealed in full. | The document contains sensitive, nonpublic information regarding Plantronics' business, strategies and internal decision making, including product-specific inventory levels and related financial information, distributor-specific customer information and strategy discussions, and materials presented to committees of the Company's board of directors, as well as discussions of the Company's sales strategy, all of which has been designated as "Confidential." The document also discloses the identities of third parties in a manner that would invade their privacy and could harm their business interests and/or reputations. | GRANTED |
|---|---|---|---|
| Ex. D to Kolovos Decl. | Document to be sealed in full. | The document contains sensitive, nonpublic information regarding Plantronics' business, strategies and internal decision making, including product-specific inventory levels and related financial information, distributor-specific customer information and strategy discussions, and materials presented to committees of the Company's board of directors, as well as discussions of the Company's sales strategy and its manufacturing and logistics operations, all of which has been designated as "Confidential." The document also discloses the identities of third parties in a manner that would invade their privacy and could harm their business interests and/or reputations. | GRANTED |

[PROPOSED] ORDER GRANTING
DEFS' ADMIN. MOT. TO SEAL          - 3 -          Case No. 4:19-cv-07481-JST

| Request for Judicial Notice | Only those portions designated for redaction in the proposed redacted version submitted herewith, appearing on:  2:n.1 | This document contains references to communications that contain sensitive, nonpublic information that would disclose the identity of a third party in a manner that would invade the third party's privacy and could harm the third party's business interests and/or reputations. | GRANTED |

**IT IS SO ORDERED.**

DATED: _____November 28, 2023_____

_____

Hon. Jon S. Tigar
United States District Judge