SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |

I, Peter J. Kolovos, declare as follows:

1.    I am an attorney admitted *pro hac vice* in this matter.  I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendants Plantronics, Inc. ("Plantronics"), Joseph Burton, Charles Boynton, and Pamela Strayer ("Defendants") in the above-captioned matter.  I submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion to Modify Scheduling Order and For Leave to File a Third Amended Complaint, filed herewith.  I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    On May 2, 2023, Defendants produced ████████████████ ███████████████████████████████████ (PLANT_00007714, PLANT_00007718, PLANT_00007721), and ████████████████ ████████████████████████████ (PLANT_00007722). Defendants designated these documents as confidential pursuant to the Stipulation Regarding Confidentiality and Protective Order ("Protective Order" [ECF No. 137]).  ████████ ████████ were produced in a standalone production and were specifically called to Plaintiffs' attention in a corresponding production cover letter dated May 2, 2023.

3.    On September 5, 2023, Plaintiffs informed Defendants that Plaintiffs intended to move for class certification on the basis of the originally-pled class period (August 7, 2018 to November 5, 2019), and asked whether Defendants would oppose.  If so, Plaintiffs asserted that they would move to amend the Second Amended Complaint.  On September 6, 2023, Defendants advised that they were unaware of any basis supporting Plaintiffs' request, but that Defendants would be willing to review a draft of any proposed amendments and respond thereafter.

4.    On September 20, 2023, in response to a September 12, 2023 email from Plaintiffs' counsel indicating that they could not load certain document production volumes that Defendants had produced on August 18, 2023, August 25, 2023, September 1, 2023, and September 7, 2023, because the documents were out of order, Defendants re-produced the volumes.  Despite this technical issue, Plaintiffs could still effectively review the original production versions of the emails and family members together using the "group identifier" field.

5.      Attached as **Exhibit A** is a true and correct copy of the Declaration of ████████, which Defendants provided to Plaintiffs' counsel on October 18, 2023.

6.      Attached as **Exhibit B** is a true and correct copy of a document produced to Plaintiffs on August 11, 2023, bearing Bates numbers PLANT_00017714 to PLANT_00017715, that Defendants have designated as confidential pursuant to the Protective Order.

7.      Attached as **Exhibit C** is a true and correct copy of a document produced to Plaintiffs on August 11, 2023, bearing Bates numbers PLANT_00061567 to PLANT_00061571, that Defendants have designated as confidential pursuant to the Protective Order.

8.      Attached as **Exhibit D** is a true and correct copy of a document produced to Plaintiffs on August 11, 2023, bearing Bates numbers PLANT_00023924 to PLANT_00023925, that Defendants have designated as confidential pursuant to the Protective Order.

9.      Attached as **Exhibit E** is a true and correct copy of a transcript of a Plantronics' business update call, dated September 11, 2018, obtained from LexisNexis on October 12, 2023.

10.      Attached as **Exhibit F** are excerpts of a true and correct copy of Plantronics' Form 10-K for the fiscal year ending March 31, 2018, filed with the United States Securities and Exchange Commission ("SEC") on May 9, 2018.

11.      Attached as **Exhibit G** are excerpts of a true and correct copy of Plantronics' Form 10-Q for the quarter ending June 30, 2018, filed with the SEC on August 7, 2018.

12.      Attached as **Exhibit H** is a true and correct copy of Plantronics' Form 8-K, filed with the SEC on September 11, 2018.

13.      Attached as **Exhibit I** are excerpts of a true and correct copy of Polycom's Form 10-Q for the quarter ending June 30, 2016, filed with the SEC on August 4, 2016.

14.      Attached as **Exhibit J** are excerpts of a true and correct copy of Polycom's Form 10-Q, for the quarter ending March 31, 2016, filed with the SEC on April 28, 2016.

15.    Attached as **Exhibit K** are excerpts of a true and correct copy of Polycom's Form 10-K, for the fiscal year ending December 31, 2015, filed with the SEC on February 29, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of November, 2023.

/s/  Peter J. Kolovos
Peter J. Kolovos

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing Defendants' Opposition To Plaintiffs' Motion To Modify Scheduling Order And For Leave To File A Third Amended Complaint. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

/s/  Susan S. Muck
Susan S. Muck