SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST |
| | **DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF DEFENDANTS' OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFFS WITH THEIR REPLY MEMORANDUM** |

I, Peter J. Kolovos, declare as follows:

1.      I am an attorney admitted *pro hac vice* in this matter.  I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendants Plantronics, Inc. ("Plantronics"), Joseph Burton, Charles Boynton, and Pamela Strayer ("Defendants") in the above-captioned matter.  I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.      I submit this Declaration in support of Defendants' Objections to Plaintiffs' Reply Evidence in Support of Plaintiffs' Motion to Modify Scheduling Order and for Leave to File a Third Amended Complaint (Defendants' Objections"), filed herewith.

3.      Attached hereto as Exhibit 1 is a true and correct copy of Volume I of S. Kenneth Kannappan's deposition transcript, taken on December 11, 2023.

4.      Attached hereto as Exhibit 2 is a true and correct copy of Volume II of S. Kenneth Kannappan's deposition transcript, taken on December 12, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of December, 2023.

/s/ *Peter J. Kolovos*
Peter J. Kolovos

KOLOVOS DECL. ISO OPP. TO
MOT. FOR LEAVE TO FILE TAC        - 1 -        Case No. 4:19-cv-07481-JST