SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001


PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>[~~PROPOSED~~] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 181) |

Upon consideration of Lead Plaintiffs' Administration Motion to Consider Whether Another Party's Material Should be Sealed ("Lead Plaintiffs' Motion to Seal"), Defendants' Statement in Support of Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, as well as the Declaration of Peter J. Kolovos, and compelling reasons appearing, the Court **GRANTS** Lead Plaintiffs' Motion to Seal.  The Clerk shall order portions of the unredacted versions of Lead Plaintiffs' Reply Memorandum of Points and Authorities in Further Support of Their Motion to Modify Scheduling Order and For Leave to File A Third Amended Complaint ("Lead Plaintiffs' Reply") and accompanying materials sealed as follows:

| Document | Identification of Portions to Be Redacted | Basis for Redaction/Sealing |
|---|---|---|
| Lead Plaintiffs' Reply | Only those portions designated for redaction in the proposed redacted version submitted herewith, appearing on:<br><br>i:III.A, III.B<br>1:23-24<br>2:1-28<br>3:1-13, 27-28<br>4:14-21<br>5:9-19<br>6:1-23, n.2<br>7:1-28<br>8:1-18<br>9:9-21<br>10:2-27<br>11:4-25, n.3<br>12:1-17<br>13:8-9 | The identified portions contain direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business, strategies, and internal decision making, including product-specific inventory levels and related financial information, distributor-specific customer information and strategy discussions, and materials presented to committees of the Company's board of directors, including pre-merger strategic analysis, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this sensitive and confidential Plantronics information. |

| Exhibit 1 to Gilmore Decl. | Document to be sealed in full | The document contains direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business, strategies, and internal decision making, including product-specific inventory levels and related financial information, distributor-specific customer information and strategy discussions, and materials presented to committees of the Company's board of directors, including pre-merger strategic analysis, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this sensitive and confidential Plantronics information. |
| --- | --- | --- |
| Exhibit 2 to Gilmore Decl. | Document to be sealed in full | The document contains direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business, strategies, and internal decision making, including product-specific inventory levels and related financial information, distributor-specific customer information and strategy discussions, and materials presented to committees of the Company's board of directors, including pre-merger strategic analysis, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this sensitive and confidential Plantronics information. |

Plaintiffs shall file a redacted version of their reply brief in the public record within seven days of the date of this order.

DATED:     January 3, 2024

_____
Hon. Jon S. Tigar
United States District Judge

[PROPOSED] ORDER RE LEAD PLFS'
ADMIN MOTION TO SEAL                - 3 -                Case No. 4:19-cv-07481-JST