# EXHIBIT 2

## (Sealed in full pursuant to Order dated January 3, 2024 (ECF 186))