**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
Lauren A. Ormsbee (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST |
| | **[PROPOSED] ORDER CERTIFYING CLASS, APPOINTING CLASS REPRESENTATIVES, AND APPOINTING CLASS COUNSEL** |
| | Hearing Date:   May 30, 2024<br>Hearing Time:   2:00 p.m.<br>Courtroom:   6, 2nd Floor<br>Judge:   Hon. Jon S. Tigar |
| | <u>CLASS ACTION</u> |

010874-11/2441211 V1

The Court has considered the Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; Memorandum of Law in Support thereof, the Declaration of Sean R. Matt and Lauren A. Ormsbee in Support of Lead Plaintiffs' Motion for Class Certification and all exhibits attached thereto; and all other pleadings and arguments before the Court.

The Court finds the Fed. R. Civ. P. 23(a) requirements of numerosity, commonality, typicality, and adequacy of representation are satisfied here. The Court likewise finds the requirements of Fed. R. Civ. P. 23(b)(3) are met, because common issues predominate, the class mechanism is the superior method of resolving these common questions, and the class is ascertainable. And the Court finds the proposed Class Counsel meets the requirements of Fed. R. Civ. P. 23(g).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.      Lead Plaintiffs' Motion is GRANTED;

2.      Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), this action is CERTIFIED to proceed as a class action and the Court CERTIFIES the following Class:

All who purchased or otherwise acquired the common stock of Plantronics between August 7, 2018, and November 5, 2019, both dates inclusive, and who were damaged thereby (the "Class");[1]

3.      Court-appointed Lead Plaintiff Roofers' Pension Fund is APPOINTED as Class Representative;

4.      Court-appointed Lead Plaintiff Ilya Trubnikov is APPOINTED as Class Representative;

---

[1] Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of Defendants Burton, Strayer, and Boynton; (iii) any person who was an officer or director of Plantronics; (iv) any firm or entity in which any Defendant has or had a controlling interest; (v) any person who participated in the wrongdoing alleged; (vi) Defendants' liability insurance carriers; (vii) any affiliates, parents, or subsidiaries of Plantronics; (viii) all Plantronics plans that are covered by ERISA; and (ix) the legal representatives, agents, affiliates, heirs, beneficiaries, successors-in-interest, or assigns of any excluded person or entity, in their respective capacity as such.

[PROPOSED] ORDER CERTIFYING CLASS, APPOINTING CLASS
REPRESENTATIVE, AND APPOINTING CLASS COUNSEL - 1
Case No. 3:19-cv-03422-SI
010874-11/2441211 V1

5.      Court-appointed Lead Counsel Bernstein Litowitz Berger & Grossmann LLP is APPOINTED as Class Counsel; and

6.      Court-appointed Lead Counsel Hagens Berman Sobol Shapiro LLP is APPOINTED as Class Counsel.

SO ORDERED.

Dated: _____                    Signed: _____
                                                              Honorable Jon S. Tigar
                                                              United States District Judge
                                                              Northern District of California