**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (250893)
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>**DECLARATION OF SEAN R. MATT AND LAUREN A. ORMSBEE IN SUPPORT OF LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:  May 30, 2024<br>Hearing Time:  2:00 p.m.<br>Courtroom:  6, 2nd Floor<br>Judge:  Hon. Jon S. Tigar |

SEAN R. MATT and LAUREN A. ORMSBEE declare as follows:

1.      I, Sean R. Matt, am an attorney licensed to practice law in the State of Washington and am admitted *pro hac vice* before this Court. I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), located at 1301 Second Avenue, Suite 2000, Seattle, WA 98101, which serves as Court-appointed Co-Lead Counsel in this matter along with Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I have personal knowledge of the facts stated herein.

2.      I, Lauren A. Ormsbee, am an attorney licensed to practice law in the State of New York and am admitted *pro hac vice* before this Court.  I am a partner at the law firm of Bernstein Litowitz, located at 1251 Avenue of the Americas, New York, NY 10020, and Court-appointed Co-Lead Counsel in this matter along with Hagens Berman. I have personal knowledge of the facts stated herein.

3.      We respectfully submit this Joint Declaration, together with the attached Exhibits, in support of Lead Plaintiffs' Motion for Class Certification, and Appointment of Class Representatives and Class Counsel (the "Class Motion").

4.      Attached as Exhibit A is a true and correct copy of the Expert Report on Market Efficiency and Damages Methodology of Chad Coffman, CFA, dated February 8, 2024.

5.      Attached as Exhibit B is a true and correct copy of the Declaration of Ilya Trubnikov in Support of the Class Motion, dated February 6, 2024.

6.      Attached as Exhibit C is a true and correct copy of the Declaration of Gary Menzel in Support of the Class Motion, on behalf of Court-appointed Co-Lead Plaintiff Roofers' Pension Fund, dated February 1, 2024.

7.      As reflected in the Firm Resumes of Hagens Berman and Bernstein Litowitz, attached hereto as Exhibits D and E, respectively, Hagens Berman and Bernstein Litowitz are among the most experienced securities class action law firms in the country and have a long history of obtaining landmark results for the class members in those cases.  Bernstein Litowitz and Hagens Berman have previous experience of working together productively in other complex shareholder litigation in this District, including in *In re McKesson Corp. Derivative*

*Litig.*, Case No. 17-cv-01850 (N.D. Cal.) where the parties reached a settlement of $175 million plus substantial corporate governance reforms.

8.     Trial courts in this District and throughout the Ninth Circuit have repeatedly recognized Hagens Berman's ability to serve as class counsel in securities class actions similar to the instant litigation.  For example, Hagens Berman served as Lead Counsel and Class Counsel in *Roberts v. Zuora, Inc. et al.*, No. 3:19-cv-03422-SI (N.D. Cal.) (Illston, J.), where on behalf of the certified class, Hagens Bermans secured a $75.5 settlement that was recently finally approved by the Court (ECF No. 277), representing a recovery of five times greater than the median recovery obtained in comparable securities class actions cases in 2023. *Id*. at ECF No. 270 at p. 8. Similarly, in *In Re: Charles Schwab Corporation*, No. 08-CV-01510, ECF No. 1101 (N.D. Cal.) (Alsup, J.), after Hagens Berman secured settlements totaling $235 million recovering 45 percent and 85 percent of investor losses for the two different classes, the Honorable William Alsup commented, "Class counsel did a good job persistently advocating for the best interests of the class members, and obtained a very good result for the class . . . ." ECF No. 1101 at p. 12.  Further, in the *Aequitas Investor Litigation*, Case No. 3:16-cv-00580-AC (D. Or.) (Hernandez, J.), Hagens Berman, on behalf of its clients, reached a unified $234 million settlement with defendants, allowing investors to recover 80% to 90% of their losses after the liquidation of the Aequitas estate.

9.     Among other successes, Bernstein Litowitz served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 1:02-cv-03288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion. Bernstein Litowitz also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & "ERISA" Litigation*, No. 1:09-md-02058 (S.D.N.Y.); a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 2:05-cv-01151 (D.N.J.); and a $1 billion settlement on behalf of the class in *In re Wells Fargo & Co. Securities Litigation*, No., 1:20-cv-04494 (S.D.N.Y.). Courts in this District and Circuit have recognized Bernstein Litowitz as qualified class counsel in securities class actions. Such examples include *In re McKesson HBOC, Inc. Securities Litigation*, No. 5:99-cv-20743 (N.D. Cal.), in which Bernstein Litowitz

recovered $1.05 billion for investors, the largest recovery in a securities class action in the Ninth Circuit; *Hefler v. Wells Fargo & Company*, No. 4:16-cv-05479 (N.D. Cal.), in which Bernstein Litowitz recovered $480 million for investors; *In re Allergan, Inc. Proxy Violation Securities Litigation*, No. 8:14-cv-02004 (C.D. Cal.), in which Bernstein Litowitz recovered $250 million for investors; and *In re New Century Securities Litigation*, No. 2:07-cv-00931 (C.D. Cal.), in which Bernstein Litowitz secured an approximately $125 million recovery for investors.

