# EXHIBIT B

**HAGENS BERMAN SOBOL SHAPIRO LLP**
LUCAS E. GILMORE (250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
LucasG@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**DECLARATION OF ILYA TRUBNIKOV IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

DECL. OF ILYA TRUBNIKOV ISO MTN. FOR CLASS
CERTIFICATION
Case No. 4:19-cv-07481-JST

I, Ilya Trubnikov, hereby state as follows:

1.      I respectfully submit this Declaration in support of Lead Plaintiffs' motion for Class Certification and Appointment of Class Representative and Class Counsel. I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently thereto.

2.      I am an individual retail investor. I presently reside in Villefranche, Sur Mur, France. As set forth in my motion for appointment as Lead Plaintiff and supporting papers (ECF No. 31), I purchased shares of Plantronics, Inc. between August 7, 2018, and November 5, 2019, both dates inclusive (the "Class Period") and suffered substantial losses.

3.      I understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage investors with meaningful losses to direct securities class actions. Since my appointment as Lead Plaintiff on February 13, 2020, I have been and will continue to be committed to actively managing and vigorously prosecuting this litigation. I fully intend to obtain the largest recovery for the proposed class consistent with good faith, sound judgment, and meritorious advocacy.

4.      I have reviewed and monitored the progress and prosecution of this litigation with counsel at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). Among other things, I authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed amended and [proposed] amended complaints and certain other pleadings filed in this action, including the motion for class certification; responded to document discovery; and communicated with counsel regarding the case, including litigation strategy and significant developments in the litigation.

5.      If appointed Class Representative, I would continue to diligently pursue the effective prosecution of the Action. I understand that I owe a fiduciary duty to all members of the proposed Class I represent to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members I represent and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

DECL. OF ILYA TRUBNIKOV ISO MTN. FOR CLASS
CERTIFICATION– 1
Case No. 4:19-cv-07481-JST

6.    Together with Lead Plaintiff Roofers' Pension Fund, I seek appointment of Hagens Berman and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel for the proposed Class based on my understanding of their substantial experience and expertise in prosecuting securities class actions. I believe that Hagens Berman and Bernstein Litowitz possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7.    I understand that my service as Class Representative does not entitle me to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, I do not expect to receive any more than my pro-rata shares of the amount recovered.

8.    My counsel have provided me with the order in *SEB Investment Management AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021) and have discussed the order's content and circumstances with me. I have considered the order and reaffirmed my selection of Bernstein Litowitz to serve as Class Counsel and have authorized the filing of this motion.

I declare that the statements made, and information provided herein are, to the best of my knowledge, true and correct. Executive on this 6th day of February 2024.



Ilya Trubnikov

DECL. OF ILYA TRUBNIKOV ISO MTN. FOR CLASS
CERTIFICATION– 2
Case No. 4:19-cv-07481-JST