# EXHIBIT C

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (250893)
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
Lauren A. Ormsbee (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>**DECLARATION OF GARY MENZEL IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Hearing Date: May 30, 2024<br>Hearing Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar |

I, Gary Menzel, hereby state as follows:

1.     I, Gary Menzel, respectfully submit this declaration in support of Lead Plaintiff Roofers' Pension Fund ("Roofers' Pension Fund") Motion for Class Certification and Appointment of Class Representatives and Class Counsel.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.  I am the Trustee and Chairman of Roofers' and am authorized to make this declaration on behalf of Roofers' Pension Fund.

2.     Roofers' Pension Fund understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions.  As Lead Plaintiff and proposed Class Representative, Roofers' Pension Fund, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation.  Roofers' Pension Fund intends to obtain the largest possible recovery for the proposed Class consistent with good faith and sound judgment.

3.     Roofers' Pension Fund has diligently pursued the effective prosecution of this Action and has actively monitored its progress.  Among other things, I authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the amended complaints and certain other pleadings filed in this action, including the motion for class certification; responded to document discovery; and communicated with counsel regarding the case, including litigation strategy and significant developments in the litigation.

4.     As Class Representative, Roofers' Pension Fund would continue to diligently pursue the effective prosecution of the Action.  Roofers' Pension Fund understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

5.      Roofers' Pension Fund seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Hagens Berman Sobol Shapiro LLP ("Hagens") as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions.  Roofers' Pension Fund believes that Bernstein Litowitz and Hagens possess the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

6.      Roofers' Pension Fund understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA.  If there is a recovery in this case, Roofers' does not expect to receive any more than its pro-rata shares of the amount recovered.

7.      Bernstein Litowitz has provided me with the order in *SEB Investment Management AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021).  BLB&G has discussed the order's content and circumstances with me.  Roofers' Pension Fund has considered the order and reaffirmed its selection of BLB&G to serve as Class Counsel, and has authorized the filing of this motion.

I declare that the statements made and information provided herein are, to the best of my knowledge, true and correct. Executed on this 1st day of February 2024.

_____
Gary Menzel
Trustee and Chairman
Roofers' Pension Fund

DECLARATION OF ROOFERS' PENSION FUND
ISO MOTION FOR CLASS CERTIFICATION

- 3 -

4:19-cv-07481-JST