# EXHIBIT G

to the Joint Declaration of Sean R. Matt and Lauren A. Ormsbee ISO Lead Plaintiffs' Notice of Motion and Motion for Class Certification

# (Submitted Under Seal)