SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
NOAH S. GUINEY (SBN 324079)
noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001


PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING HALE
    AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>**[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 189)** |

Upon consideration of Lead Plaintiffs' Administration Motion to Consider Whether Another Party's Material Should be Sealed ("Lead Plaintiffs' Motion to Seal"), Defendants' Statement in Support of Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, as well as the Declaration of Peter J. Kolovos, and compelling reasons appearing, the Court **GRANTS** Lead Plaintiffs' Motion to Seal.  The Clerk shall order portions of the unredacted versions of Lead Plaintiffs' Notice of Motion and Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and Memorandum of Points And Authorities In Support Thereof ("Lead Plaintiffs' Class Certification Motion") and accompanying materials sealed as follows:

| Document | Identification of Portions to Be Redacted | Basis for Redaction/Sealing |
|---|---|---|
| Lead Plaintiffs' Class Certification Motion | Only those portions designated for redaction in the proposed redacted version submitted herewith, appearing on:<br><br>5:19-6:1<br>6:6-16 | The identified portions contain direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business strategies and internal decision-making, including enterprise risk management assessments, and materials presented to committees of the Company's board of directors, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this highly sensitive and confidential Plantronics information. |

| | | |
|---|---|---|
| Exhibit G to Joint Decl. | Document to be sealed in full | The document contains direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business strategies and internal decision-making, including enterprise risk management assessments, and materials presented to committees of the Company's board of directors, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this highly sensitive and confidential Plantronics information. |
| Exhibit H to Joint Decl. | Document to be sealed in full | The document contains direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business strategies and internal decision-making, including enterprise risk management assessments, and materials presented to committees of the Company's board of directors, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this highly sensitive and confidential Plantronics information. |

| Exhibit I to Joint Decl. | Document to be sealed in full | The document contains direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business strategies and internal decision-making, including enterprise risk management assessments, and materials presented to committees of the Company's board of directors, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this highly sensitive and confidential Plantronics information. |
| --- | --- | --- |
| Exhibit J to Joint Decl. | Document to be sealed in full | The document contains direct references to, quotes from, and/or characterizations of documents concerning nonpublic information regarding Plantronics' business strategies and internal decision-making, including enterprise risk management assessments, and materials presented to committees of the Company's board of directors, as well as the disclosure of the identities of third parties and statements made by those third parties concerning this highly sensitive and confidential Plantronics information. |

DATED: _____          _____

Hon. Jon S. Tigar
United States District Judge