**HAGENS BERMAN SOBOL SHAPIRO LLP**
STEVE W. BERMAN (admitted *pro hac vice*)
SEAN R. MATT (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

LAUREN A. ORMSBEE (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DISCOVERY DEADLINES IN THE SCHEDULING ORDER** |

Pursuant to Civil Local Rule 7-12, Lead Plaintiffs Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation regarding amending certain discovery deadlines set forth in the February 21, 2023 Scheduling Order ("Initial Scheduling Order," ECF No. 135) and October 19, 2023 Order Re: Motion to Amend and Class Certification Briefing and to Modify Discovery Deadlines in the Scheduling Order ("Revised Scheduling Order," ECF No. 167), and increasing the presumptive limits on the number of fact depositions that each side may take to fifteen (15):

WHEREAS, the Initial Scheduling Order set a case schedule, which was amended, in part, by the Revised Scheduling Order, which set a briefing and hearing schedule for Lead Plaintiffs' Motion to Amend and Motion for Class Certification; and further ordered adjustments to the Initial Scheduling Order to accommodate agreed-upon adjustments to certain discovery deadlines through the deadline to file replies for dispositive motions;

WHEREAS, Lead Plaintiffs' Motion to Amend is now fully briefed (ECF Nos. 168, 175, 180), Lead Plaintiffs filed their Motion for Class Certification on February 8, 2024 (ECF No. 190), and the Parties believe no changes are warranted with respect to the current schedule for the Motion for Class Certification set forth in ECF No. 167 (Defendants' Opposition due on March 21, 2024; Lead Plaintiffs' Reply due on April 18, 2024, and the Hearing for the Class Certification Motion set for May 30, 2024);

WHEREAS, Lead Plaintiffs have diligently pursued document discovery of Defendants and third parties;

WHEREAS, Defendants have diligently pursued document discovery of Lead Plaintiffs;

WHEREAS, the Parties are meeting in good faith to resolve outstanding discovery disputes concerning document productions and/or privilege assertions;

WHEREAS, given those good faith discussions and the ongoing nature of document discovery in this action, the Parties agree that additional time is needed to complete document discovery and take fact depositions;

WHEREAS, under the Parties agreement, the various relevant discovery and subsequent deadlines would change as follows:

| Event | Current Due Date | Revised Due Date |
|---|---|---|
| Written Discovery Cutoff | February 22, 2024 | May 15, 2024 |
| Fact Discovery Cutoff | April 9, 2024 | July 19, 2024 |
| Opening Expert Reports | May 10, 2024 | August 16, 2024 |
| Opposing Expert Reports | June 26, 2024 | September 30, 2024 |
| Reply Expert Reports | August 16, 2024 | November 13, 2024 |
| Expert Discovery Cutoff | August 29, 2024 | December 4, 2024 |
| Deadline to file dispositive motions | September 10, 2024 | January 14, 2025 |
| Deadline to file oppositions to dispositive motions | October 21, 2024 | February 25, 2025 |
| Deadline to file replies for dispositive motions | November 22, 2024 | March 25, 2025 |
| Hearing on dispositive motions | December 19, 2024 | April 24, 2025 |
| Pretrial conference statement due | March 7, 2025 | July 3, 2025 |
| Pretrial conference | March 14, 2025, at 2:00 p.m. | July 11, 2025 |
| Trial | April 14, 2025, at 8:00 a.m. | August 18, 2025, at 8:00 a.m. |

WHEREAS, on February 14, 2023, Lead Plaintiffs represented their belief that "this case will warrant an increase from the presumptive limits on the number of depositions set forth in Fed. R. Civ. P. 30" and the Parties agreed to meet and confer on those limits at a later date (ECF No. 133 at 4);

WHEREAS, the Parties have now met and conferred, and agree that Lead Plaintiffs and Defendants may take fifteen (15) fact depositions per side, an expansion from the ten (10) depositions that the Federal Rules provide, and respectfully ask the Court for leave to do so;

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, that the Initial and Revised Scheduling Orders be amended to reflect the following deadlines for the following events:

| Event | Revised Due Date |
|---|---|
| Written Discovery Cutoff | May 15, 2024 |
| Fact Discovery Cutoff | July 19, 2024 |
| Opening Expert Reports | August 16, 2024 |
| Opposing Expert Reports | September 30, 2024 |
| Reply Expert Reports | November 13, 2024 |
| Expert Discovery Cutoff | December 4, 2024 |
| Deadline to file dispositive motions | January 14, 2025 |
| Deadline to file oppositions to dispositive motions | February 25, 2025 |
| Deadline to file replies for dispositive motions | March 25, 2025 |
| Hearing on dispositive motions | April 24, 2025 |
| Pretrial conference statement due | July 3, 2025 |
| Pretrial conference | July 11, 2025 |
| Trial | August 18, 2025, at 8:00 a.m. |

All other deadlines currently stated in the Scheduling Orders are not changed.

IT IS FURTHER STIPULATED that Lead Plaintiffs and Defendants may take fifteen (15) fact witness depositions per side, as well as any necessary expert depositions as required (without prejudice to seeking more upon a showing of good cause).

IT IS SO STIPULATED.

Dated:   February 16, 2024.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  /s/ Sean R. Matt

Steve W. Berman (admitted *pro hac vice*)
Sean R. Matt (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
karlb@hbsslaw.com

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov
and Lead Counsel for the Class*

Dated:   February 16, 2024.

**BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP**

By:   /s/ Lauren A. Ormsbee

Jonathan D. Uslaner (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

STIPULATION AND [PROPOSED] ORDER TO
MODIFY DISCOVERY DEADLINES IN THE
SCHEDULING ORDER

4

CASE NO. 4:19-cv-07481-JST

John Rizio-Hamilton (admitted *pro hac vice*)
Lauren A. Ormsbee (admitted *pro hac vice*)
Alexander Noble (admitted *pro hac vice*)
William Freeland (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
johnr@blbglaw.com
lauren@blbglaw.com
alexander.noble@blbglaw.com
billy.freeland@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension
Fund and Lead Counsel for the Class*

Dated:   February 16, 2024.           **WILMER CUTLER PICKERING HALE AND
                                         DORR LLP**


By:   */s/ Susan S. Muck*

Susan S. Muck (126930)
Kevin P. Muck (120918)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com

Noah S. Guiney (324079)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
noah.guiney@wilmerhale.com

*Attorneys for Defendants Plantronics, Inc., Joseph
Burton, Charles Boynton, and Pamela Strayer*

STIPULATION AND [PROPOSED] ORDER TO
MODIFY DISCOVERY DEADLINES IN THE
SCHEDULING ORDER

5

CASE NO. 4:19-cv-07481-JST

# [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 20, 2024.

_____

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE