# Exhibit 2

| | |
|---|---|
| **From:** | Lauren Ormsbee (McMillen) |
| **To:** | Sujanani, Sonia; sean@hbsslaw.com |
| **Cc:** | Muck, Susan; Muck, Kevin; Kolovos, Peter; Lewis, Jessica; Romeo, Mike; Lin, Caleb; lucasg@hbsslaw.com; Alexander Noble; Billy Freeland; joeyk; Sarah Schmidt |
| **Subject:** | RE: In re Plantronics Sec. Litig - Depositions of Greg Smith and Jorge Arturo Blanco Vergara |
| **Date:** | Wednesday, January 10, 2024 1:44:24 PM |

**EXTERNAL SENDER**

Sonia –

Neither Plaintiffs nor their counsel have any control over Mr. Smith or Mr. Vergara, nor do we know of a mailing address for the latter.  We did attempt to leave messages for both and will let you know if we hear back concerning their positions on accepting service of any deposition subpoena.

Lauren

**From:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Sent:** Monday, December 18, 2023 5:35 PM
**To:** sean@hbsslaw.com; Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>
**Cc:** Muck, Susan <Susan.Muck@wilmerhale.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; Romeo, Mike <Mike.Romeo@wilmerhale.com>; Lin, Caleb <Caleb.Lin@wilmerhale.com>
**Subject:** In re Plantronics Sec. Litig - Depositions of Greg Smith and Jorge Arturo Blanco Vergara

**[External]**

Sean, Lauren—

We intend to take the depositions of former employees Greg Smith and Jorge Arturo Blanco Vergara as soon as practicable.  As you likely know, both individuals live abroad.

Given that Plaintiffs are relying on their allegations, will Plaintiffs make Greg Smith or Jorge Blanco available, or reach out to them to confirm if they will voluntarily sit for a deposition?

Also, can you provide a current mailing address for Mr. Blanco?

Thank you,
Sonia

**Sonia Sujanani | WilmerHale**
She/Her/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6342 (t)
+1 617 526 5000 (f)

sonia.sujanani@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.