# Exhibit 4

| | |
|---|---|
| **From:** | Lucas Gilmore |
| **To:** | Sujanani, Sonia; Lauren Ormsbee (McMillen); Sean Matt |
| **Cc:** | Muck, Susan; Muck, Kevin; Kolovos, Peter; Lewis, Jessica; Romeo, Mike; Lin, Caleb; Alexander Noble; Billy Freeland; Joey Kingerski; Sarah Schmidt |
| **Subject:** | RE: In re Plantronics Sec. Litig - Depositions of Greg Smith and Jorge Arturo Blanco Vergara |
| **Date:** | Thursday, January 18, 2024 6:29:13 PM |

**EXTERNAL SENDER**

Hello Sonia,

Lead Plaintiffs do not have a phone number for Mr. Blanco Vergara. Our contact information for Mr. Blanco Vergara is limited to his email address. Our interrogatory responses fully comply with Federal Rule of Civil Procedure 26(e)(1).

We have no further developments to report on either Mr. Smith or Mr. Blanco Vergara at this time.

Thanks, Lucas

---

**From:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Sent:** Thursday, January 18, 2024 12:51 PM
**To:** Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>; Sean Matt <Sean@hbsslaw.com>
**Cc:** Muck, Susan <Susan.Muck@wilmerhale.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; Romeo, Mike <Mike.Romeo@wilmerhale.com>; Lin, Caleb <Caleb.Lin@wilmerhale.com>; Lucas Gilmore <LucasG@hbsslaw.com>; Alexander Noble <Alexander.Noble@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; Joey Kingerski <joeyk@hbsslaw.com>; Sarah Schmidt <Sarah.Schmidt@blbglaw.com>
**Subject:** RE: In re Plantronics Sec. Litig - Depositions of Greg Smith and Jorge Arturo Blanco Vergara

Lauren,

Based on your email below, it seems that Lead Plaintiffs have a phone number for Mr. Blanco Vergara which was not provided in response to Defendants' first interrogatory seeking contact information for Mr. Blanco Vergara which only contained his email address. Consistent with your duty to supplement your interrogatory responses under Federal Rule of Civil Procedure 26(e)(1), please provide us with that phone number and any additional information required as to any of FE-1 through FE-9.

Further, to the extent there have been any developments with respect to Plaintiffs' communications with Mr. Smith or Mr. Blanco Vergara, please let us know.

Best,
Sonia

**From:** Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>
**Sent:** Wednesday, January 10, 2024 1:44 PM
**To:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>; sean@hbsslaw.com
**Cc:** Muck, Susan <Susan.Muck@wilmerhale.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; Romeo, Mike <Mike.Romeo@wilmerhale.com>; Lin, Caleb <Caleb.Lin@wilmerhale.com>; lucasg@hbsslaw.com; Alexander Noble <Alexander.Noble@blbglaw.com>; Billy Freeland <Billy.Freeland@blbglaw.com>; joeyk <joeyk@hbsslaw.com>; Sarah Schmidt <Sarah.Schmidt@blbglaw.com>
**Subject:** RE: In re Plantronics Sec. Litig - Depositions of Greg Smith and Jorge Arturo Blanco Vergara

**EXTERNAL SENDER**

Sonia –

Neither Plaintiffs nor their counsel have any control over Mr. Smith or Mr. Vergara, nor do we know of a mailing address for the latter.  We did attempt to leave messages for both and will let you know if we hear back concerning their positions on accepting service of any deposition subpoena.

Lauren

**From:** Sujanani, Sonia <Sonia.Sujanani@wilmerhale.com>
**Sent:** Monday, December 18, 2023 5:35 PM
**To:** sean@hbsslaw.com; Lauren Ormsbee (McMillen) <Lauren@blbglaw.com>
**Cc:** Muck, Susan <Susan.Muck@wilmerhale.com>; Muck, Kevin <Kevin.Muck@wilmerhale.com>; Kolovos, Peter <Peter.Kolovos@wilmerhale.com>; Lewis, Jessica <Jessica.Lewis@wilmerhale.com>; Romeo, Mike <Mike.Romeo@wilmerhale.com>; Lin, Caleb <Caleb.Lin@wilmerhale.com>
**Subject:** In re Plantronics Sec. Litig - Depositions of Greg Smith and Jorge Arturo Blanco Vergara

**[External]**

Sean, Lauren—

We intend to take the depositions of former employees Greg Smith and Jorge Arturo Blanco Vergara as soon as practicable.  As you likely know, both individuals live abroad.

Given that Plaintiffs are relying on their allegations, will Plaintiffs make Greg Smith or Jorge Blanco available, or reach out to them to confirm if they will voluntarily sit for a deposition?

Also, can you provide a current mailing address for Mr. Blanco?

Thank you,
Sonia

**Sonia Sujanani | WilmerHale**

She/Her/Hers

60 State Street

Boston, MA 02109 USA

+1 617 526 6342 (t)

+1 617 526 5000 (f)

sonia.sujanani@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.