SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST |
|---|---|
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY TO THE SUPREME COURT OF BRITISH COLUMBIA, CANADA REGARDING GREG SMITH** |

Defendants' Motion for Issuance of Letters Rogatory to the Supreme Court of British Columbia, Canada Regarding Greg Smith came for hearing on _____ in the above-referenced court.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and good cause therefor appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.  Accordingly, the Court orders as follows:

1.     The testimonial evidence to be obtained from Mr. Greg Smith, who is located in Canada, is relevant and material to issues presented in the above-captioned case.

2.     The Court will issue to the Supreme Court of British Columbia, Canada, the Letter Rogatory in the form attached as **Exhibit A** to Defendants' Motion.

**IT IS SO ORDERED**

DATED:_____                  _____

Hon. Jon S. Tigar
United States District Judge

[PROPOSED] ORDER GRANTING DEFS'
MOT FOR ISSUANCE OF LETTER ROGATORY
REGARDING GREG SMITH          - 2 -          Case No. 4:19-cv-07481-JST