SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>**DECLARATION OF JESSICA L. LEWIS IN SUPPORT OF DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY TO THE CENTRAL AUTHORITY OF MEXICO FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

I, Jessica L. Lewis, declare as follows:

1. I am an attorney admitted to practice before this Court, a member of the California State Bar, and a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Defendants' counsel"), counsel of record for Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively the "Defendants") in the above-captioned matter. I submit this Declaration in support of Defendants' Motion for Issuance of Letters Rogatory to the Central Authority of Mexico for International Judicial Assistance, filed herewith. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. On May 5, 2023, Defendants served their First Set of Interrogatories to Lead Plaintiffs, seeking the identities and contact information of the former employees anonymously cited and quoted in the Second Amended Complaint, including "FE-3."

3. By letter dated June 9, 2023, Plaintiffs responded, in part, to Defendants' First Set of Interrogatories to Lead Plaintiffs, identifying Jorge Arturo Blanco Vergara ("Mr. Blanco") as the individual cited in the Second Amended Complaint as "FE-3," and providing Mr. Blanco's last known email address but no phone number or physical address.

4. Attached as **Exhibit 1** is a true and correct copy of email correspondence showing that Defendants' counsel emailed Mr. Blanco on August 24, 2023, in both in English and Spanish, and emailed him again on September 20, 2023.

5. Attached as **Exhibit 2** is a true and correct copy of email correspondence dated between December 18, 2023 and January 18, 2024, in which Defendants' counsel emailed counsel for Plaintiffs on December 18, 2023, informing them of Defendants' intent to take Mr. Blanco's deposition and asking for Mr. Blanco's mailing address, and the parties engaged in further back and forth.

6. Attached as **Exhibit 3** is a true and correct copy of an email dated January 19, 2024, in which Defendants' counsel emailed Mr. Blanco in English and Spanish, requesting that he voluntarily sit for a deposition.

LEWIS DECL. ISO DEFS.' MOT.
FOR LETTERS ROGATORY
TO THE CENTRAL AUTH. OF MEXICO     - 1 -          Case No. 4:19-cv-07481-JST

7.    To date, Mr. Blanco has not replied to any of Defendants' counsel's emails.

8.    With the assistance of an investigator, for the purpose of seeking his deposition via letter rogatory, Defendants' counsel determined that Mr. Blanco's home address is in Mexico City, Mexico.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of March, 2024.

/s/ Jessica L. Lewis
Jessica L. Lewis