# Exhibit 1

| | |
|---|---|
| **From:** | Nechev, Yavor |
| **Sent:** | Wednesday, September 20, 2023 10:21 PM |
| **To:** | jorgearturoblancovergara@outlook.com |
| **Cc:** | Malhotra, Urvashi; Lewis, Jessica |
| **Subject:** | RE: In re Plantronics, Inc. Securities Litigation |

Mr. Blanco, I am following up on my email several weeks ago, below.  Please let me know if there is a time this coming Monday or Tuesday that would be convenient for us to speak.

Thank you,
Yavor

**Yavor Nechev | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6618 (t)
+1 617 526 5000 (f)
yavor.nechev@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Nechev, Yavor
**Sent:** Thursday, August 24, 2023 5:24 PM
**To:** jorgearturoblancovergara@outlook.com
**Cc:** Malhotra, Urvashi <Urvashi.Malhotra@wilmerhale.com>
**Subject:** In re Plantronics, Inc. Securities Litigation

Hello Mr. Blanco,

(Si lo prefiere, tambien podemos escribir a, y hablar con, usted en espanol.  Nos avise.)

My name is Yavor Nechev, and I am an attorney from the law firm WilmerHale.  We represent your former employer, Plantronics, in a class action securities lawsuit in California.

The Plaintiffs in the action have attributed to you certain anonymous statements in the complaint against Plantronics, so I wanted to reach out to provide a little background about the lawsuit more generally, to make sure the information Plaintiffs claim you provided is accurately summarized and quoted in the complaint, and to better understand any necessary context.

Please let me know if there is a convenient time we can speak.  I am available Wednesday, August 30th from 2PM ET – 5PM ET as well as Friday, September 1st from 12PM ET – 5PM ET.

I look forward to hearing from you.

Thanks,
Yavor

**Yavor Nechev | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6618 (t)
+1 617 526 5000 (f)
yavor.nechev@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.