# Exhibit 3

| | |
|---|---|
| **From:** | Sujanani, Sonia |
| **Sent:** | Friday, January 19, 2024 12:11 PM |
| **To:** | jorgearturoblancovergara@outlook.com |
| **Cc:** | Hasen, Ted W. |
| **Subject:** | Plantronics Litigation - Trying to Contact You |

Dear Mr. Blanco,

(Si lo prefiere, tambien podemos escribir a, y hablar con, usted en espanol.  Nos avise.)

I hope this email finds you well.  My name is Sonia Sujanani, and I represent Plantronics, Inc. in a class action lawsuit in the United States District Court for the Northern District of California.  (*In Re Plantronics, Inc. Securities Litigation*, No. 4:19-cv-07481-JST).  My colleague, Yavor Nechev reached out to you last August but we did not hear back.  We are not aware that you are represented by an attorney, but if you are, we ask that you please forward this email to your attorney and ask that they reply on your behalf.

Plaintiffs in this litigation have attributed certain anonymous statements to you in their allegations.  Defendants therefore will need to speak to you in order to learn more about these alleged statements and other information including your knowledge of events from your time at the company.  Would you be willing to be deposed on a voluntary basis?  A voluntary deposition would likely be significantly more efficient for both you and us, and would prevent you from having to deal with the Mexican courts.  We would be happy to be flexible on scheduling (a date and time that is convenient for you) and method for the deposition (such as via Zoom, to make things easier).

We ask that you let us know by next Friday, January 26th, if you are willing to be deposed voluntarily.

Please let us know if you have any questions at all or if it would be helpful to discuss.

Best,
Sonia Sujanani

**Sonia Sujanani | WilmerHale**
She/Her/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6342 (t)
+1 617 526 5000 (f)
sonia.sujanani@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.