SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MIKE ROMEO (SBN 312264)
mike.romeo@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendants Plantronics, Inc.,
Joseph Burton, Charles Boynton, and
Pamela Strayer*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY TO THE CENTRAL AUTHORITY OF MEXICO FOR INTERNATIONAL JUDICIAL ASSISTANCE** |

[PROPOSED] ORDER GRANTING DEFS'
MOT. FOR LETTERS ROGATORY TO THE
CENTRAL AUTH. OF MEXICO                                    Case No. 4:19-cv-07481-JST

Defendants' Motion for Issuance of Letters Rogatory to the Central Authority of Mexico for International Judicial Assistance came for hearing on _____ in the above-referenced court.

Having considered the Motion, all associated declarations, exhibits, and any argument of counsel, and for good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.  Accordingly, the Court orders as follows:

1.  A Letter of Request under the Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters will issue herewith; and

2.  The Clerk of the Court shall affix its official seal to the Letter of Request attached as **Exhibit A** to Defendants' Motion, including both the English and Spanish versions, and shall send the signed and sealed Letter of Request to the Central Authority of Mexico at the below address:

> Secretaría de Relaciones Exteriores
> Plaza Juárez No. 20
> Planta Baja Edificio Tlatelolco
> Colonia Centro
> Alcaldía Cuauhtémoc
> C.P. 06010, México, Ciudad de México

**IT IS SO ORDERED**

DATED:

_____
Hon. Jon S. Tigar
United States District Judge

[PROPOSED] ORDER GRANTING DEFS'
MOT. FOR LETTERS ROGATORY TO THE
CENTRAL AUTH. OF MEXICO          - 2 -          Case No. 4:19-cv-07481-JST