SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
JESSICA L. LEWIS (SBN 302467)
jessica.lewis@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

CHRISTOPHER W. JOHNSTONE (SBN 242152)
chris.johnstone@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendants Plantronics, Inc.,*
*Joseph Burton, Pamela Strayer and Charles Boynton*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST<br><br>**DECLARATION OF JESSICA LEWIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:  May 30, 2024<br>Time:  2:00 p.m.<br>Place:  Courtroom 6, 2nd Floor<br>Judge:  The Honorable Jon S. Tigar |

I, Jessica L. Lewis, declare as follows:

1.     I am an attorney admitted to practice before this Court and a member of the California State Bar.  I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendants Plantronics, Inc. ("Plantronics"), Joseph Burton, Charles Boynton, and Pamela Strayer ("Defendants") in the above-captioned matter.  I submit this Declaration in support of Defendants' Opposition to Motion for Class Certification, filed herewith. I have personal knowledge of the facts in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.     Attached as **Exhibit A** is a copy of the condensed transcript of the deposition of Lead Plaintiff Ilya Trubnikov, annotated with highlights, taken in this action on March 4, 2024.

3.     Attached as **Exhibit B** is a copy of the condensed transcript of the deposition of Gary Menzel, the designated representative of Lead Plaintiff Roofers' Pension Fund, annotated with highlights, taken in this action on February 26, 2024.

4.     Attached as **Exhibit C** is a true and correct copy of HP Inc.'s August 29, 2022 press release titled "HP Inc. Completes Acquisition of Poly."

5.     Attached as **Exhibit D** is a true and correct copy of Plantronics' May 7, 2019 press release titled "Poly Announces Fourth Quarter and Fiscal Year 2019 Financial Results."

6.     Attached as **Exhibit E** are true and correct excerpts of Plantronics' filing on Form 10-K for the fiscal year ending March 31, 2019, filed with the United States Securities and Exchange Commission on May 17, 2019.

7.     Attached as **Exhibit F** is a true and correct copy of a transcript of statements at a Northland Capital Markets webinar on June 18, 2019.

8.     Attached as **Exhibit G** is a true and correct copy of Plantronics' August 6, 2019 press release titled "Poly Announces First Quarter Fiscal Year 2020 Financial Results."

9.     Attached as **Exhibit H** is a true and correct copy of the transcript of Plantronics' November 5, 2019 quarterly earnings conference call.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of March, 2024 at Palo Alto, California.

/s/ *Jessica L. Lewis*
Jessica L. Lewis