# EXHIBIT B

## <u>FILED UNDER SEAL</u>