**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (139304)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov and*
*Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Lauren A. Ormsbee (admitted *Pro Hac Vice*)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com

*Counsel for Lead Plaintiff Roofers' Pension Fund*
*and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>CLASS ACTION<br><br>**PLAINTIFFS' STATEMENT IN RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF No. 202)** |

***Mr. Trubnikov and Roofers' Pension Fund Request that the Court Maintain Certain Portions of Mr. Trubnikov's Deposition Testimony and Roofers' Pension Fund's designated deponent, Mr. Gary Menzel's, Deposition Testimony Under Seal on Privacy Grounds***.

Pursuant to Civil Local Rules 7-11 and 79-5(f) and Judge Jon S. Tigar's Standing Order Governing Administrative Motions to File Under Seal, Lead Plaintiff Ilya Trubnikov ("Mr. Trubnikov") and Lead Plaintiff Roofers' Pension Fund ("Roofers"), respectfully submit this Statement in Response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Defs' Motion to Seal") (ECF No. 202). Defendants' Motion to Seal, attaches, among other documents, the transcript of the March 4, 2024 deposition of Ilya Trubnikov and the transcript of the February 26, 2024 deposition of Gary Menzel, the designated Rule 30(b)(6) representative of Roofers. *See* ECF No. 201, Exhibits A and B to the Declaration of Jessica L. Lewis in Support of Defendants' Opposition ("Lewis Decl."). Mr. Trubnikov and Mr. Menzel respectfully request that the Court maintain under seal certain portions of Mr. Trubnikov's deposition testimony on the grounds that they reveal highly sensitive and protected private information relating to both Mr. Trubnikov and his wife, and of Mr. Menzel's testimony on the grounds that they reveal information related to confidential documents and communications regarding Lead Plaintiff Roofers' Pension Fund's investments and communications with counsel, as well as sensitive protected private information relating to Mr. Menzel, all of which are identified in the accompanying Joint Declaration of Lucas Gilmore and Lauren Ormsbee ("Joint Decl.").

Specifically, the subject testimony divulges details regarding Mr. Trubnikov's personally identifiable information, banking records and related financial information, investments, assets, and personal wealth. The testimony in question also reveals information about Mr. Trubnikov's wife's current medical condition. The public disclosure of Mr. Trubnikov's testimony could therefore

PLTFS' STATEMENT RE: ADMIN. MOTION
TO SEAL- 1
Case No.: 4:19-cv-07481-JST

negatively impact both Mr. Trubnikov's and his wife's privacy rights. Additionally, the testimony in question reveals confidential information and communications surrounding Roofers' investment practices, Roofers' trades, Roofers' discussions with counsel, and private information related to Mr. Menzel that is entirely irrelevant to the merits of this litigation. As set forth herein, the designated portions of Mr. Trubnikov's deposition testimony and Mr. Menzel's testimony are exactly the type of confidential information that this Court and others in this District have permitted to be filed under seal. *See, e.g.*, *Nursing Home Pension Fund v. Oracle Corp.*, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("[C]ompelling reasons exist to keep personal information confidential to protect an individual's privacy interest[.]"); *Nichols v. AARP, Inc.*, 2021 WL 1091517, at *1 (N.D. Cal. Feb. 19, 2021) ("Exhibits . . . that contain materials regarding Plaintiffs' personal and financial information satisfy the 'compelling reasons' standard and warrant sealing."); *Romero v. Bank of Am., N.A.*, 2024 WL 208530, at *1 (N.D. Cal. Jan. 18, 2024) ("Compelling reasons warrant sealing the document because it contains Romero's personal financial information.").

### *"Compelling Reasons" Reasons Exist to Seal the Deposition Testimony in Question*.

In determining whether to permit materials relating to class certification to be filed under seal, courts in the Ninth Circuit generally apply the "compelling reasons" standard. *Prescott v. Reckitt Benckiser LLC*, 2022 WL 847309, at *1 (N.D. Cal. Mar. 22, 2022); *see also Adtrader, Inc. v. Google LLC*, 2020 WL 6391210, at *2 (N.D. Cal. Mar. 24, 2020) ("This Court follows numerous other district courts within the Ninth Circuit in concluding that the compelling reasons standard applies to motions to seal documents relating to class certification").

Courts routinely find "that compelling reasons exist to seal sensitive personal information such as financial information, medical records and conditions, phone numbers, and addresses." *Hadley v. Kellogg Sales Co.*, 2018 WL 7814785, at *3 (N.D. Cal. Sept. 5, 2018). Sealing is further warranted because the deposition testimony also discloses the medical condition of Mr. Trubnikov's

PLTFS' STATEMENT RE: ADMIN. MOTION
TO SEAL- 2
Case No.: 4:19-cv-07481-JST

wife, a third party to this litigation.  As this Court has recognized, "[t]he sensitive and private information of third parties to a litigation ordinarily should be sealed to protect the non-party from improper disclosure." *Ingram v. Pac. Gas & Elec. Co.*, 2013 WL 5340697, at *2 (N.D. Cal. Sept. 24, 2013) (Tigar, J.) (internal citations omitted).  Specifically, courts have found that "compelling reasons" exist to seal the identity of third parties who are not relevant to the disposition of the litigation where, as here, disclosure would result in an invasion of the third parties' privacy.  *See Hunt v. Cont'l Cas. Co.*, 2015 WL 5355398, at *2 (N.D. Cal. Sept. 14, 2015); *Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, 2015 WL 984121, at *3 (N.D. Cal. Mar. 24, 2015) (Tigar, J.) (finding compelling reasons to seal exhibits that revealed third parties' identities because to do otherwise "would result in an invasion of [a] third party's privacy").

Consistent with the confidential and sensitive nature of this testimony, Mr. Trubnikov and Roofers designate this testimony as "Confidential" pursuant to the Protective Order. Joint Decl. ¶ 7. Mr. Trubnikov's proposed redacted version of his deposition transcript and Roofers' proposed redacted version of Mr. Menzel's deposition transcript are submitted herewith. Both are narrowly tailored to seal only those portions of their deposition testimony that reflect the Confidential Materials.

For these reasons, Mr. Trubnikov and Roofers respectfully request that the Court seal the portions of the deposition testimony as indicated in the table in the Proposed Order and in the proposed redacted versions of those documents, both submitted herewith.

DATED:  April 1, 2024                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Reed R. Kathrein(139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (admitted *Pro Hac Vice*)
Sean R. Matt (admitted *Pro Hac Vice*)
Joseph M. Kingerski (admitted *Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
joeyk@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov
and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (admitted *Pro Hac Vice*)
William E. Freeland (admitted *Pro Hac Vice*)
Alexander M. Noble (admitted *Pro Hac Vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
lauren@blbglaw.com
alex.payne@blbglaw.com
billy.freeland@blbglaw.com
alexander.noble@blbglaw.com

*-and-*

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California  90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Roofers' Pension Fund and
Lead Counsel for the Class*

PLTFS' STATEMENT RE: ADMIN. MOTION
TO SEAL- 4
Case No.: 4:19-cv-07481-JST

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I am the ECF User whose identification and password are being used to file the foregoing

Plaintiffs' Statement In Response to Defendants' Administrative Motion to Consider Whether

Another Party's Material Should be Sealed (ECF No. 202).  Pursuant to Civil Local Rule 5-1(i)(3), I

hereby attest that the other signatories have concurred in this filing.

By:  ___/s/ Lucas E. Gilmore___
Lucas E. Gilmore

PLTFS' STATEMENT RE: ADMIN. MOTION
TO SEAL- 5
Case No.: 4:19-cv-07481-JST