United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE BASSUK, et al., | Case No. 19-cv-07481-JST |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY TO THE SUPREME COURT OF BRITISH COLUMBIA, CANADA FOR INTERNATIONAL JUDICIAL ASSISTANCE** |
| PLANTRONICS, INC., et al., | |
| Defendants. | |
| | Re: ECF No. 199 |

Defendants have moved for issuance of a letter of request to the Supreme Court of British Columbia, Canada.  ECF No. 199.  They seek international judicial assistance to compel Greg Smith, a relevant non-party witness, to provide testimony at a deposition upon oral examination. *Id.*  Having considered the motion, supporting papers, and the lack of any opposition, the Court grants the motion.

The Court will issue the letter of request in the form provided by Defendants and will return a copy to Defendants' counsel, Wilmer Cutler Pickering Hale and Dorr LLP.  Counsel shall arrange for the filing of this order and letter of request with the Supreme Court of British Columbia, Canada.

**IT IS SO ORDERED.**

Dated: April 2, 2024



_____
JON S. TIGAR
United States District Judge