UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE BASSUK, et al., | Case No. 19-cv-07481-JST |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS ROGATORY TO THE CENTRAL AUTHORITY OF MEXICO FOR INTERNATIONAL JUDICIAL ASSISTANCE** |
| PLANTRONICS, INC., et al., | |
| Defendants. | |
| | Re: ECF No. 200 |

Defendants have moved for issuance of a letter of request, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, to the Central Authority of Mexico. ECF No. 200. They seek international judicial assistance to compel Jorge Arturo Blanco Vergara, a relevant non-party witness, to provide testimony at a deposition upon oral examination. *Id.* Having considered the motion, supporting papers, and the lack of any opposition, the Court grants the motion.

The Court will issue the letter of request in the form provided by Defendants and will return a copy to Defendants' counsel, Wilmer Cutler Pickering Hale and Dorr LLP. Counsel shall arrange for the filing of this order and letter of request with the Central Authority of Mexico.

**IT IS SO ORDERED.**

Dated: April 2, 2024



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California