UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No.    4:19-cv-07481-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED<br><br>Re: ECF No. 202 |

CASE NO. 19-cv-04781-JST

Upon consideration of Defendants' Administration Motion to Consider Whether Another Party's Material Should be Sealed ("Defendants' Motion to Seal"), Plaintiffs' Statement in Support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, as well as the Joint Declaration of Lucas E. Gilmore and Lauren A. Ormsbee, and compelling reasons appearing, the Court **GRANTS** Defendants' Motion to Seal. The Clerk shall order portions of the unredacted version of the March 4, 2024 deposition of Ilya Trubnikov, which is attached in its entirety as Exhibit A to the Declaration of Jessica L. Lewis (ECF No. 201) ("Trubnikov Tr."), and portions of the unredacted version of the February 26, 2024 deposition of Gary Menzel, which is attached in its entirety as Exhibit B to the Declaration of Jessica L. Lewis (ECF No. 201) ("Menzel Tr.") sealed as follows:

| Document | Identification of Portions to Be Redacted | Basis for Redaction/Sealing |
|---|---|---|
| Trubnikov Tr. | Only those portions designated for redaction in the proposed redacted version submitted herewith, appearing on:<br><br>Page 18, Lines 10 to 24 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 19, Lines 1 to 19 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 25, Lines 7 to 21 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
| Trubnikov Tr. | Page 30, Lines 20 to 25 | Reveals medical condition of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |

CASE NO. 4:19-cv-07481-JST

| Trubnikov Tr. | Page 31, Lines 6 to 23 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
|---|---|---|
| Trubnikov Tr. | Page 32, Lines 2 to 4 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
| Trubnikov Tr. | Page 35, Line 21 to Page 48, Line 5 | Contains Mr. Trubnikov's sensitive personal financial information; reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
| Trubnikov Tr. | Page 48, Line 18 to Page 56, Line 24 | Contains Mr. Trubnikov's sensitive personal financial information; reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
| Trubnikov Tr. | Page 59, Lines 17 to 19 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
| Trubnikov Tr. | Page 62, Line 10 to Page 64, Line 14 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 65, Line 3 to Page 66, Line 20 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 68, Line 20 to Page 69, Line 13 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 74, Line 21 to Page 75, Line 8 | Contains Mr. Trubnikov's sensitive personal financial information. |

CASE NO. 4:19-cv-07481-JST

| Trubnikov Tr. | Page 112, Line 10 to Page 114, Line 5 | Reveals medical condition of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
|---|---|---|
| Trubnikov Tr. | Page 116, Line 21 to Page 117, Line 15 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 117, Line 24 to Page 119, Line 13 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 121, Line 10 to Page 124, Line 25 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 125, Line 10 to Page 127, Line 13 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 128, Line 20 to Page 129, Line 13 | Contains Mr. Trubnikov's sensitive personal financial information. |
| Trubnikov Tr. | Page 132, Lines 6 to 12 | Contains Mr. Trubnikov's sensitive personal financial information; reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. |
| Menzel Tr. | Page 33, Line 24 to Page 50, Line 18 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. |
| Menzel Tr. | Page 58, Line 11 to Page 60, Line 12 | Contains Mr. Menzel's sensitive personal information. |
| Menzel Tr. | Page 81, Line 9 to Page 105, Line 11 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades. |

| Menzel Tr. | Page 152, Line 6 to Page 153, Line 13 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. |
|---|---|---|
| Menzel Tr. | Page 155, Line 7 to Page 166, Line 8 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. |

**IT IS SO ORDERED.**

DATED: _____May 16, 2024_____                _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

CASE NO. 4:19-cv-07481-JST