UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No.      4:19-cv-07481-JST |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
| | Re: ECF No. 216 |

CASE NO. 19-cv-04781-JST

Upon consideration of Plaintiffs' Administration Motion to Seal ("Plaintiffs' Motion to Seal") as well as the Joint Declaration of Lucas E. Gilmore and Lauren A. Ormsbee, and compelling reasons appearing, the Court **GRANTS** Plaintiffs' Motion to Seal. The Clerk shall order Lead Plaintiffs' Reply in Support of Their Motion for Class Certification ("Class Cert. Reply") and Exhibits A & B to the Joint Reply Declaration of Sean R. Matt and Lauren Ormsbee in Support of Lead Plaintiffs' Reply in Support of Their Motion for Class Certification ("Joint Reply Decl.") be sealed as follows:

| Document | Identification of Portions to Be Redacted | Basis for Redaction/Sealing | Court's Ruling |
|---|---|---|---|
| Portions of the Class Cert. Reply | Page 9, Lines 11 to 13. | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 19, Lines 1 to 19 | Contains Mr. Trubnikov's sensitive personal financial information. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 25, Lines 7 to 21 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 30, Lines 20 to 25 | Reveals medical condition of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 31, Lines 6 to 23 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. | GRANTED |

CASE NO. 4:19-cv-07481-JST

| Portions of Exhibit A to the Joint Reply Decl. | Page 32, Lines 2 to 4 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. | GRANTED |
|---|---|---|---|
| Portions of Exhibit A to the Joint Reply Decl. | Page 59, Lines 17 to 19 | Reveals identity of third party not relevant to the disposition of the litigation and would result in an invasion of the third party's privacy. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 62, Lines 10 to 25 | Contains Mr. Trubnikov's sensitive personal financial information. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 68, Lines 20 to 25 | Contains Mr. Trubnikov's sensitive personal financial information. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 74, Lines 21 to 25 | Contains Mr. Trubnikov's sensitive personal financial information. | GRANTED |
| Portions of Exhibit A to the Joint Reply Decl. | Page 121, Line 10 to 25 | Contains Mr. Trubnikov's sensitive personal financial information. | GRANTED |
| Portions of Exhibit B to the Joint Reply Decl. | Page 81, Line 9 to Page 85, Line 25 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades. | GRANTED |
| Portions of Exhibit B to the Joint Reply Decl. | Page 105, Line 1 to 11 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades. | GRANTED |
| Portions of Exhibit B to the Joint Reply Decl. | Page 152, Line 6 to Page 153, Line 13 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. | GRANTED |

CASE NO. 4:19-cv-07481-JST

| Portions of Exhibit B to the Joint Reply Decl. | Page 155, Line 7 to 25 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. | **GRANTED** |
|---|---|---|---|
| Portions of Exhibit B to the Joint Reply Decl. | Page 163, Line 1 to Page 166, Line 8 | Contains discussion of confidential information regarding Roofers' Pension Fund's investment practices and trades and litigation strategy. | **GRANTED** |

**IT IS SO ORDERED.**

DATED:    May 16, 2024    _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE