**HAGENS BERMAN SOBOL SHAPIRO LLP**
STEVE W. BERMAN (admitted *pro hac vice*)
SEAN R. MATT (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Attorneys for Lead Plaintiff Ilya Trubnikov*
*and Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
johnr@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION. | Case No. 4:19-cv-07481-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO ~~STAY~~ VACATE DATES IN SCHEDULING ORDERS** |

Lead Plaintiffs Roofers' Pension Fund and Ilya Trubnikov (collectively, "Lead Plaintiffs") and Defendants Plantronics, Inc., Joseph Burton, Charles Boynton, and Pamela Strayer (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties"), by and through their undersigned counsel of record, stipulate and agree as follows:

WHEREAS, the Court previously entered a scheduling order in this action (ECF 194) providing, among other things, that all fact discovery be completed by July 19, 2024, opening expert reports be submitted by August 16, 2024, rebuttal expert reports be submitted by September 30, 2024, expert discovery be completed by December 4, 2024, dispositive motions be filed by January 14, 2025, and trial to commence on August 18, 2025;

WHEREAS, following substantial discovery, including document production and depositions, the Parties participated in a mediation on June 7, 2024 before The Hon. Layn R. Phillips (Ret.);

WHEREAS, with the assistance of the mediator, the Parties have reached agreement in principle on a proposed class settlement to resolve this litigation in its entirety, subject to (among other things) completion of final documentation and Court approval;

WHEREAS, the Parties are in the process of preparing the necessary settlement documentation, and Lead Plaintiffs anticipate filing a motion for preliminary approval of the proposed class settlement on or around July 12, 2024;

WHEREAS, in the interests of efficiency and economy, and to preserve resources, the Parties have agreed that all proceedings and existing deadlines should be stayed to permit the Parties to finalize the necessary settlement documentation and present that documentation to the Court;

THEREFORE, the Parties respectfully submit that all proceedings be stayed, and that all existing deadlines (including, but not limited to, those relating to the completion of fact and expert

discovery, dispositive motions and trial) be stayed, to permit the Parties to finalize and submit to the Court the appropriate settlement documentation.

IT IS SO STIPULATED.

Dated:   June 11, 2024.                **HAGENS BERMAN SOBOL SHAPIRO LLP**


By:   *s/ Sean R. Matt*
        Sean R. Matt (admitted *pro hac vice*)
        Steve W. Berman (admitted *pro hac vice*)
        1301 Second Avenue, Suite 2000
        Seattle, WA 98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594
        steve@hbsslaw.com
        karlb@hbsslaw.com

        Reed R. Kathrein (139304)
        Lucas E. Gilmore (250893)
        715 Hearst Avenue, Suite 202
        Berkeley, CA 94710
        Telephone: (510) 725-3000
        Facsimile: (510) 725-3001
        reed@hbsslaw.com
        lucasg@hbsslaw.com

        *Attorneys for Lead Plaintiff Ilya Trubnikov*
        *and Lead Counsel for the Class*

Dated:   June 11, 2024.                **BERNSTEIN LITOWITZ BERGER &**
                                        **GROSSMANN LLP**


By:   *s/ Jonathan D. Uslaner (with permission)*
        Jonathan D. Uslaner (256898)
        2121 Avenue of the Stars, Suite 2575
        Los Angeles, CA 90067
        Telephone: (310) 819-3470
        jonathanu@blbglaw.com

John Rizio-Hamilton (admitted *pro hac vice*)
Alexander Noble (admitted *pro hac vice*)
William Freeland (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
johnr@blbglaw.com
alexander.noble@blbglaw.com
billy.freeland@blbglaw.com

*Attorneys for Lead Plaintiff Roofers' Pension
Fund and Lead Counsel for the Class*

Dated:   June 11, 2024.                    **WILMER CUTLER PICKERING HALE AND
                                            DORR LLP**


By:  *s/ Susan S. Muck (with permission)*
        Susan S. Muck (126930)
Kevin P. Muck (120918)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001
susan.muck@wilmerhale.com
kevin.muck@wilmerhale.com

Noah S. Guiney (324079)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
noah.guiney@wilmerhale.com

*Attorneys for Defendants Plantronics, Inc., Joseph
Burton, Charles Boynton, and Pamela Strayer*

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All deadlines in this case are vacated.  The pending motion for class certification, ECF No. 190, is terminated as moot. Plaintiffs shall file a motion for preliminary approval of class action settlement by July 19, 2024.

DATED:  June 13, 2024

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE