# Exhibit 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE PLANTRONICS, INC. SECURITIES LITIGATION

No. 4:19-cv-07481-JST

**JOINT DECLARATION OF JOHN RIZIO-HAMILTON AND SEAN R. MATT IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Judge:       Hon. Jon S. Tigar
Courtroom: 6
Date:        September 26, 2024
Time:        2:00 p.m.

JOHN RIZIO-HAMILTON and SEAN R. MATT, declare as follows:

1.    I, JOHN RIZIO-HAMILTON, am a partner in the law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), counsel for Lead Plaintiff Roofer's Pension Fund and co-Lead Counsel for the proposed Settlement Class in the above-captioned action.

2.    I, SEAN R. MATT, am a partner in the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Lead Plaintiff Ilya Trubnikov and co-Lead Counsel for the proposed Settlement Class in the above-captioned action.

3.    We submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (the "Motion") and to provide the information required by the United States District Court for the Northern District of California's Procedural Guidance for Class Action Settlements. The following statements are based on our personal knowledge and information provided by other attorneys at our firms working under our supervision, and if called on to do so, we could and would testify competently thereto.

**Retention of JND Legal Administration**

4.    In connection with the Motion, Lead Counsel request that the Court approve the retention of JND Legal Administration ("JND"), an independent settlement and claims administrator with extensive experience handling the administration of securities class actions, to provide notice and claims administration services in the Action under the supervision of Lead Counsel. These services will include disseminating notice of the Settlement to potential Settlement Class Members, receiving requests for exclusion from the Settlement Class, receiving and processing Claim Forms, calculating payment amounts for eligible Claimants under the Court-approved plan of allocation, distributing payments to eligible Claimants, and responding to Settlement Class Member inquiries.

5.    Lead Counsel selected JND after a "request for proposal" process during which Lead Counsel solicited proposals for notice and administration services from three experienced settlement administration firms: JND, A.B. Data, Ltd., and Kroll Settlement Administration. Lead Counsel requested each of these firms to describe their qualifications and describe their proposed fees and costs for the engagement.

JOINT DECL. ISO MOTION FOR                                    4:19-cv-07481-JST
PRELIMINARY APPROVAL

6. All three administrators who were sent a request for proposal submitted a response. All three potential settlement administrators proposed notifying the Settlement Class by sending notice by first-class mail to all potential Settlement Class Members who could be identified and all proposed similar methods of processing claims received and mailing payment to eligible Claimants. Lead Counsel then compared the submitted proposals, taking into consideration each administrator's estimated cost to disseminate notice and to administer the settlement. Following initial receipt of the bids, Lead Counsel performed followed up inquiries to see if a lower bid could be obtained for the Settlement Class. JND reduced its pricing and, after this adjustment, its proposed fees and cost structure resulted in the lowest estimated total cost of the three bids received— although the exact costs will be dependent on factors such as the number of notices mailed and number of claims received. In addition, based on their substantial prior experience with JND, Lead Counsel believe JND possesses the experience and capacity to do a reliable and competent job. Accordingly, Lead Counsel have selected JND to serve as Claims Administrator for this engagement, subject to the Court's approval.

7. In the past two years, BLB&G has engaged JND to serve as the notice administrator or claim administrator in 15 actions (in addition to *Plantronics*) in which BLB&G acted as class counsel or co-class counsel. By way of comparison, BLB&G selected a notice or claims administrator in a total of 33 new engagements (other than *Plantronics*) during this same two-year period, so JND was selected as the administrator in roughly 45% of the new engagements during that period. JND also continued to perform ongoing work during this period on settlements and other engagements with BLB&G which began more than two years ago.

8. In the past two years, Hagens Berman has engaged JND to serve as the notice administrator or claim administrator in three actions (in addition to *Plantronics*) in which Hagens Berman acted as class counsel or co-class counsel. By way of comparison, Hagens Berman selected a notice or claims administrator in a total of 16 new engagements (other than *Plantronics*) during this same two-year period, so JND was selected as the administrator in 18.75% of the new engagements during that period. JND also continued to perform ongoing work during this period on settlements and other engagements with Hagens Berman which began more than two years ago.

9. Based on Lead Counsel's extensive experience and oversight of JND in providing notice and settlement administrative services in previous securities class actions, Lead Counsel have found JND to be a highly competent and reliable notice and claims administrator.

