SUSAN S. MUCK (SBN 126930)
susan.muck@wilmerhale.com
KEVIN P. MUCK (SBN 120918)
kevin.muck@wilmerhale.com
NOAH S. GUINEY (SBN 324079)
noah.guiney@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1002

PETER J. KOLOVOS (*Pro Hac Vice*)
peter.kolovos@wilmerhale.com
SONIA SUJANANI (*Pro Hac Vice*)
sonia.sujanani@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Attorneys for Defendants Plantronics, Inc.,*
*Joseph Burton, Pamela Strayer, and Charles Boynton*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | Case No. 4:19-cv-07481-JST |
| | **DECLARATION OF NOAH S. GUINEY REGARDING COMPLIANCE WITH THE CLASS ACTION FAIRNESS ACT OF 2005** |
| | Settlement Hearing<br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6<br>Date:  August 14, 2025<br>Time: 2:00pm |

I, Noah S. Guiney, hereby declare as follows:

DECL. RE: CAFA COMPLIANCE          - 1-          CASE NO. 4:19-cv-07481-JST

1.     I am an attorney admitted to practice before this Court, a member of the California Bar, and an attorney in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants in this action.   I have personal knowledge of the matters set forth herein and, if called upon, could testify competently to such matters.

2.     Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b), Defendants served notice of the settlement agreement in the above-captioned action (the "Notice") on appropriate federal and state officials, including the United States Attorney General and the Attorneys General of all states.  Service of the Notice on all such officials was made on July 26, 2024, within ten (10) days of the date that the proposed settlement was filed with this Court on July 19, 2024.  ECF No. 230.  The Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)-(8).

3.     A true and accurate copy of the Notice (without enclosures) is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 14, 2025, at San Francisco, California.

*/s/ Noah S. Guiney*
Noah S. Guiney

DECL. RE: CAFA COMPLIANCE          - 2-          CASE NO. 4:19-cv-07481-JST