**HAGENS BERMAN SOBOL SHAPIRO LLP**
Sean R. Matt (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
sean@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov and*
*Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
John Rizio-Hamilton (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile:(212) 554-1444
johnr@blbglaw.com

*Counsel for Lead Plaintiff Roofers' Pension*
*Fund and Lead Counsel for the Settlement Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLANTRONICS, INC. SECURITIES LITIGATION | No. 4:19-cv-07481-JST<br><br>**REPLY IN FURTHER SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**<br><br>Judge:       Hon. Jon S. Tigar<br>Courtroom: 6<br>Date:        August 21, 2025<br>Time:        2:00 p.m. |

REPLY IN FURTHER SUPPORT OF
LEAD COUNSEL'S MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES

4:19-cv-07481-JST

Lead Counsel respectfully submit this reply memorandum of law in further support of their motion for attorneys' fees and litigation expenses (ECF Nos. 242-243). Following an extensive notice program undertaken in accordance with the Court's Preliminary Approval Order, not a single Settlement Class Member has objected to the requested fees and expenses.

The Notice to the Settlement Class Members informed them that Lead Counsel would apply for an award of attorneys' fees in an amount not to exceed 22% of the Settlement Fund and payment of Litigation Expenses in an amount not to exceed $750,000. *See* Notice ¶¶ 5, 57 (Initial Segura Decl., ECF No. 243-4). The Notice also advised Settlement Class Members of their right to object to the requested attorneys' fees and expenses, and the June 25, 2025 deadline for doing so. *See id*. at p. 3 & ¶¶ 58, 66. On April 25, 2025, two months prior to the objection deadline, Lead Counsel filed their detailed motion for attorneys' fee and litigation expenses with the Court. Those papers are available on the public docket (ECF Nos. 242-243) and were posted to the case website, www.PlantronicsSecuritiesLitigation.com, the same day (ECF No. 248, ¶ 7).

No objection to Lead Counsel's motion was submitted. ECF No. 247, ¶ 79. The absence of any objections to the requested attorneys' fees and Litigation Expenses supports a finding that the requested fees and expenses is fair and reasonable. *See, e.g.*, *Acosta v. Frito-Lay, Inc.*, 2018 WL 2088278, at *12 (N.D. Cal. May 4, 2018) ("The absence of objections or disapproval by class members . . . supports the finding that Plaintiffs' request is reasonable."); *Destefano v. Zynga, Inc.*, 2016 WL 537946, at *18 (N.D. Cal. Feb. 11, 2016) ("the lack of objection by any Class Members" supported the fee requested); *In re Nuvelo, Inc. Sec. Litig.*, 2011 WL 2650592, at *3 (N.D. Cal. July 6, 2011) (finding only one objection to the fee request to be "a strong, positive response from the class, supporting an upward adjustment of the benchmark [fee award]"); *In re Heritage Bond Litig.*, 2005 WL 1594403, at *21 (C.D. Cal. June 10, 2005) ("The absence of objections or disapproval by class members to Class Counsel's fee request further supports finding the fee request reasonable.").

For the foregoing reasons and the reasons set forth in their opening papers, Lead Counsel respectfully request that the Court approve their motion for attorneys' fees and litigation expenses.

Dated:  July 10, 2025

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ John Rizio-Hamilton*
John Rizio-Hamilton (admitted *pro hac vice*)
Alexander M. Noble (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
johnr@blbglaw.com
alexander.noble@blbglaw.com

*-and-*

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Telephone: (310) 819-3470
jonathanu@blbglaw.com

*Counsel for Lead Plaintiff Roofers' Pension Fund and Lead Counsel for the Settlement Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com
lucasg@hbsslaw.com

*-and-*

Steve W. Berman (admitted *pro hac vice*)
Sean R. Matt (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
sean@hbsslaw.com

*Counsel for Lead Plaintiff Ilya Trubnikov and Lead Counsel for the Settlement Class*

REPLY IN FURTHER SUPPORT OF
LEAD COUNSEL'S MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES

-2-

4:19-cv-07481-JST