10. Since the inception of this litigation, Hagens Berman and Bernstein Litowitz have vigorously prosecuted this action for the benefit of Lead Plaintiffs and the Class. Hagens Berman and Bernstein Litowitz's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed amended complaint, second amended complaint and proposed third amended complaint; (iii) overcoming in substantial part Defendants' motion to dismiss; (iv) propounding discovery requests on Defendants; (v) obtaining document discovery from several relevant third-parties; (vi) responding to Defendants' discovery requests, including reviewing and producing documents; (vii) retaining relevant experts; (viii) reviewing Defendants' ongoing document productions; and (ix) drafting and filing this motion for class certification. Hagens Berman and Bernstein Litowitz are committed to vigorously prosecute the action for the benefit of Lead Plaintiffs and the Class.

11. Attached as Exhibit F is an order provided to Lead Plaintiffs issued by a court in the Northern District of California in an unrelated action where Bernstein Litowitz served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and as class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). The court in *Symantec* granted final approval of the $70 million settlement in that action, commenting on the record that Bernstein Litowitz "did a good job, so thank you for that." See SEB Inv. Mgmt. AB v. Symantec Corp., No. 3:18-cv-2902-WHA, ECF No. 425, at 18 (N.D. Cal. Feb. 10, 2022). Additionally, courts have repeatedly approved Bernstein Litowitz as lead counsel and class counsel in securities class actions after being apprised of the *Symantec* order, including *In re Qualcomm Inc. Securities Litigation*, 2023 WL 2583306, at *17 (S.D. Cal. Mar. 20, 2023); *In re Synchrony Financial Securities Litigation*, No. 3:18-cv-1818 (VAB), 2023

WL 1503032, at *2 (D. Conn. Feb. 3, 2023); *In re SelectQuote, Inc. Securities Litigation*, No. 21 Civ. 6903 (AKH), 21 Civ. 8279 (AKH), 2022 WL 4057445, at *3 (S.D.N.Y. Sept. 2, 2022); *Rasella v. Musk*, 342 F.R.D. 74, 84 (S.D.N.Y 2022); *In re EQT Corp. Securities Litigation*, No. 2:19-cv-00754-RJC, 2022 WL 3293518, at *10 (W.D. Pa. Aug. 11, 2022); *In re Vertiv Holdings Co Securities Litigation*, Case 4:21-cv-03343-JST, ECF No. 16, at 2 (S.D.N.Y. June 22, 2022); *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, No. 18-cv-04844-BLF, 2022 WL 1459567, at *5 (N.D. Cal. May 9, 2022); *Bricklayers' & Allied Craftworkers Local #2 Albany, NY Pension Fund v. New Oriental Education & Technology Group Inc.*, No. 22 Civ. 1014 (VM), 22 Civ. 1876 (VM), 2022 WL 1515451, at *5 (S.D.N.Y. May 13, 2022); *City of Miami Firefighters' & Police Officers' Retirement Trust v. Cerence Inc.*, No. 1:22-cv-10321-ADB, 2022 WL 1505907, at *2 (D. Mass. May 12, 2022); *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36, at 5 (N.D. Cal. Jan. 5, 2022); *In re Myriad Genetics, Inc. Securities Litigation*, No. 2:19-cv-00707-DBB, 2021 WL 5882259, at *13 (D. Utah Dec. 13, 2021); *In re James River Group Holdings, Ltd. Securities Litigation*, No. 3:21-cv-00444-MHL, ECF No. 20, at 2 (E.D. Va. Sept. 22, 2021); *In re Mattel, Inc. Securities Litigation*, No. 2:19-cv-10860-MCS-PLA, 2021 WL 4704578, at *7 (C.D. Cal. Oct. 6, 2021); and *Yoshikawa v. Exxon Mobil Corp. et al.*, No. 3:21-cv-00194-N, ECF No. 43, at 3 (N.D. Tex. June 10, 2021).

12.    Attached as Exhibit G is a true and correct copy of a document produced to Plaintiffs, bearing Bates numbers PLANT_00005076, which Defendants have designated as confidential pursuant to the Protective Order.

13.    Attached as Exhibit H is a true and correct copy of a document produced to Plaintiffs, bearing Bates numbers PLANT_00005127, which Defendants have designated as confidential pursuant to the Protective Order.

14.    Attached as Exhibit I is a true and correct copy of a document produced to Plaintiffs, bearing Bates numbers PLANT_00005191, which Defendants have designated as confidential pursuant to the Protective Order.

15.    Attached as Exhibit J is a true and correct copy of a document produced to Plaintiffs, bearing Bates numbers PLANT_00005139, which Defendants have designated as confidential pursuant to the Protective Order.

Executed on this 8th day of February, 2024, in Seattle, Washington.

/s/ Sean R. Matt
Sean R. Matt

Executed on this 8th day of February, 2024, in New York, New York.

/s/ Lauren A. Ormsbee
Lauren A. Ormsbee

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Sean R. Matt and Lauren A. Ormsbee in Support of Lead Plaintiffs' Notice of Motion and Motion for Class Certification. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

By:    _/s/ Sean R. Matt_____

Sean R. Matt