**Lead Counsel's Standing and Experience**

10. Attached as Exhibit B is a true and correct copy of the firm resume of BLB&G.

11. As reflected in the Firm Resume, BLB&G is among the most experienced securities class action law firms in the country. BLB&G served as Lead Counsel *in In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion. BLB&G also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & "ERISA" Litigation*, No. 09-md-2058 (S.D.N.Y.); a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.); a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.); and, most recently, a $1 billion settlement in *In re Wells Fargo & Co. Securities Litigation*, Case No. 1:20-cv-04494-JLR-SN (S.D.N.Y.).

12. Courts in this District and Circuit have recognized BLB&G as qualified class counsel in securities class actions. Such examples include *In re McKesson HBOC, Inc. Securities Litigation*, No. 99-cv-20743 (N.D. Cal.), in which Bernstein Litowitz recovered $1.05 billion for investors, the largest recovery in a securities class action in the Ninth Circuit; *Hefler v. Wells Fargo & Company*, No. 16-cv-5479 (N.D. Cal.), in which BLB&G recovered $480 million for investors; *In re Allergan, Inc. Proxy Violation Securities Litigation*, No. 14-cv-2004 (C.D. Cal.), in which Bernstein Litowitz recovered $250 million for investors; and *In re New Century Securities Litigation*, No. 07-cv-931 (C.D. Cal.), in which Bernstein Litowitz secured an approximately $125 million recovery for investors.

13. Attached as Exhibit C is a true and correct copy of the firm resume of Hagens Berman.

14. As reflected in the Firm Resume, Hagens Berman is among the most experienced securities class action law firms in the country. Trial courts in this District and throughout the Ninth

JOINT DECL. ISO MOTION FOR                    3                    4:19-cv-07481-JST
PRELIMINARY APPROVAL

Circuit have repeatedly recognized Hagens Berman's ability to serve as class counsel in securities class actions similar to the instant litigation. For example, Hagens Berman served as Lead Counsel and Class Counsel in *Roberts v. Zuora, Inc. et al.*, No. 3:19-cv-03422-SI (N.D. Cal.) (Illston, J.), where on behalf of the certified class, Hagens Bermans secured a $75.5 settlement that was recently finally approved by the Court (ECF No. 277), representing a recovery of five times greater than the median recovery obtained in comparable securities class actions cases in 2023. *Id*. at ECF No. 270 at p. 8. Similarly, in *In Re: Charles Schwab Corporation*, No. 08-CV-01510, ECF No. 1101 (N.D. Cal.) (Alsup, J.), after Hagens Berman secured settlements totaling $235 million recovering 45 percent and 85 percent of investor losses for the two different classes, the Honorable William Alsup commented, "Class counsel did a good job persistently advocating for the best interests of the class members, and obtained a very good result for the class . . . ." ECF No. 1101 at p. 12.  Further, in the *Aequitas Investor Litigation*, Case No. 3:16-cv-00580-AC (D. Or.) (Hernandez, J.), Hagens Berman, on behalf of its clients, reached a unified $234 million settlement with defendants, allowing investors to recover 80% to 90% of their losses after the liquidation of the Aequitas estate.

15.     Since the inception of this litigation, Lead Counsel have vigorously prosecuted this action for the benefit of Lead Plaintiffs and the Settlement Class. Lead Counsel's efforts have included, among other things, (i) conducting a thorough pre-suit investigation; (ii) drafting three detailed amended complaints; (iii) opposing two rounds of Defendants' hard-fought motions to dismiss; (iv) propounding extensive document requests on Defendants; (v) serving document subpoenas on over 20 non-parties who possess relevant information; (vi) reviewing over 660,000 pages of documents produced by Defendants and non-parties; (vii) responding to document requests from Defendants and producing documents in response; (viii) retaining an expert in market efficiency and damages; (ix) assembling dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Lead Plaintiffs and the Settlement Class; (x) drafting and filing a motion for class certification; and (xi) engaging in arm's-length settlement negotiations, including two full-day mediation sessions.  Lead Counsel have been and are fully committed to the Action and will continue to work diligently on the Action through the conclusion of the settlement process.

We declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of July, 2024.


_/s/ John Rizio-Hamilton_____          _____/s/ Sean R. Matt*_____
John Rizio-Hamilton                                    Sean R. Matt


*The filer attests that all signatories have concurred in the filing of this document as required under Local Rule 5-1(i)(3).